# EXHIBIT A

(12) **United States Patent**
Dalvey et al.

(10) Patent No.: **US 6,884,311 B1**
(45) Date of Patent: **Apr. 26, 2005**

(54) **METHOD OF IMAGE TRANSFER ON A COLORED BASE**

(75) Inventors: **Jodi A. Dalvey**, 3230 Bohns Point La., Orono, MN (US) 55331; **Nabill F. Nasser**, Minneapolis, MN (US)

(73) Assignee: **Jodi A. Dalvey**, Orono, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/541,845**

(22) Filed: **Apr. 3, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/391,910, filed on Sep. 9, 1999, now abandoned.

(51) Int. Cl.[7] ................................................ **B41M 5/30**
(52) U.S. Cl. ................ **156/235; 428/32.69; 428/32.81; 428/32.85; 428/32.86**
(58) Field of Search ...................... 156/235; 428/32.69, 428/32.81, 32.85, 32.86, 195, 913, 914, 484, 488.1, 488.4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,790,439 A | 2/1974 | La Perre et al. | 161/167 |
| 3,922,435 A | 11/1975 | Asnes | 428/349 |
| 4,224,358 A | 9/1980 | Hare | 427/147 |
| 4,235,657 A | 11/1980 | Greenman et al. | 156/234 |
| 4,399,209 A | 8/1983 | Sanders et al. | 430/138 |
| 4,548,857 A | 10/1985 | Galante | 428/200 |
| 4,880,678 A | 11/1989 | Goffi | 428/40 |

| | | | |
|---|---|---|---|
| 4,966,815 A | 10/1990 | Hare | 428/497 |
| 4,980,224 A | 12/1990 | Hare | 428/202 |
| 5,019,475 A | 5/1991 | Higashiyama et al. | 430/138 |
| 5,045,383 A | 9/1991 | Maeda et al. | 428/216 |
| 5,059,580 A | 10/1991 | Shibata et al. | 503/227 |
| 5,110,389 A | 5/1992 | Hiyoshi et al. | 156/234 |
| 5,139,917 A | 8/1992 | Hare | 430/138 |
| 5,236,801 A | 8/1993 | Hare | 430/199 |
| 5,252,531 A | 10/1993 | Yasuda et al. | 503/227 |
| 5,271,990 A | 12/1993 | Kronzer et al. | 428/195 |
| 5,334,439 A | 8/1994 | Kawaguchi et al. | 428/212 |
| 5,362,703 A | 11/1994 | Kawasaki et al. | 503/227 |
| 5,407,724 A | 4/1995 | Mimura et al. | 428/141 |
| 5,434,598 A | 7/1995 | Shimomine et al. | 347/217 |
| 5,707,925 A | 1/1998 | Akada et al. | 503/227 |
| 5,770,268 A | 6/1998 | Kuo et al. | 427/386 |
| 5,798,161 A | 8/1998 | Kita et al. | 428/64.1 |
| 6,017,611 A | 1/2000 | Cheng et al. | 428/195 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0466503 | 7/1990 | G03G/7/00 |
| EP | 0881092 | 12/1998 | B41M/5/00 |
| EP | 0933225 | 8/1999 | B41M/5/025 |
| GB | 2295973 | 6/1996 | B41M/1/36 |
| JP | 63122592 | 5/1988 | B41M/5/26 |
| JP | 01037233 | 2/1989 | A01G/7/06 |
| JP | 07276833 | 10/1995 | B41M/5/40 |
| JP | 08085269 | 4/1996 | B41M/5/30 |

*Primary Examiner*—Bruce H. Hess
(74) *Attorney, Agent, or Firm*—Schwegman, Lundberg, Woessner & Kluth, P.A.

(57) **ABSTRACT**

The present invention includes an image transfer sheet. The image transfer sheet comprises a release layer and a polymer layer. One or more of the release layer and the polymer layer comprise titanium oxide or other white pigment.

**14 Claims, 4 Drawing Sheets**



500

502



*Fig. 1*



Fig.2
(Prior Art)



*Fig. 3A*



*Fig. 3B*



*Fig. 4*



*Fig. 5*



*Fig. 6*

1

## METHOD OF IMAGE TRANSFER ON A COLORED BASE

This application is a Continuation-In-Part of U.S. application Ser. No. 09/391,910, filed Sep. 9, 1999 now abandoned.

### BACKGROUND OF THE INVENTION

The present invention relates to a method for transferring an image onto a colored base and to an article comprising a dark base and an image with a light background on the base.

Image transfer to articles made from materials such as fabric, nylon, plastics and the like has increased in popularity over the past decade due to innovations in image development. On Feb. 5, 1974, LaPerre et al. had issued a United States patent describing a transfer sheet material markable with uniform indicia and applicable to book covers. The sheet material included adhered plies of an ink receptive printable layer and a solvent free, heat activatable adhesive layer. The adhesive layer was somewhat tacky prior to heat activation to facilitate positioning of a composite sheet material on a substrate which was to be bonded. The printable layer had a thickness of 10–500 microns and had an exposed porous surface of thermal plastic polymeric material at least 10 microns thick.

Indicia were applied to the printable layer with a conventional typewriter. A thin film of temperature-resistant low-surface-energy polymer, such as polytetraflouroethylene, was laid over the printed surface and heated with an iron. Heating caused the polymer in the printable layer to fuse thereby sealing the indicia into the printable layer.

On Sep. 23, 1980, Hare had issued U.S. Pat. No. 4,224,358, which described a kit for applying a colored emblem to a T-shirt. The kit comprised a transfer sheet which included the outline of a mirror image of a message. To utilize the kit, a user applied a colored crayon to the transfer sheet and positioned the transfer sheet on a T-shirt. A heated instrument was applied to the reverse side of the transfer sheet in order to transfer the colored message.

The Greenman et al. patent, U.S. Pat. No. 4,235,657, issuing Nov. 25, 1980, described a transfer web for a hot melt transfer of graphic patterns onto natural, synthetic fabrics. The transfer web included a flexible substrate coating with a first polymer film layer and a second polymer film layer. The first polymer film layer was made with a vinyl resin and a polyethylene wax which were blended together in a solvent or liquid solution. The first film layer served as a releasable or separable layer during heat transfer. The second polymeric film layer was an ionomer in an aqueous dispersion. An ink composition was applied to a top surface of the second film layer. Application of heat released the first film layer from the substrate while activating the adhesive property of the second film layer thereby transferring the printed pattern and a major part of the first layer along with the second film layer onto the work piece. The second film layer bonded the printed pattern to the work piece while serving as a protective layer for the pattern.

DeSanders et al. patent, U.S. Pat. No. 4,399,209, issuing Aug. 16, 1983, describes an imaging system in which images were formed by exposing a photosensitive encapsulate to actinic radiation and rupturing the capsules in the presence of a developer so that there was a pattern reaction of a chromogenic material present in the encapsulate and developer which yielded an image.

The Joffi patent, U.S. Pat. No. 4,880,678, issuing Nov. 14, 1989, describes a dry transfer sheet which comprises a

2

colored film adhering to a backing sheet with an interposition of a layer of release varnish. The colored film included 30%–40% pigment, 1%–4% of cycloaliphatic epoxy resin, from 15%–35% of vinyl copolymer and from 1%–4% of polyethylene wax. This particular printing process was described as being suitable for transferring an image to a panel of wood.

The Kronzer et al. patent, U.S. Pat. No. 5,271,990, issuing Dec. 21, 1993, describes an image-receptive heat transfer paper that included a flexible paper web based sheet and an image-receptive melt transfer film that overlaid the top surface of the base sheet. The image-receptive melt transfer film was comprised of a thermal plastic polymer melting at a temperature within a range of 65°–180° C.

The Higashiyami et al. patent, U.S. Pat. No. 5,019,475, issuing May 28, 1991, describes a recording medium that included a base sheet, a thermoplastic resin layer formed on at least one side of the base sheet and a color developer formed on a thermoplastic resin layer and capable of color development by reaction with a dye precursor.

### DESCRIPTION OF THE DRAWING

FIG. 1 illustrates a schematic view of one process of image transfer onto colored product, of the present invention.

FIG. 2 is a schematic view of one prior art process of image transfer onto a colored product.

FIG. 3a is a cross-sectional view of one embodiment of the image transfer device of the present invention.

FIG. 3b is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 4 is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 5 is a cross-sectional view of one other embodiment of the image transfer device of the present invention.

FIG. 6 is a cross-sectional view of another embodiment of the image transfer device of the present invention.

### SUMMARY OF THE INVENTION

One embodiment of the present invention includes a method for transferring an image to a colored substrate. The method comprises providing an image transfer sheet comprising a release layer and an image-imparting layer that comprises a polymer. The image-imparting layer comprises titanium oxide or another white pigment or luminescent pigment. The image transfer sheet is contacted to the colored substrate. Heat is applied to the image transfer sheet so that an image is transferred from the image transfer sheet to the colored substrate. The image transferred comprises a substantially white or luminescent background and indicia.

Another embodiment of the present invention includes an image transfer sheet. The image transfer sheet comprises a polymer. The polymer comprises titanium oxide or other white pigment or luminescent pigment.

One other embodiment of the present invention includes a method for making an image transfer sheet. The method comprises providing an ink receptive polymer and impregnating the polymer with titanium oxide or other white pigment or luminescent pigment. An image is imparted to the polymer.

### DETAILED DESCRIPTION

One method embodiment of the present invention, for transferring an image onto a colored base material, illus-

**3**

trated generally at **100** in FIG. **1**, comprises providing the colored base material **102**, such as a colored textile, and providing an image **104** that comprises a substantially white background **106** with indicia **108** disposed on the substantially white background, applying the image **104** to the colored base **102** with heat to make an article, such as is shown generally at **110** in FIG. **1** with the substantially white background **106**, the image **108** disposed on the white background, so that the image and background are adhered to the colored base in a single step.

As used herein, the term "base" or substrate refers to an article that receives an image of the image transfer device of the present invention. The base includes woven or fabric-based materials. The base includes articles of clothing such as T-shirts, as well as towels, curtains, and other fabric-based or woven articles.

As used herein, the term "indicia" refers to an image disposed on the image transfer device of the present invention in conjunction with a substantially white background. Indicia includes letters, figures, photo-derived images and video-derived images.

As used herein, the term "white layer" refers to a layer on a transfer sheet positioned between a release layer and a receiving layer. The white layer imparts a white background on a dark substrate.

The method of the present invention is a significant improvement over conventional two-step image transfer processes. One prior art embodiment is shown generally at **200** in FIG. **2**. Typically in prior art embodiments, a colored base, in particular, a dark base such as a black T-shirt **202**, is imparted with an image in a multiple step process. One prior art method **200** includes applying a white or light background **204** to the colored base **202** with heat. The light or white background **204** is typically a polymeric material such as a cycloaliphatic epoxy resin, a vinyl copolymer and/or a polyethylene wax. A sheet **206** with an image **208** printed or otherwise imparted is applied to the substantially white polymeric material **204** by aligning the image to the white background and applying heat.

This two-step prior art process requires the use of two separate sheets **204** and **206**, separately applied to the colored base. The two-step prior art process **200** also requires careful alignment of the image **208** to the white background **202**. Consequently, the two-step process is exceedingly time-consuming and, because of improper alignment, produces significant wastage of base and image transfer materials.

With the method of the present invention, a sheet such as is shown at **104***a*, is prepared having a substrate layer **302** that comprises a polymeric material such as polypropylene, paper, a polyester film, or other film or films having a matte or glossy finish, such as is shown in FIG. **3***a*. The substrate layer **302** may be coated with clay on one side or both sides. The substrate layer may be resin coated or may be free of coating if the substrate is smooth enough. The resin coating acts as a release coating **306**. The coating weight typically ranges from 40 g/square meter to 250 g/square meter. In one embodiment, the range is 60 to 130 g/square meter. In one embodiment, overlaying the substrate **302** or base paper is a silicon coating **304**. Other release coatings such as fluorocarbon, urethane, or acrylic base polymer are usable in the image transfer device of the present invention. One other release coating is a silicone coating. The silicone coating has a release value of about 10 to 2500 g/inch, using a Tesa Tape 7375 tmi, 90 degree angle, 1 inch tape, 12 inches per minute. These other release coatings are, for some embodiments,

**4**

impregnated with titanium oxide or other white pigments in a concentration of about 20% by weight.

Impregnated within the substrate **302**, shown in FIG. **3***a* and/or silicon coating **304**, shown in FIG. **3***b*, is a plurality of titanium oxide particles or other white pigment or luminescent pigment in a concentration that may be as high as about 35% by volume or as low as 5% by volume. Specific embodiments include titanium oxide concentrations or talc, or barium or aluminum hydrate with or without calcium carbonate or aluminum silicate in a range from 0 to 50%, by weight. Other materials such as hollow pigment, kaolin, silica, zinc oxide, alumina, zinc sulfate, calcium carbonate, barium or aluminum oxide, aluminum trihydrate, aluminum fillers, aluminum silicate, alumina trihydrate, barium sulfate, barium titanate, fumed silica, talc, and titanium oxide extenders are also usable in conjunction with titanium oxide or instead of titanium oxide. It is believed that any white organic or inorganic pigment that has a concentration at a level of 0 to 7% by weight total ash content is acceptable for use. In one embodiment illustrated at **500** in FIG. **6**, a white layer **202** includes a concentration of blended pigments or other pigments at a concentration of 10 to 40% by weight.

Other pigments such as Lumilux®, manufactured by Reidel de Haen Aktiengellschaft of Germany, or other luminescent pigments, such as pigments manufactured by Matsui International, Inc., may be used in the method and article of the present invention. The titanium oxide or other white pigment or luminescent particles impart to the substrate layer, a substantially white background with a glowing that occurs at night or in the dark area. The pigments are used in conjunction with ink jet printing, laser printing, painting, other inks, for "Glow in the Dark" images, for light resolution displays, for pop displays, monochrome displays or image transfer articles. Suitable pigments are excitable by daylight or artificial radiation, fluorescent light, fluorescent radiation, infrared light, infrared radiation, IR light, ultraviolet light or UV radiation. Other materials may be added to the substrate such as antistatic agents, slip agents, lubricants or other conventional additives. The white layer or layers are formed by extrusion or co-extrusion emulsion coating or solvent coating. The white layer coating thickness ranges from 0.5 to 7 mils. In one embodiment, the range is 1.5 to 3.5 mils or 14 g/meter squared to up to 200 g/meter squared.

In other embodiments of the image transfer sheet, a changeable color was added to one or more of the layers of the image transfer sheet. The color-changeable material transferred utilized a material such as a temperature sensitive pigmented chemical or light changeable material, a neon light which glows in the dark for over 50 hours and was a phosphorescent pigment, a zinc-oxide pigment or a light-sensitive colorant. A concentrated batch of one or more of the materials of polyethylene, polyester, EVA, EAA, polystyrene, polyamide or MEAA which was a Nucrel-like material was prepared.

The color-changeable material was added to the layer material up to a concentration of 100% by weight with 50% by weight being typical. The color-changeable material technologies changed the image transfer sheet from colorless to one or more of yellow, orange, red, rose, red, violet, magenta, black, brown, mustard, taupe, green or blue. The color-changeable material changed the image transfer sheet color from yellow to green or from pink to purple. In particular, sunlight or UV light induced the color change.

The color-changeable material was blendable in a batch process with materials such as EAA, EVA, polyamide and

US 6,884,311 B1

5

other types of resin. The polymer was extruded to 0.5 mils or 14 $g/m^2$ to 7 mils or 196 $g/m^2$ against a release side or a smooth side for a hot peel with up to 50% by weight of the color-changeable concentrate.

The first ink-receiving layer was an acrylic or SBR EVA, PVOH, polyurethane, MEAA, polyamide, PVP, or an emulsion of EAA, EVA or a blend of EAA or acrylic or polyurethane or polyamide, modified acrylic resins with nonacrylic monomers such as acrylonitrile, butadiene and/or styrene with or without pigments such as polyamide particle, silica, $COCl_3$, titanium oxide, clay and so forth.

The thermoplastic copolymer was an ethylene acrylic acid or ethylene vinyl acetate grade, water- or solvent-based, which was produced by high pressure copolymerization of ethylene and acrylic acid or vinyl acetate.

Use of EAA or EVA as a binder was performed by additionally adding in a concentration of up to 90% with the concentration being up to 73% for some embodiments. The titanium oxide pigment concentration was, for some embodiments, about 50%. The photopia concentration was about 80% maximum. The additive was about 70% maximum.

The second receiving layer included the photopia or color changeable material in a concentration of up to 70% by weight with a range of 2 to 50% by weight for some embodiments. PHOTOPHOPIA is an ink produced by Matsui Shikiso chemical, Co. of Kyoto, Japan. The pigment ranged from 0 to 90% and the binder from 0 to 80%. This type of coloring scheme was used in shirts with invisible patterns and slogans. The PHOTOPIA products were obtained from Matsui International Company, Inc. While they have been described as being incorporated in the ink-receiving layer, the PHOTOPIA products were also applicable as a separate monolayer. PHOTOPIA-containing layers were coated onto the release layer by conventional coating methods such as by rod, slot, reverse or reverse gravure, air knife, knife-over and so forth.

Temperature sensitive color changeable materials could also be added to the image transfer sheet. Chromacolor materials changed color in response to a temperature change. The Chromacolor solid material had a first color at a first temperature and changed color as the temperature changed. For instance, solid colors on a T-shirt became colorless as a hot item or the outside temperature increased.

Chromacolor was prepared as a polypropylene concentrate, polyethylene, polystyrene, acrylo-styrene (AS) resins, PVC/plasticizer, nylon or 12 nylon resin, polyester resin, and EVA resin. The base material for this image transfer sheet embodiment was selected from materials such as paper, PVC, polyester, and polyester film.

This type of image transfer sheet was fabricated, in some embodiments, without ink-jet receiving layers. It was usable by itself for color copy, laser printers, and so forth and then was transferable directly onto T-shirts or fabrics.

In one or both receiving layers, permanent color was addable with a color-changeable dispersion when the temperature changed, that is, when color disappeared. The color returned to permanent color as was shown in previous examples. With this formulation, the changeable color was added to one or more layers in a concentration of up to about 80% by weight with a range of 2–50% by weight being typical. The base paper for this embodiment was about 90 $g/m^2$. About 0.5 mils EAA were applied with 10% PHOTOPIA or temperature-sensitive color-changeable materials. The top coat layer was an ink-receiving layer that contained polyamides, silica, $COCl_3$ for 15% color-changeable items.

6

For some embodiments, the white layer **202** includes ethylene/methacrylic acid (E/MAA), with an acid content of 0–30%, and a melt index from 10 to 3500 with a melt index range of 20 to 2300 for some embodiments. A low density polyethylene with a melt index higher than 200 is also suitable for use. Other embodiments of the white layer include ethylene vinyl acetate copolymer resin, EVA, with vinyl acetate percentages up to 50%/EVA are modifiable with an additive such as DuPont Elvax, manufactured by DuPont de Neimours of Wilmington, Del. These resins have a Vicat softening point of about 40 degrees tp 220 degrees C., with a range of 40 degrees to 149 degrees C. usable for some embodiments. Other resins usable in this fashion include nylon multipolymer resins with or without plasticizers with the same pigment percent or ash content nylon resin such as Elvamide, manufactured by DuPont de Neimours or CM 8000 Toray. Nylon polymers are also blendable with resin such as ENGAGE with or without plasticizers. These resins are applicable as a solution water base or a solvent base solution system. These resins are also applicable by extrusion or co-extrusion or hot melt application. Other suitable resins include Allied Signal Ethylene acrylic acid, A-C 540, 540A, or AC 580, AC 5120, and/or AC 5180 or ethylene vinyl acetate, AC-400, 400A, AC-405 (s), or AC-430.

The silicon-coated layer **304** acts as a release-enhancing layer. When heat is applied to the image transfer sheet **104**, thereby encapsulating image imparting media such as ink or toner or titanium oxide with low density polyethylene, ethylene acrylic acid (EAA), or MEAA, ethylene vinyl acetate (EVA), polyester exhibiting a melt point from 20 C up to 225 C, polyamide, nylon, or methane acrylic ethylene acrylate (MAEA), or mixtures of these materials in the substrate layer **302**, local changes in temperature and fluidity of the low density polyethylene or other polymeric material occurs. These local changes are transmitted into the silicon coated release layer **304** and result in local preferential release of the low density polyethylene encapsulates, EVA, EAA, polyester, and polyamide.

The silicon coated release layer is an optional layer that may be eliminated if the colored base **202** or peel layer is sufficiently smooth to receive the image. In instances where the silicon coated release layer **304** is employed, the silicon coated release layer may, for some embodiments wherein the release layer performs image transfer, such as is shown in FIG. 3b, also include titanium oxide particles or other white pigment or luminescent pigment in a concentration of about 20% by volume.

One other image transfer sheet embodiment of the present invention, illustrated at **400** in FIG. **4**, includes a substrate layer **402**, a release layer **404** and an image imparting layer **406** that comprises a polymeric layer such as a low density polyethylene layer, an EAA layer, an EVA layer or a nylon-based layer or an MAEA layer or polyester melt point of 20 C up to 225 degrees C. The image imparting layer is an ink jet receptive layer. In one embodiment, the nylon is 100% nylon type 6 or type 12 or a blend of type 6 and 12.

The polyamides, such as nylon, are insoluble in water and resistant to dry cleaning fluids. The polyamides may be extruded or dissolved in alcohol or other solvent depending upon the kind of solvent, density of polymer and mixing condition. Other solvents include methanol, methanol trichloro ethylene, propylene glycol, methanol/water or methanol/chloroform.

One additional embodiment of the present invention comprises an image transfer sheet that comprises an image

7

imparting layer but is free from an image receptive layer such as an ink receptive layer. The image imparting layer includes titanium oxide or other white pigment or luminescent pigment in order to make a white or luminescent background for indicia or other images. Image indicia are imparted, with this embodiment, by techniques such as color copy, laser techniques, toner, dye applications or by thermo transfer from ribbon wax or from resin.

The LDPE polymer of the image imparting layer melts at a point within a range of 43°–300° C. The LDPE and EAA have a melt index (MI) of 20–1200 SI-g/10 minutes. The EAA has an acrylic acid concentration ranging from 5 to 25% by weight and has an MI of 20 to 1300 g/10 minutes. A preferred EAA embodiment has an acrylic acid concentration of 7 to 20% by weight and an MI range of 20 to 1300. The EVA has an MI within a range of 20 to 3300. The EVA has a vinyl acetate concentration ranging from 10 to 40% by weight.

One other polymer usable in the image imparting layer comprises a nylon-based polymer such as Elvamide®, manufactured by DuPont de Nemours or ELF ATO CHEM, with or without plasticizers in a concentration of 10 to 37% by weight. Each of these polymers, LDPE, EAA, EVA and nylon-based polymer is usable along or with a resin such as Engage® resin, manufactured by DuPont de Nemours. Suitable plasticizers include N-butyl benzene sulfonamide in a concentration up to about 35%. In one embodiment, the concentration of plasticizer ranged from 8 to 27% by weight with or without a blend of resin, such as Engage® resin, manufactured by DuPont de Nemours.

Suitable Elvamide® nylon multipolymer resins include Elvamide 8023R® low viscosity nylon multipolymer resin; Elvamide 8063® multipolymer resin manufactured by Dupont de Nemours. The melting point of the Elvamide® resins ranges from about 154° to 158° C. The specific gravity ranges from about 1.07 to 1.08. The tensile strength ranges from 51.0 to about 51.7 Mpa. Other polyamides suitable for use are manufactured by ELF ATO CHEM, or Toray. Other embodiments include polymers such as polyester No. MH 4101, manufactured by Bostik, and other polymers such as epoxy or polyurethane.

The density of polymer has a considerable effect on the viscosity of a solution for extrusion. In one embodiment, 100% of a nylon resin such as DuPont Elvamide 80625® having a melting point of 124° C. or Elvamide 8061 M®, or Elvamide 8062 P® or Elvamide 8064®, all supplied by DuPont de Nemours. Other suitable polyamide formulations include Amilan CM 4000® or CM 8000 supplied by Toray, or polyamide from ELF ATO CHEM M548 or other polyamide type.

In an extrusion process, these polyamide formulations may be used straight, as 100% polyamide or may be blended with polyolefin elastomers to form a saturated ethyleneoctane co-polymer that has excellent flow properties and may be cross-linked with a resin such as Engage®, manufactured by DuPont de Nemours, by peroxide, silane or irradiation. The Engage® resin is, in some embodiments, blended in a ratio ranging from 95/5 nylon/Engage® to 63/35 nylon/Engage®. The polyamide is, in some embodiments, blended with resins such as EVA or EAA, with or without plasticizers. Plasticizers are added to improve flexibility at concentrations as low as 0% or as high as 37%. One embodiment range is 5% to 20%.

Other resins usable with the image include Dupont's Bynel®, which is a modified ethylene acrylate acid terpolymer. The Bynel® resin, such as Bynel 20E538®, has a

8

melting point of 53° C. and a melt index of 25 dg/min as described in D-ASTM 1238. The Bynel® has a Vicat Softening Point of 44 C as described in D-ASTM 1525-91. This resin may be blended with other resin solutions and used as a top coat primer or as a receptive coating for printing applications or thermo transfer imaging. For some embodiments, an emulsion solution is formed by dissolving polymer with surfactant and KOH or NaOH and water to make the emulsion. The emulsion is applied by conventional coating methods such as a roll coater, air knife or slot die and so forth.

The polymeric solution is pigmented with up to about 50%, with a material such as titanium oxide or other pigment, or without plasticizers and is applied by conventional coating methods such as air knife, rod gater, reverse or slot die or by standard coating methods in one pass pan or in multiple passes.

Fillers may be added in order to reduce heat of fusion or improve receptivity or to obtain particular optical properties, opacity or to improve color copy or adhesion.

The present invention further includes a kit for image transfer. The kit comprises an image transfer sheet for a color base that is comprised of a substrate layer impregnated with titanium oxide, a release layer and an image imparting layer made of a polymer such as LDPE, EAA, EVA, or MAEA, MEAA, nylon-based polymer or mixtures of these polymers or blends of these polymers with a resin such as Engage® or other polyester adhesion that melt at a temperature within a range of 100°–700° Centigrade. The LDPE has a melt index of 60–1200 (SI)-g/minute. The kit also includes a colored base for receiving the image on the image transfer sheet and a package for containing the image transfer sheet and the colored base.

Another embodiment of the present invention includes an emulsion-based image transfer system. The system comprises a colored base, such as a colored fabric, an image transfer sheet with a release coating and a polyamide. The polyamide is impregnated with titanium oxide or other white pigment or luminescent pigment in order to impart a white or luminescent background on the colored base.

One other embodiment of the present invention, illustrated at 500 in FIG. 5, is also utilized in a method for transferring an image from one substrate to another. The method comprises a step providing an image transfer sheet 500 that is comprised of a substrate layer 502, a release layer 504, comprising a silicone coating and a white layer 506 with a thickness of about 0.5 to 7 mils and having a melt index, MI, within a range of 40°–280° C. The substrate layer 502 is, for some embodiments, a base paper coated on one side or both sides. The base paper is, optionally, of a saturated grade. In one embodiment, the white layer 506 of the image transfer sheet 500 is impregnated with titanium oxide or other white or luminescent pigment. In one embodiment, the white layer 506 and a receiving layer 508, contacting the white layer 506 are impregnated with titanium oxide or other white or luminescent pigment.

In one embodiment, the nylon resin is applied by a hot melt extrusion process in a thickener to a thickness of 0.35 mils or 8 gms per square meter to about 3.0 mils or 65 gms per square meter to a maximum of about 80 gms per square meter. In one particular embodiment, the thickness is about 0.8 mils or 15 gms per square meter to about 50 gms per square meter or about 0.75 mils to about 2.00 mils. The nylon resin is, in another embodiment, emulsified in alcohol or other solvent or is dispersed in water and applied with conventional coating methods known in the industry.

US 6,884,311 B1

**9**

Next, an image is imparted to the polymer component of the peel layer **520** utilizing a top coat image-imparting material such as ink or toner. In one embodiment, the polymer coating is impregnated with titanium oxide or other white or luminescent pigment prior to imparting the image. The ink or toner may be applied utilizing any conventional method such as an ink jet printer or an ink pen or color copy or a laser printer. The ink may be comprised of any conventional ink formulation. An ink jet coating is preferred for some embodiments. A reactive ink is preferred for other applications.

The image transfer sheet **500** is applied to the colored base material so that the polymeric component of the peel layer **520** contacts the colored base. The second substrate is comprised of materials such as cloth, paper and other flexible or inflexible materials.

Once the image transfer sheet peel layer **520** contacts the colored base, a source of heat, such as an iron or other heat source, is applied to the image transfer sheet **500** and heat is transferred through the peel layer **520**. The peel layer **520** transfers the image, which is indicia over a white or luminescent field, to the colored base. The application of heat to the transfer sheet **500** results in ink or other image-imparting media within the polymeric component of the peel layer being changed in form to particles encapsulated by the polymeric substrate such as the LDPE, EAA, EVA, nylon or M/EAA or polyamides, or polyester, urethane, epoxies or resin-containing mixtures of these polymers immediately proximal to the ink or toner. The encapsulated ink particles or encapsulated toner particles and encapsulated titanium oxide particles are then transferred to the colored base in a mirror image to the ink image or toner image on the polymeric component of the peel layer **520**.

Because the polymeric component of the peel layer **520** generally has a high melting point, the application of heat, such as from an iron, does not result in melting of this layer or in a significant change in viscosity of the overall peel layer **520**. The change in viscosity is confined to the polymeric component that actually contacts the ink or toner or is immediately adjacent to the ink or toner. As a consequence, a mixture of the polymeric component, titanium oxide or other white or luminescent pigment, and ink or toner is transferred to the colored base as an encapsulate whereby the polymeric component encapsulates the ink or toner or titanium oxide or other white pigment. It is believed that the image transfer sheet, with the white titanium oxide or other white or luminescent pigment background is uniquely capable of both cold peel and hot peel with a very good performance for both types of peels.

### EXAMPLE 1

EAA is extruded or co-extruded at 300 melt index (Dow Primacor 59801) with 30% titanium oxide ash content extruded on silicone coated base paper 95 g/meter squared for thicknesses as follows: 0.75 mils, 1.0 mil, 1.2 miles, 2.2 mils, 2.75 mils, 3.5 mils, 7.0 mils. The EAA layer is coated with ink jet receptive layers and then printed on an ink jet printer. The print is then removed from the release layer to expose the print. The exposed print is applied against fabric and covered by release paper, wherein the release side contacts the printed side. The printed image is transferred by heat application with pressure, such as by an iron, at 250 F to 350 F for about 15 seconds.

This procedure is usable with a blend of 80/20, 70/30, 50/50, 60/40 or vice versa, Dow Primacor 59801 and 59901. This procedure is also usable with DuPont Elvax 3180, or

**10**

3185 DuPont Nucrel 599, DuPont Nucrel 699, Allied Signal AC-5120 or an EAA emulsion of Primacor or Allied Signal 580 or 5120 resin or EVA or make a wax emulsion or EVA or EAA emulsion, or is blended with ELF 548 or Elvamide or polyester resin from Bostik MLT 4101.

The emulsion is blended with titanium or white pigment in one or multiple layers and applied with conventional coating methods such as roll coating, myer rod, air knife, knife over or slot die. The blended emulsion is applied with a coat weight of 5 g/meter squared to 150 g/meter squared. The percent ash is about 7 to 80 percent with 10 to 70 percent for some embodiments.

### EXAMPLE 2

An ink receptive mono or multiple layer such as is shown in FIG. 6 at **504, 506, 508** and **510** includes a first layer **506** that includes 0 to 80% titanium pigment with acrylic or EVA or polyvinyl alcohol, or SBR with a Tg glass transition of −60 up to 56 with a range of −50 to 25, for some embodiments. In another embodiment, a wax emulsion is used with a coat weight of 5 g/meter squared to 38 g/meter squared with a range of 8 g/meter squared to 22 g/meter squared for some embodiments.

In another embodiment, a pigment is blended to make layer **506**. EAA or EVA solution solvent or a water base solution and a different coat and different thickness are employed. On top of extruded layers, a top coat **508** and **510** is coated with an ink receptive layer. This construction imparts an excellent whiteness to the background of a print with an excellent washability.

### EXAMPLE 3

For one image transfer sheet, such as is shown at **500** in FIG. 6, a blend is prepared. The blend includes the same ratio of ash to emulsion of EAA or EVA or a blend of both of these polymers. The blend has a MEIT index of 10 MI to 2500 MI with a range of 25 MI to 2000 MI for some embodiments. The blend is formed into a substrate layer **502**.

The substrate layer **502** is coated with a release layer **504** that is coated with ink jet receptive layers **506** and **508**. The ink jet receptive layer or layers **506** and **508** include 50 percent titanium or barium talc, or a combination of different high brightness, high opacity pigments. These layers are coated within a range of 5 g/meter squared to 50 g/meter squared. In one embodiment, the range is 8 g/meter squared to 30 g/meter squared.

### EXAMPLE 4

A polyester resin obtained from Bostek MH 4101 was extruded to thicknesses of 0.5 mils, 1.0 mils, 2.0 mils and 4 mils with titanium oxide concentrations of 5%, 10%, 30%, and 40%, respectively, against silicone coated paper, having a density of 80 g/m-sq. The silicone coated paper was top coated with an EAA solution that included titanium oxide in a concentration of about 40%. This titanium oxide coated paper was then coated with an ink jet receiving layer. The ink jet receiving layer was coated with a "Glow in the Dark" containing layer or a temperature changeable pigment containing layer or a light changeable layer. These layers were ink jet printed, as required.

The printed layers were then placed against a fabric and covered with release paper. Heat was applied to the printed layers and the release paper. The heat was applied at 200F, 225F, 250F, 300F, 350F, and 400F. A good image transfer was observed for all of these temperatures.

US 6,884,311 B1

**11**

EXAMPLE 5

An image transfer sheet was prepared in the manner described in Example 4 except that a polyamide polymer layer was coextruded using polyamide from ELF ATO CHEM M 548.

EXAMPLE 6

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of polyamides and DuPont 3185 in ratios of 90/10, 80/20, 50/50, 75/25 and 10/90, respectively was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

EXAMPLE 7

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of EAA and polyamide was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

What is claimed is:

1. A method for transferring an image to a colored substrate comprising woven, fabric based material, or paper, comprising:

   providing an image transfer sheet comprising an image transfer substrate; a release layer contacting the image transfer substrate and an image-imparting layer that comprises a polymer that includes indicia wherein the release layer is impregnated with one or more of titanium oxide or other white pigment or luminescent pigment;

   contacting the image transfer sheet to the colored substrate comprising woven, fabric based material, or paper; and

   applying heat to the image transfer sheet so that an image including indicia from the image-imparting layer is transferred from the image transfer sheet to the colored substrate comprising woven, fabric based material, or

**12**

   paper wherein the image comprises a substantially white background or luminescent background and indicia.

2. The method of claim 1 wherein the colored substrate comprising woven, fabric based material, or paper is a fabric.

3. The method of claim 1 wherein the colored substrate comprising woven, fabric based material, or paper is black.

4. The method of claim 1 wherein the image imparting layer is impregnated with one or more of titanium oxide or other white pigment or luminescent material.

5. The method of claim 1 wherein the polymer of the image-imparting layer encapsulates the titanium oxide or other white pigment and indicia and transfers the titanium oxide or other white pigment in a pattern that forms the indicia on the colored substrate.

6. An image transfer sheet, comprising:

   a colored, substrate comprising woven, fabric based material, or paper;

   a release layer overlaying the substrate, wherein the release layer is impregnated with titanium oxide or other white pigment or luminescent pigment; and

   a polymer layer.

7. The image transfer sheet of claim 6 wherein the polymer layer is comprised of titanium oxide or other white pigment.

8. The image transfer layer of claim 6 wherein the polymer layer comprises polypropylene.

9. The image transfer layer of claim 6 wherein the polymer layer comprises polyester or polyamide or a mixture of polyester and polyamide.

10. A kit comprising the image transfer sheet of claim 6 and a colored fabric.

11. The kit of claim 10 wherein the colored fabric is an article of clothing.

12. The kit of claim 11 wherein the article of clothing is a T-shirt.

13. The image transfer sheet of claim 6 wherein the polymer layer is a polyamide.

14. The image transfer sheet of claim 6 wherein the polymer comprises LDPE, EAA, EVA, MAEA, nylon or mixtures of these polymers or polyamide.

\*   \*   \*   \*   \*

# EXHIBIT B


(19) **United States**

(12) **Reissued Patent**
Schwendimann et al.

(10) Patent Number: **US RE41,623 E**

(45) Date of Reissued Patent: **Sep. 7, 2010**

(54) **METHOD OF IMAGE TRANSFER ON A COLORED BASE**

(75) Inventors: **Jodi A. Schwendimann**, 1931 Beach La., Minnetonka Beach, MN (US) 55391; **Nabil F. Nasser**, Minneapolis, MN (US)

(73) Assignee: **Jodi A. Schwendimann**, Plymouth, MN (US)

(21) Appl. No.: **12/218,260**

(22) Filed: **Jul. 11, 2008**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,884,311**
Issued: **Apr. 26, 2005**
Appl. No.: **09/541,845**
Filed: **Apr. 3, 2000**

U.S. Applications:
(63) Continuation-in-part of application No. 09/391,910, filed on Sep. 9, 1999, now abandoned.

(51) **Int. Cl.**
*B41M 5/30* (2006.01)

(52) **U.S. Cl.** .................. **156/235**; 428/32.69; 428/32.81; 428/32.85; 428/32.86

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,790,439 A | 2/1974 | La Perre et al. |
| 3,922,435 A | 11/1975 | Asnes |
| 4,102,456 A | 7/1978 | Morris |
| 4,169,169 A | 9/1979 | Kitabatake |
| 4,224,358 A | 9/1980 | Hare |
| 4,235,657 A | 11/1980 | Greenman et al. |
| 4,284,456 A | 8/1981 | Hare |
| 4,399,209 A | 8/1983 | Sanders et al. |
| 4,461,793 A | 7/1984 | Blok et al. |
| 4,548,857 A | 10/1985 | Galante |
| 4,549,824 A | 10/1985 | Sachdev et al. |
| 4,594,276 A | 6/1986 | Relyea |
| 4,685,984 A | 8/1987 | Powers et al. |
| 4,758,952 A | 7/1988 | Harris, Jr. et al. |
| 4,863,781 A | 9/1989 | Kronzer |
| 4,880,678 A | 11/1989 | Goffi |
| 4,966,815 A | 10/1990 | Hare |
| 4,980,224 A | 12/1990 | Hare |
| 5,019,475 A | 5/1991 | Higashiyama et al. |
| 5,028,028 A | 7/1991 | Yamada et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0466503 A1 | 1/1992 |
| EP | 0782931 A1 | 7/1997 |
| EP | 0881092 A2 | 12/1998 |
| EP | 0899121 A1 | 3/1999 |
| EP | 0933225 A1 | 8/1999 |
| GB | 2295973 A | 6/1996 |
| JP | 63122592 | 5/1988 |
| JP | 1037233 | 2/1989 |
| JP | 7276833 | 10/1995 |
| JP | 8085269 | 4/1996 |
| WO | WO-0073570 A1 | 12/2000 |

OTHER PUBLICATIONS

"U.S. Appl. No. 09/150,983, Final Office Action Aug. 2, 2000", 9 pgs.

(Continued)

*Primary Examiner*—Bruce H Hess
(74) *Attorney, Agent, or Firm*—Schwegman Lundberg & Woessner, P.A.

(57) **ABSTRACT**

The present invention includes an image transfer sheet. The image transfer sheet comprises a release layer and a polymer layer. One or more of the release layer and the polymer layer comprise titanium oxide or other white pigment.

**17 Claims, 5 Drawing Sheets**



(AMENDED)

# US RE41,623 E
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,045,383 | A | 9/1991 | Maeda et al. |
| 5,059,580 | A | 10/1991 | Shibata et al. |
| 5,097,861 | A | 3/1992 | Hopkins et al. |
| 5,110,389 | A | 5/1992 | Hiyoshi et al. |
| 5,133,819 | A | 7/1992 | Croner |
| 5,139,917 | A | 8/1992 | Hare |
| 5,217,793 | A | 6/1993 | Yamane et al. |
| 5,236,801 | A | 8/1993 | Hare |
| 5,242,739 | A | 9/1993 | Kronzer et al. |
| 5,252,531 | A | 10/1993 | Yasuda et al. |
| 5,271,990 | A | 12/1993 | Kronzer et al. |
| 5,334,439 | A | 8/1994 | Kawaguchi et al. |
| 5,350,474 | A | 9/1994 | Yamane |
| 5,362,703 | A | 11/1994 | Kawasaki et al. |
| 5,372,884 | A | 12/1994 | Abe et al. |
| 5,400,246 | A | 3/1995 | Wilson et al. |
| 5,407,724 | A | 4/1995 | Mimura et al. |
| 5,431,501 | A | 7/1995 | Hale et al. |
| 5,434,598 | A | 7/1995 | Shimomine et al. |
| 5,501,902 | A | 3/1996 | Kronzer |
| 5,521,229 | A | 5/1996 | Lu et al. |
| 5,614,345 | A | 3/1997 | Gumblowski et al. |
| 5,620,548 | A | 4/1997 | Hare |
| 5,665,476 | A | 9/1997 | Oez |
| 5,707,925 | A | 1/1998 | Akada et al. |
| 5,770,268 | A | 6/1998 | Kuo et al. |
| 5,798,161 | A | 8/1998 | Kita et al. |
| 5,798,179 | A | 8/1998 | Kronzer |
| 5,821,028 | A | 10/1998 | Maejima et al. |
| 5,833,790 | A | 11/1998 | Hare |
| 5,861,355 | A | 1/1999 | Olson et al. |
| 5,905,497 | A | 5/1999 | Vaughan et al. |
| 5,917,730 | A | 6/1999 | Rittie et al. |
| 5,925,712 | A | 7/1999 | Kronzer |
| 5,942,335 | A | 8/1999 | Chen et al. |
| 5,948,586 | A | 9/1999 | Hare |
| 5,962,149 | A | 10/1999 | Kronzer |
| 5,981,045 | A | 11/1999 | Kuwabara et al. |
| 5,981,077 | A | 11/1999 | Taniguchi |
| 6,017,611 | A | 1/2000 | Cheng et al. |
| 6,033,739 | A | 3/2000 | Kronzer |
| 6,033,824 | A | 3/2000 | Hare et al. |
| 6,036,808 | A | 3/2000 | Shaw-Klein et al. |
| 6,042,914 | A | 3/2000 | Lubar |
| 6,054,223 | A | 4/2000 | Tsuchiya et al. |
| 6,066,387 | A | 5/2000 | Ueda et al. |
| 6,071,368 | A | 6/2000 | Boyd et al. |
| 6,083,656 | A | 7/2000 | Hare et al. |
| 6,087,061 | A | 7/2000 | Hare et al. |
| 6,090,520 | A | 7/2000 | Hare et al. |
| 6,096,475 | A | 8/2000 | Hare et al. |
| 6,106,982 | A | 8/2000 | Mientus et al. |
| 6,113,725 | A | 9/2000 | Kronzer |
| 6,120,888 | A | 9/2000 | Dolsey et al. |
| 6,139,672 | A | 10/2000 | Sato et al. |
| 6,177,187 | B1 | 1/2001 | Niemoller et al. |
| 6,180,256 | B1 | 1/2001 | Sargeant |
| 6,200,668 | B1 | 3/2001 | Kronzer |
| 6,242,082 | B1 | 6/2001 | Mukoyoshi et al. |
| 6,245,710 | B1 | 6/2001 | Hare |
| 6,258,448 | B1 | 7/2001 | Hare |
| 6,265,128 | B1 | 7/2001 | Hare |
| 6,331,374 | B1 | 12/2001 | Hare et al. |
| 6,338,932 | B2 | 1/2002 | Hare et al. |
| 6,340,550 | B2 | 1/2002 | Hare et al. |
| 6,358,660 | B1 | 3/2002 | Agler et al. |
| 6,383,710 | B2 | 5/2002 | Hare et al. |
| 6,423,466 | B2 | 7/2002 | Hare |
| 6,428,878 | B1 | 8/2002 | Kronzer |
| 6,450,633 | B1 | 9/2002 | Kronzer |
| 6,495,241 | B2 | 12/2002 | Sato et al. |
| 6,497,781 | B1 | 12/2002 | Dalvey et al. |
| 6,506,445 | B2 | 1/2003 | Popat et al. |
| 6,509,131 | B2 | 1/2003 | Hare et al. |
| 6,521,327 | B1 | 2/2003 | Franke |
| 6,531,216 | B1 | 3/2003 | Williams et al. |
| 6,539,652 | B1 | 4/2003 | Barry |
| 6,551,692 | B1 | 4/2003 | Dalvey et al. |
| 6,582,803 | B2 | 6/2003 | Cole et al. |
| 6,638,604 | B1 | 10/2003 | Bamberg et al. |
| 6,638,682 | B2 | 10/2003 | Hare et al. |
| 6,667,093 | B2 | 12/2003 | Yuan et al. |
| 6,677,009 | B2 | 1/2004 | Boyd et al. |
| 6,703,086 | B2 | 3/2004 | Kronzer et al. |
| 6,723,773 | B2 | 4/2004 | Williams et al. |
| 6,753,050 | B1 | 6/2004 | Dalvey et al. |
| 6,849,312 | B1 | 2/2005 | Williams |
| 6,869,910 | B2 | 3/2005 | Williams et al. |
| 6,871,950 | B2 | 3/2005 | Higuma et al. |
| 6,875,487 | B1 | 4/2005 | Williams et al. |
| 6,878,423 | B2 | 4/2005 | Nakanishi |
| 6,884,311 | B1 | 4/2005 | Dalvey et al. |
| 6,916,589 | B2 | 7/2005 | Hare et al. |
| 6,916,751 | B1 | 7/2005 | Kronzer |
| 6,786,994 | B2 | 9/2005 | Williams et al. |
| 6,951,671 | B2 | 10/2005 | Mukherjee et al. |
| 6,998,211 | B2 | 2/2006 | Riley et al. |
| 7,001,649 | B2 | 2/2006 | Wagner et al. |
| 7,008,746 | B2 | 3/2006 | Williams et al. |
| 7,021,666 | B2 | 4/2006 | Hare |
| 7,022,385 | B1 | 4/2006 | Nasser |
| 7,026,024 | B2 | 4/2006 | Chang et al. |
| 7,081,324 | B1 | 7/2006 | Hare et al. |
| 7,160,411 | B2 | 1/2007 | Williams et al. |
| 7,220,705 | B2 | 5/2007 | Hare |
| 7,238,410 | B2 | 7/2007 | Kronzer |
| 7,361,247 | B2 | 4/2008 | Kronzer |
| 7,364,636 | B2 | 4/2008 | Kronzer |
| 2001/0051265 | A1 | 12/2001 | Williams et al. |
| 2002/0025208 | A1 | 2/2002 | Sato et al. |
| 2002/0048656 | A1 | 4/2002 | Sato et al. |
| 2002/0192434 | A1 | 12/2002 | Yuan et al. |
| 2003/0008112 | A1 | 1/2003 | Cole et al. |
| 2003/0021632 | A1 | 1/2003 | Mukherjee et al. |
| 2004/0100546 | A1 | 5/2004 | Horvath |
| 2004/0146700 | A1 | 7/2004 | Boyd et al. |
| 2005/0048230 | A1 | 3/2005 | Dalvey et al. |
| 2007/0172609 | A1 | 7/2007 | Williams |
| 2007/0172610 | A1 | 7/2007 | Williams |
| 2007/0221317 | A1 | 9/2007 | Kronzer et al. |
| 2007/0231509 | A1 | 10/2007 | Xu et al. |
| 2008/0149263 | A1 | 6/2008 | Dalvey et al. |
| 2008/0302473 | A1 | 12/2008 | Dalvey et al. |
| 2008/0305253 | A1 | 12/2008 | Dalvey et al. |
| 2008/0305288 | A1 | 12/2008 | Dalvey et al. |

## OTHER PUBLICATIONS

"U.S. Appl. No. 09/150,983, Non–Final Office Action Jan. 30, 2001", 7 pgs.

"U.S. Appl. No. 09/150,983, Non–Final Office Action Apr. 11, 2000", 6 pgs.

"U.S. Appl. No. 09/150,983, Non–Final Office Action Dec. 28, 1999", 5 pgs.

"U.S. Appl. No. 09/150,983, Notice of Allowance mailed Nov. 19, 2002", 8 pgs.

"U.S. Appl. No. 09/150,983, Response filed Feb. 16, 2000 to Non–Final Office Action Dec. 28, 1999", 3 pgs.

"U.S. Appl. No. 09/150,983, Response filed Jun. 20, 2000 to Non–Final Office Action mailed Apr. 11, 2000", 7 pgs.

**US RE41,623 E**

Page 3

"U.S. Appl. No. 09/150,983, Response to Non–Final Office Action filed Aug. 7, 2002", 9 pgs.

"U.S. Appl. No. 09/535,937, Non–Final Ofice Action Nov. 29, 2001", 8 pgs.

"U.S. Appl. No. 09/535,937, Notice of Allowance Sep. 10, 2002", 9 pgs.

"U.S. Appl. No. 09/535,937, Response filed May 28, 2002 to Non–Final Office Action mailed Nov. 29, 2001", 6 pgs.

"U.S. Appl. No. 09/541,845, Final Office Action mailed Nov. 25, 2003", 4 pgs.

"U.S. Appl. No. 09/541,845, Non–Final Office Action mailed Apr. 16, 2003", 4 pgs.

"U.S. Appl. No. 09/541,845, Notice of Allowance mailed May 4, 2004", 4 pgs.

"U.S. Appl. No. 09/541,845, Response filed Mar. 23, 2004 to Final Office Action mailed Nov. 25, 2003", 6 pgs.

"U.S. Appl. No. 09/541,845, Response filed Jul. 15, 2003 to Non–Final Office Action mailed Apr. 16, 2003", 5 pgs.

"U.S. Appl. No. 09/541,845, Supplemental Notice of Allowability mailed Jan. 26, 2005", 2 pgs.

"U.S. Appl. No. 09/661,532, Final Office Action mailed May 20, 2003", 8 pgs.

"U.S. Appl. No. 09/661,532, Non–Final Office Action mailed Mar. 1, 2002", 9 pgs.

"U.S. Appl. No. 09/661,532, Notice of Allowance mailed Feb. 12, 2004", 4 pgs.

"U.S. Appl. No. 09/661,532, Response filed Aug. 20, 2003 to Final Office Action mailed May 20, 2003", 5 pgs.

"U.S. Appl. No. 09/661,532, Response filed Sep. 30, 2002 to Non–Final Office Action mailed Mar. 1, 2002", 8 pgs.

"U.S. Appl. No. 10/719,220, Non–Final Office Action Sep. 9, 2004", 3 pgs.

"U.S. Appl. No. 10/719,220, Non–Final Office Action mailed Sep. 9, 2004", 3 pgs.

"U.S. Appl. No. 10/719,220, Preliminary Amendment filed Nov. 21, 2003", 3 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action filed Dec. 14, 2006", 3 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action filed Dec. 8, 2006", 3 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action filed Jul. 26, 2005", 3 pgs.

"U.S. Appl. No. 10/911,249, Non–Final Office Action filed Feb. 8, 2005", 5 pgs.

"U.S. Appl. No. 10/911,249, Non–Final Office Action filed Mar. 13, 2007", 9 pgs.

"U.S. Appl. No. 10/911,249, Non–Final Office Action mailed Sep. 20, 2007", 5 pgs.

"U.S. Appl. No. 10/911,249, Preliminary Amendment mailed Aug. 4, 2004", 4 pgs.

"U.S. Appl. No. 10/911,249, Response filed Jul. 11, 2007 to Non–Final Office Action Mar. 13, 2007", 11 pgs.

"U.S. Appl. No. 10/911,249, Response to Final Office Action filed Jan. 24, 2007", 8 pgs.

"U.S. Appl. No. 10/911,249, Response to Final Office Action filed Jan. 26, 2006", 7 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action mailed Jan. 29, 2008", 6 pgs.

"U.S. Appl. No. 10/911,249, Notice of Allowance mailed Mar. 25, 2008", 4 pgs.

"U.S. Appl. No. 10/911,249, Response to Final Office Action filed Jan. 30, 2006", 7 pgs.

"U.S Appl. No. 10/911,249, Response to Final Office Action filed Feb. 18, 2008", 7 pgs.

"U.S. Appl. No. 10/911,249, Response to Non–Final Office Action filed May 4, 2005", 6 pgs.

"U.S. Appl. No. 10/911,249 Response to Notice of Non–Compliant Amendment filed Jun. 2, 2005", 5 pgs.

"U.S. Appl. No. 10/911,249 Response filed Dec. 14, 2007 to Office Action mailed Sep. 20, 2007", 9 pgs.

"U.S. Appl. No. 11/054,717, Final Office Action mailed Jun. 1, 2007", 4 pgs.

"U.S. Appl. No. 11/054,717, Non–Final Office Action mailed Oct. 23, 2006", 4 pgs.

"U.S. Appl. No. 11/054,717, Non–Final Office Action Mailed Sep. 11, 2007", 3 pgs.

"U.S. Appl. No. 11/054,717, Preliminary Amendment mailed Feb. 9, 2005", 3 pgs.

"U.S. Appl. No. 11/054,717, Response filed Aug. 1, 2007 to Final Office Action mailed Jun. 1, 2007", 6 pgs.

"U.S. Appl. No. 11/054,717, response filed Dec. 5, 2006 to Non–Final Office Action mailed Oct. 23, 2006", 9 pgs.

"U.S. Appl. No. 11/054,717, Response to Non–Final Office Action Oct. 10, 2007", 5 pgs.

"International Application No. PCT/US99/20823 International Preliminary Examination Report mailed Sep. 19, 2000", 14 pgs.

"International Application No. PCT/US99/20823 PCT Search Report mailed Dec. 13, 1999", 7 pgs.

"International Application No. PCT/US99/20823 PCT Written Opinion mailed May 16, 2000", 15 pgs.

"International Application Serial No. PCT/US00/24633, International Search Report mailed Nov. 30, 2000", 7 pgs.

U.S. Appl. No. 09/391,910, filed Sep. 9, 1999 Method for Image Transfer To A Colored Base.

U.S. Appl. No. 09/541,845 filed Apr. 3, 2000 Method of Image Transfer on a Colored Base.

U.S. Appl. No. 10/911,249, filed Aug. 4, 2004 Method of Image Transfer on a Colored Base.

U.S. Appl. No. 12/034,932, filed Feb. 21, 2008 Method Of Image Transfer on a Colored Base.

"U.S. Appl. No. 10/911,249 Response filed Jul. 29, 2008 to Final Office Action mailed Jan. 29, 2008", 19 pgs.

"U.S. Appl. No. 10/911,249, Response filed Jan. 5, 2009 to Final Office Action mailed Dec. 5, 2008", 10 pgs.

"U.S. Appl. No. 10/911,249, Response filed Nov. 24, 2008 to Final Office Action mailed Oct. 22, 2008", 25 pgs.

"U.S. Appl. No. 10/911,249, Response filed Mar. 11, 2009 to Final Office Action mailed Feb. 9, 2009", 13 pgs.

"U.S. Appl. No. 11/054,717, Supplemental Amendment filed Oct. 24, 2008", 8 pgs.

"U.S. Appl. No. 11/054,717, Supplemental Amendment filed Sep. 30, 2008", 10 pgs.

"U.S. Appl. No. 11/054,717 Non–Final Office Action mailed Jan. 9, 2009", 10 pgs.

"U.S. Appl. No. 12/193,578, Non–Final Office Action mailed Feb. 11, 2009", 12 pgs.

"U.S. Appl. No. 12/034,932 Non–Final Office Action Mailed Sep. 10, 2009", 15 pgs.

"U.S. Appl. No. 12/193,573 Non Final Office Action Mailed Sep. 11, 2009", 5 pgs.

"U.S. Appl. No. 12/193,578 Non Final Office Action Mailed Sep. 11, 2009", 5 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action mailed Jun. 30, 2009", 5 pgs.

"U.S. Appl. No. 10/911,249, Response filed Nov. 30, 2009 to Non Final Office Action mailed Sep. 21, 2009", 17 pgs.

**US RE41,623 E**

Page 4

"U.S. Appl. No. 12/193,562, Non–Final Office Action mailed Sep. 9, 2009", 5 pgs.

"U.S. Appl. No. 11/054,717, Response filed May 11, 2009 to Non Final Office Action mailed Jan. 9, 2009", 12 pgs.

"U.S. Appl. No. 12/193,573, Non–Final Office Action mailed Apr. 7, 2009", 4 pgs.

"U.S. Appl. No. 12/193,573, Response filed Jun. 15, 2009 to Non–Final Office Action mailed Apr. 7, 2009", 19 pgs.

"U.S. Appl. No. 12/193,578, Response filed Jun. 15, 2009 to Non Final Office Action mailed Feb. 11, 2009", 16 pgs.

"Appl. No. 11/054,717, Response filed May 11, 2009 to Non Final Office Action mailed Jan. 9, 2009", 12 pgs.

"Appl. No. 12/193,573, Non–final Office Action mailed Apr. 7, 2009", 4 pgs.

"Appl. No. 12/193,573, Response filed Jun. 15, 2009 to Non Final Office Action mailed Apr. 7, 2009", 19 pgs.

"Appl. No. 12/193,578, Response filed Jun. 15, 2009 to Non Final Office Action mailed Feb. 11, 2009", 16 pgs.



*Fig. 1*
(AMENDED)

2/5



Fig.2
(Prior Art)
(AMENDED)



*Fig. 3A*



*Fig. 3B*



*Fig. 4*



*Fig. 5*
(AMENDED)



*Fig. 6*
(AMENDED)



*Fig. 7*
(NEW)



*Fig. 8*
(NEW)

US RE41,623 E

**1**

## METHOD OF IMAGE TRANSFER ON A COLORED BASE

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

This application is a Continuation-In-Part of U.S. application Ser. No. 09/391,910, filed Sep. 9, 1999 now abandoned.

### BACKGROUND OF THE INVENTION

The present invention relates to a method for transferring an image onto a colored base and to an article comprising a dark base and an image with a light background on the base.

Image transfer to articles made from materials such as fabric, nylon, plastics and the like has increased in popularity over the past decade due to innovations in image development. On Feb. 5, 1974, LaPerre et al. had issued a United States patent describing a transfer sheet material markable with uniform indicia and applicable to book covers. The sheet material included adhered plies of an ink receptive printable layer and a solvent free, heat activatable adhesive layer. The adhesive layer was somewhat tacky prior to heat activation to facilitate positioning of a composite sheet material on a substrate which was to be bonded. The printable layer had a thickness of 10–500 microns and had an exposed porous surface of thermal plastic polymeric material at least 10 microns thick.

Indicia were applied to the printable layer with a conventional typewriter. A thin film of temperature-resistant low-surface-energy polymer, such as polytetraflouroethylene, was laid over the printed surface and heated with an iron. Heating caused the polymer in the printable layer to fuse thereby sealing the indicia into the printable layer.

On Sep. 23, 1980, Hare had issued U.S. Pat. No. 4,224,358, which described a kit for applying a colored emblem to a T-shirt. The kit comprised a transfer sheet which included the outline of a mirror image of a message. To utilize the kit, a user applied a colored crayon to the transfer sheet and positioned the transfer sheet on a T-shirt. A heated instrument was applied to the reverse side of the transfer sheet in order to transfer the colored message.

The Greenman et al. patent, U.S. Pat. No. 4,235,657, issuing Nov. 25, 1980, described a transfer web for a hot melt transfer of graphic patterns onto natural, synthetic fabrics. The transfer web included a flexible substrate coating with a first polymer film layer and a second polymer film layer. The first polymer film layer was made with a vinyl resin and a polyethylene wax which were blended together in a solvent or liquid solution. The first film layer served as a releasable or separable layer during heat transfer. The second polymeric film layer was an ionomer in an aqueous dispersion. An ink composition was applied to a top surface of the second film layer. Application of heat released the first film layer from the substrate while activating the adhesive property of the second film layer thereby transferring the printed pattern and a major part of the first layer along with the second film layer onto the work piece. The second film layer bonded the printed pattern to the work piece while serving as a protective layer for the pattern.

DeSanders et al. patent, U.S. Pat. No. 4,399,209, issuing Aug. 16, 1983, describes an imaging system in which images were formed by exposing a photosensitive encapsulate to actinic radiation and rupturing the capsules in the presence of a developer so that there was a pattern reaction

**2**

of a chromogenic material present in the encapsulate or co-deposited on a support with the encapsulate and the developer which yielded an image.

The Joffi patent, U.S. Pat. No. 4,880,678, issuing Nov. 14, 1989, describes a dry transfer sheet which comprises a colored film adhering to a backing sheet with an interposition of a layer of release varnish. The colored film included 30%–40% pigment, 1%–4% of cycloaliphatic epoxy resin, from 15%–35% of vinyl copolymer and from 1%–4% of polyethylene wax. This particular printing process was described as being suitable for transferring an image to a panel of wood.

The Kronzer et al. patent, U.S. Pat. No. 5,271,990, issuing Dec. 21, 1993, describes an image-receptive heat transfer paper that included a flexible paper web based sheet and an image-receptive melt transfer film that overlaid the top surface of the base sheet. The image-receptive melt transfer film was comprised of a thermal plastic polymer melting at a temperature within a range of 65°–180° C.

The Higashiyami et al. patent, U.S. Pat. No. 5,019,475, issuing May 28, 1991, describes a recording medium that included a base sheet, a thermoplastic resin layer formed on at least one side of the base sheet and a color developer formed on a thermoplastic resin layer and capable of color development by reaction with a dye precursor.

### DESCRIPTION OF THE DRAWING

FIG. **1** illustrates a schematic view of one process of image transfer onto *a* colored product, of the present invention.

FIG. **2** is a schematic view of one prior art process of image transfer onto a colored product.

FIG. **3**a is a cross-sectional view of one embodiment of the image transfer device of the present invention.

FIG. **3**b is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. **4** is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. **5** is a cross-sectional view of one other embodiment of the image transfer device of the present invention.

FIG. **6** is a cross-sectional view of another embodiment of the image transfer device of the present invention.

*FIG. 7 is a cross-sectional view of another embodiment of the image transfer device of the present invention.*

*FIG. 8 is a cross-sectional view of another embodiment of the image transfer device of the present invention.*

### SUMMARY OF THE INVENTION

One embodiment of the present invention includes a method for transferring an image to a colored substrate. The method comprises providing an image transfer sheet comprising a release layer and an image-imparting layer that comprises a polymer. The image-imparting layer comprises titanium oxide or another white pigment or luminescent pigment. The image transfer sheet is contacted to the colored substrate. Heat is applied to the image transfer sheet so that an image is transferred from the image transfer sheet to the colored substrate. The image transferred comprises a substantially white or luminescent background and indicia.

Another embodiment of the present invention includes an image transfer sheet. The image transfer sheet comprises a polymer. The polymer comprises titanium oxide or other white pigment or luminescent pigment.

One other embodiment of the present invention includes a method for making an image transfer sheet. The method

US RE41,623 E

3

comprises providing an ink receptive polymer and impregnating the polymer with titanium oxide or other white pigment or luminescent pigment. An image is imparted to the polymer.

DETAILED DESCRIPTION

One method embodiment of the present invention, for transferring an image onto a colored base material, illustrated generally at **100** in FIG. **1**, comprises providing the colored base material **102**, such as a colored textile, and providing an image **104** that comprises a substantially white background **106** with indicia **108** disposed on the substantially white background, applying the image **104** to the colored base **102** with heat to make an article, such as is shown generally at **110** in FIG. **1** with the substantially white background **106**, the image **108** disposed on the white background, so that the image and background are adhered to the colored base in a single step.

As used herein, the term "base" or substrate refers to an article that receives an image of the image transfer device of the present invention. The base includes woven or fabric-based materials. The base includes articles of clothing such as T-shirts, as well as towels, curtains, and other fabric-based or woven articles.

As used herein, the term "indicia" refers to an image disposed on the image transfer device of the present invention in conjunction with a substantially white background. Indicia includes letters, figures, photo-derived images and video-derived images.

As used herein, the term "white layer" refers to a layer on a transfer sheet positioned between a release layer and a receiving layer. The white layer imparts a white background on a dark substrate.

The method of the present invention is a significant improvement over conventional two-step image transfer processes. One prior art embodiment is shown generally at **200** in FIG. **2**. Typically in prior art embodiments, a colored base, in particular, a dark base such as a black T-shirt **202**, is imparted with an image in a multiple step process. One prior art method **200** includes applying a white or light background **204** to the colored base **202** with heat. The light or white background **204** is typically a polymeric material such as a cycloaliphatic epoxy resin, a vinyl copolymer and/or a polyethylene wax. A sheet **206** with an image **208** printed or otherwise imparted is applied to the substantially white polymeric material **204** by aligning the image to the white background and applying heat.

This two-step prior art process requires the use of two separate sheets **204** and **206**, separately applied to the colored base. The two-step prior art process **200** also requires careful alignment of the image **208** to the white background **202**. Consequently, the two-step process is exceedingly time-consuming and, because of improper alignment, produces significant wastage of base and image transfer materials.

With the method of the present invention, a sheet such as is shown at **104**a, is prepared having a substrate layer **302** that comprises a polymeric material such as polypropylene, paper, a polyester film, or other film or films having a matte or glossy finish, such as is shown in FIG. **3**a. The substrate layer **302** may be coated with clay on one side or both sides. The substrate layer may be resin coated or may be free of coating if the substrate is smooth enough. The resin coating acts as a release coating [**306**] *304*. The coating weight typically ranges from 40 g/square meter to 250 g/square meter. In one embodiment, the range is 60 to 130 g/square meter. In

4

one embodiment, overlaying the substrate **302** or base paper is a [silicon] *silicone* coating **304**. Other release coatings such as fluorocarbon, urethane, or acrylic base polymer are usable in the image transfer device of the present invention. One other release coating is a silicone coating. The silicone coating has a release value of about 10 to 2500 g/inch, using a Tesa Tape 7375 tmi, 90 degree angle, 1 inch tape, 12 inches per minute. These other release coatings are, for some embodiments, impregnated with titanium oxide or other white pigments in a concentration of about 20% by weight.

Impregnated within the substrate **302**, shown in FIG. **3**a and/or [silicon] *silicone* coating **304**, shown in FIG. **3**b, is a plurality of titanium oxide particles or other white pigment or luminescent pigment in a concentration that may be as high as about 35% by volume or as low as 5% by volume. Specific embodiments include titanium oxide concentrations or talc, or barium or aluminum hydrate with or without calcium carbonate or aluminum silicate in a range from 0 to 50%, by weight. Other materials such as hollow pigment, kaolin, silica, zinc oxide, alumina, zinc sulfate, calcium carbonate, barium or aluminum oxide, aluminum trihydrate, aluminum fillers, aluminum silicate, alumina trihydrate, barium sulfate, barium titanate, fumed silica, talc, and titanium oxide extenders are also usable in conjunction with titanium oxide or instead of titanium oxide. It is believed that any white organic or inorganic pigment that has a concentration at a level of 0 to 7% by weight total ash content is acceptable for use. In one embodiment illustrated at [**500**] *600* in FIG. **6**, a white layer [**202**] *606* includes a concentration of blended pigments or other pigments at a concentration of 10 to 40% by weight.

Other pigments such as Lumilux®, manufactured by Reidel de Haen Aktiengellschaft of Germany, or other luminescent pigments, such as pigments manufactured by Matsui International, Inc., may be used in the method and article of the present invention. The titanium oxide or other white pigment or luminescent particles impart to the substrate layer, a substantially white background with a glowing that occurs at night or in the dark area. The pigments are used in conjunction with ink jet printing, laser printing, painting, other inks, for "Glow in the Dark" images, for light resolution displays, for pop displays, monochrome displays or image transfer articles. Suitable pigments are excitable by daylight or artificial radiation, fluorescent light, fluorescent radiation, infra-red light, infrared radiation, IR light, ultraviolet light or UV radiation. Other materials may be added to the substrate such as antistatic agents, slip agents, lubricants or other conventional additives. The white layer or layers are formed by extrusion or co-extrusion emulsion coating or solvent coating. The white layer coating thickness ranges from 0.5 to 7 mils. In one embodiment, the range is 1.5 to 3.5 mils or 14 g/meter squared to up to 200 g/meter squared.

In other embodiments of the image transfer sheet, a changeable color was added to one or more of the layers of the image transfer sheet. The color-changeable material transferred utilized a material such as a temperature sensitive pigmented chemical or light changeable material, a neon light which glows in the dark for over 50 hours and was a phosphorescent pigment, a zinc-oxide pigment or a light-sensitive colorant. A concentrated batch of one or more of the materials of polyethylene, polyester, EVA, EAA, polystyrene, polyamide or MEAA which was a Nucrel-like material was prepared.

The color-changeable material was added to the layer material up to a concentration of 100% by weight with 50% by weight being typical. The color-changeable material technologies changed the image transfer sheet from colorless to

5

one or more of yellow, orange, red, rose, red, violet, magenta, black, brown, mustard, taupe, green or blue. The color-changeable material changed the image transfer sheet color from yellow to green or from pink to purple. In particular, sunlight or UV light induced the color change.

The color-changeable material was blendable in a batch process with materials such as EAA, EVA, polyamide and other types of resin. The polymer was extruded to 0.5 mils or 14 g/m² to 7 mils or 196 g/m² against a release side or a smooth side for a hot peel with up to 50% by weight of the color-changeable concentrate.

The first ink-receiving layer *306* was an acrylic or SBR EVA, PVOH, polyurethane, MEAA, polyamide, PVP, or an emulsion of EAA, EVA or a blend of EAA or acrylic or polyurethane or polyamide, modified acrylic resins with non-acrylic monomers such as acrylonitrile, butadiene and/ or styrene with or without pigments such as polyamide particle, silica, COCl₃, titanium oxide, clay and so forth.

The thermoplastic copolymer was an ethylene acrylic acid or ethylene vinyl acetate grade, water- or solvent-based, which was produced by high pressure copolymerization of ethylene and acrylic acid or vinyl acetate.

Use of EAA or EVA as a binder was performed by additionally adding in a concentration of up to 90% with the concentration being up to 73% for some embodiments. The titanium oxide pigment concentration was, for some embodiments, about 50%. The photopia concentration was about 80% maximum. The additive was about 70% maximum.

The second receiving layer *306* included the photopia or color changeable material in a concentration of up to 70% by weight with a range of 2 to 50% by weight for some embodiments. PHOTOPHOPIA is an ink produced by Matsui Shikiso chemical, Co. of Kyoto, Japan. The pigment ranged from 0 to 90% and the binder from 0 to 80%. This type of coloring scheme was used in shirts with invisible patterns and slogans. The PHOTOIA products were obtained from Matsui International Company, Inc. While they have been described as being incorporated in the ink-receiving layer, the PHOTOPIA products were also applicable as a separate monolayer. PHOTOPIA-containing layers were coated onto the release layer by conventional coating methods such as by rod, slot, reverse or reverse gravure, air knife, knife-over and so forth.

Temperature sensitive color changeable materials could also be added to the image transfer sheet. Chromacolor materials changed color in response to a temperature change. The Chromacolor solid material had a first color at a first temperature and changed color as the temperature changed. For instance, solid colors on a T-shirt became colorless as a hot item or the outside temperature increased.

Chromacolor was prepared as a polypropylene concentrate, polyethylene, polystyrene, acrylo-styrene (AS) resins, PVC/plasticizer, nylon or 12 nylon resin, polyester resin, and EVA resin. The base material for this image transfer sheet embodiment was selected from materials such as paper, PVC, polyester, and polyester film.

This type of image transfer sheet was fabricated, in some embodiments, without ink-jet receiving layers. It was usable by itself for color copy, laser printers, and so forth and then was transferable directly onto T-shirts or fabrics.

In one or both receiving layers *306*, permanent color was addable with a color-changeable dispersion when the temperature changed, that is, when color disappeared. The color returned to permanent color as was shown in previous examples. With this formulation, the changeable color was

6

added to one or more layers in a concentration of up to about 80% by weight with a range of 2–50% by weight being typical. The base paper for this embodiment was about 90 g/m². About 0.5 mils EAA were applied with 10% PHOTO-PIA or temperature-sensitive color-changeable materials. The top coat layer was an ink-receiving layer that contained polyamides, silica, C0Cl₃ for 15% color-changeable items.

For some embodiments, [the] *a* white layer [202] *506, 606, such as is shown in FIGS. 5-6,* includes ethylene/ methacrylic acid (E/MAA), with an acid content of 0–30%, and a melt index from 10 to 3500 with a melt index range of 20 to 2300 for some embodiments. A low density polyethylene with a melt index higher than 200 is also suitable for use. Other embodiments of the white layer include ethylene vinyl acetate copolymer resin, EVA, with vinyl acetate percentages up to 50%/EVA are modifiable with an additive such as DuPont Elvax, manufactured by DuPont de Neimours of Wilmington, Del. These resins have a Vicat softening point of about 40 degrees [tp] *to* 220 degrees C., with a range of 40 degrees to 149 degrees C. usable for some embodiments. Other resins usable in this fashion include nylon multipolymer resins with or without plasticizers with the same pigment percent or ash content nylon resin such as Elvamide, manufactured by DuPont de Neimours or CM 8000 Toray. Nylon polymers are also blendable with resin such as ENGAGE with or without plasticizers. These resins are applicable as a solution water base or a solvent base solution system. These resins are also applicable by extrusion or co-extrusion or hot melt application. Other suitable resins include Allied Signal Ethylene acrylic acid, A-C 540, 540A, or AC 580, AC 5120, and/or AC 5180 or ethylene vinyl acetate, AC-400, 400A, AC-405 (s), or AC-430.

The [silicon] *silicone*-coated layer **304** acts as a release-enhancing layer. When heat is applied to the image transfer sheet **104**, thereby encapsulating image imparting media such as ink or toner or titanium oxide with low density polyethylene, ethylene acrylic acid (EAA), or MEAA, ethylene vinyl acetate (EVA), polyester exhibiting a melt point from 20 C up to 225 C, polyamide, nylon, or methane acrylic ethylene acrylate (MAEA), or mixtures of these materials in the substrate layer **302**, local changes in temperature and fluidity of the low density polyethylene or other polymeric material occurs. These local changes are transmitted into the [silicon] *silicone* coated release layer **304** and result in local preferential release of the low density polyethylene encapsulates, EVA, EAA, polyester, and polyamide.

The [silicon] *silicone* coated release layer is an optional layer that may be eliminated if the colored base [202] *102* or peel layer is sufficiently smooth to receive the image. In instances where the [silicon] *silicone* coated release layer **304** is employed, the [silicon] *silicone* coated release layer may, for some embodiments wherein the release layer performs image transfer, such as is shown in FIG. **3b**, also include titanium oxide particles or other white pigment or luminescent pigment in a concentration of about 20% by volume.

One other image transfer sheet embodiment of the present invention, illustrated at **400** in FIG. **4**, includes a substrate layer **402**, a release layer **404** and an image imparting layer **406** that comprises a polymeric layer such as a low density polyethylene layer, an EAA layer, an EVA layer or a nylon-based layer or an MAEA layer or polyester melt point of 20 C up to 225 degrees C. The image imparting layer is an ink jet receptive layer. In one embodiment, the nylon is 100% nylon type 6 or type 12 or a blend of type 6 and 12.

The polyamides, such as nylon, are insoluble in water and resistant to dry cleaning fluids. The polyamides may be

7

extruded or dissolved in alcohol or other solvent depending upon the kind of solvent, density of polymer and mixing condition. Other solvents include methanol, methanol trichloro ethylene, propylene glycol, methanol/water or methanol/chloroform.

One additional embodiment of the present invention comprises an image transfer sheet that comprises an image imparting layer but is free from an image receptive layer such as an ink receptive layer. The image imparting layer includes titanium oxide or other white pigment or luminescent pigment in order to make a white or luminescent background for indicia or other images. Image indicia are imparted, with this embodiment, by techniques such as color copy, laser techniques, toner, dye applications or by thermo transfer from ribbon wax or from resin.

The LDPE polymer of the image imparting layer melts at a point within a range of 43°–300° C. The LDPE and EAA have a melt index (MI) of 20–1200 SI-g/10 minutes. The EAA has an acrylic acid concentration ranging from 5 to 25% by weight and has an MI of 20 to 1300 g/10 minutes. A preferred EAA embodiment has an acrylic acid concentration of 7 to 20% by weight and an MI range of 20 to 1300. The EVA has an MI within a range of 20 to 3300. The EVA has a vinyl acetate concentration ranging from 10 to 40% by weight.

One other polymer usable in the image imparting layer comprises a nylon-based polymer such as Elvamide®, manufactured by DuPont de Nemours or ELF ATO CHEM, with or without plasticizers in a concentration of 10 to 37% by weight. Each of these polymers, LDPE, EAA, EVA and nylon-based polymer is usable along or with a resin such as Engage® resin, manufactured by DuPont de Nemours. Suitable plasticizers include N-butyl benzene sulfonamide in a concentration up to about 35%. In one embodiment, the concentration of plasticizer ranged from 8 to 27% by weight with or without a blend of resin, such as Engage® resin, manufactured by DuPont de Nemours.

Suitable Elvamide® nylon multipolymer resins include Elvamide 8023R® low viscosity nylon multipolymer resin; Elvamide 8063® multipolymer resin manufactured by Dupont de Nemours. The melting point of the Elvamide® resins ranges from about 154° to 158° C. The specific gravity ranges from about 1.07 to 1.08. The tensile strength ranges from 51.0 to about 51.7 Mpa. Other polyamides suitable for use are manufactured by ELF ATO CHEM, or Toray. Other embodiments include polymers such as polyester No. MH 4101, manufactured by Bostik, and other polymers such as epoxy or polyurethane.

The density of polymer has a considerable effect on the viscosity of a solution for extrusion. In one embodiment, 100% of a nylon resin such as DuPont Elvamide 80625® having a melting point of 124° C. or Elvamide 8061 M®, or Elvamide 8062 P® or Elvamide 8064®, all supplied by DuPont de Nemours. Other suitable polyamide formulations include Amilan CM 4000® or CM 8000 supplied by Toray, or polyamide from ELF ATO CHEM M548 or other polyamide type.

In an extrusion process, these polyamide formulations may be used straight, as 100% polyamide or may be blended with polyolefin elastomers to form a saturated ethylene-octane co-polymer that has excellent flow properties and may be cross-linked with a resin such as Engage®, manufactured by DuPont de Nemours, by peroxide, silane or irradiation. The Engage® resin is, in some embodiments, blended in a ratio ranging from 95/5 nylon/Engage® to 63/35 nylon/Engage®. The polyamide is, in some embodiments, blended

8

with resins such as EVA or EAA, with or without plasticizers. Plasticizers are added to improve flexibility at concentrations as low as 0% or as high as 37%. One embodiment range is 5% to 20%.

Other resins usable with the polyamide include Dupont's Bynel®, which is a modified ethylene acrylate acid terpolymer. The Bynel® resin, such as Bynel 20E538®, has a melting point of 53° C. and a melt index of 25 dg/min as described in D-ASTM 1238. The Bynel® has a Vicat Softening Point of 44 C as described in D-ASTM 1525-91. This resin may be blended with other resin solutions and used as a top coat primer or as a receptive coating for printing applications or thermo transfer imaging. For some embodiments, an emulsion solution is formed by dissolving polymer with surfactant and KOH or NaOH and water to make the emulsion. The emulsion is applied by conventional coating methods such as a roll coater, air knife or slot die and so forth.

The polymeric solution is pigmented with up to about 50%, with a material such as titanium oxide or other pigment, or without plasticizers and is applied by conventional coating methods such as air knife, rod gater, reverse or slot die or by standard coating methods in one pass pan or in multiple passes.

Fillers may be added in order to reduce heat of fusion or improve receptivity or to obtain particular optical properties, opacity or to improve color copy or adhesion.

The present invention further includes a kit for image transfer. The kit comprises an image transfer sheet for a color base that is comprised of a substrate layer impregnated with titanium oxide, a release layer and an image imparting layer made of a polymer such as LDPE, EAA, EVA, or MAEA, MEAA, nylon-based polymer or mixtures of these polymers or blends of these polymers with a resin such as Engage® or other polyester adhesion that melt at a temperature within a range of 100°–700° Centigrade. The LDPE has a melt index of 60–1200 (SI)-g/minute. The kit also includes a colored base for receiving the image on the image transfer sheet and a package for containing the image transfer sheet and the colored base.

Another embodiment of the present invention includes an emulsion-based image transfer system. The system comprises a colored base, such as a colored fabric, an image transfer sheet with a release coating and a polyamide. The polyamide is impregnated with titanium oxide or other white pigment or luminescent pigment in order to impart a white or luminescent background on the colored base.

One other embodiment of the present invention, illustrated at 500 in FIG. 5, is also utilized in a method for transferring an image from one substrate to another. The method comprises a step of providing an image transfer sheet 500 that is comprised of a substrate layer 502, a release layer 504, comprising a silicone coating 505 and a white layer 506 with a thickness of about 0.5 to 7 mils and having a melt index, MI, within a range of 40°–280° C. The substrate layer 502 is, for some embodiments, a base paper coated on one side or both sides. The base paper is, optionally, of a saturated grade. In one embodiment, the white layer 506 of the image transfer sheet 500 is impregnated with titanium oxide or other white or luminescent pigment. In one embodiment, the white layer 506 and a receiving layer 508, contacting the white layer 506 are impregnated with titanium oxide or other white or luminescent pigment.

In one embodiment, the nylon resin is applied by a hot melt extrusion process in a thickener to a thickness of 0.35 mils or 8 gms per square meter to about 3.0 mils or 65 gms per square meter to a maximum of about 80 gms per square

**9**

meter. In one particular embodiment, the thickness is about 0.8 mils or 15 gms per square meter or about 50 gms per square meter or about 0.75 mils to about 2.00 mils. The nylon resin is, in another embodiment, emulsified in alcohol or other solvent or is dispersed in water and applied with conventional coating methods known in the industry.

Next, an image is imparted to the polymer component of the peel layer **520** utilizing a top coat image-imparting material such as ink or toner. In one embodiment, the polymer coating is impregnated with titanium oxide or other white or luminescent pigment prior to imparting the image. The ink or toner may be applied utilizing any conventional method such as an ink jet printer or an ink pen or color copy or a laser printer. The ink may be comprised of any conventional ink formulation. An ink jet coating is preferred for some embodiments. A reactive ink is preferred for other applications.

The image transfer sheet **500** is applied to the colored base material so that the polymeric component of the peel layer **520** contacts the colored base. The second substrate is comprised of materials such as cloth, paper and other flexible or inflexible materials.

Once the image transfer sheet peel layer **520** contacts the colored base, a source of heat, such as an iron or other heat source, is applied to the image transfer sheet **500** and heat is transferred through the peel layer **520**. The peel layer **520** transfers the image, which is indicia over a white or luminescent field, to the colored base. The application of heat to the transfer sheet **500** results in ink or other image-imparting media within the polymeric component of the peel layer being changed in form to particles encapsulated by the polymeric substrate such as the LDPE, EAA, EVA, nylon or M/EAA or polyamides, or polyester, urethane, epoxies or resin-containing mixtures of these polymers immediately proximal to the ink or toner. The encapsulated ink particles or encapsulated toner particles and encapsulated titanium oxide particles are then transferred to the colored base in a mirror image to the ink image or toner image on the polymeric component of the peel layer **520**.

Because the polymeric component of the peel layer **520** generally has a high melting point, the application of heat, such as from an iron, does not result in melting of this layer or in a significant change in viscosity of the overall peel layer **520**. The change in viscosity is confined to the polymeric component that actually contacts the ink or toner or is immediately adjacent to the ink or toner. As a consequence, a mixture of the polymeric component, titanium oxide or other white or luminescent pigment, and ink or toner is transferred to the colored base as an encapsulate whereby the polymeric component encapsulates the ink or toner or titanium oxide or other white pigment. It is believed that the image transfer sheet, with the white titanium oxide or other white or luminescent pigment background is uniquely capable of both cold peel and hot peel with a very good performance for both types of peels.

EXAMPLE 1

EAA is extruded or co-extruded at 300 melt index (Dow Primacor 59801) with 30% titanium oxide ash content extruded on silicone coated base paper 95 g/meter squared for thicknesses as follows: 0.75 mils, 1.0 mil, 1.2 mils, 2.2 mils, 2.75 mils, 3.5 mils, 7.0 mils. The EAA layer is coated with ink jet receptive layers and then printed on an ink jet printer. The print is then removed from the release layer to expose the print. The exposed print is applied against fabric and covered by release paper, wherein the release side con-

**10**

tacts the printed side. The printed image is transferred by heat application with pressure, such as by an iron, at 250 F to 350 F for about 15 seconds.

This procedure is usable with a blend of 80/20, 70/30, 50/50, 60/40 or vice versa, Dow Primacor 59801 and 59901. This procedure is also usable with DuPont Elvax 3180, or 3185 DuPont Nucrel 599, DuPont Nucrel 699, Allied Signal AC-5120 or an EAA emulsion of Primacor or Allied Signal 580 or 5120 resin or EVA or make a wax emulsion or EVA or EAA emulsion, or is blended with ELF 548 or Elvamide or polyester resin from Bostik MLT 4101.

The emulsion is blended with titanium or white pigment in one or multiple layers and applied with conventional coating methods such as roll coating, myer rod, air knife, knife over or slot die. The blended emulsion is applied with a coat weight of 5 g/meter squared to 150 g/meter squared. The percent ash is about 7 to 80 percent with 10 to 70 percent for some embodiments.

EXAMPLE 2

An ink receptive mono or multiple layer such as is shown in FIG. 6 at [**504**] *604*, [**506**] *606*, [**508**] *608* and [**510**] *610* includes a first layer [**506**] *606* that includes 0 to 80% titanium pigment with acrylic or EVA or polyvinyl alcohol, or SBR with a Tg glass transition of −60 up to 56 with a range of −50 to 25, for some embodiments. In another embodiment, a wax emulsion is used with a coat weight of 5 g/meter squared to 38 g/meter squared with a range of 8 g/meter squared to 22 g/meter squared for some embodiments.

In another embodiment, a pigment is blended to make layer [**506**] *606*. EAA or EVA solution solvent or a water base solution and a different coat and different thickness are employed. On top of extruded layers, [a] top [coat **508**] *coats 608* and [**510**] is coated with an] *610 comprise* ink receptive [layer] *layers*. This construction imparts an excellent whiteness to the background of a print with an excellent washability.

EXAMPLE 3

For one image transfer sheet, such as is shown at [**500**] *600* in FIG. 6, a blend is prepared. The blend includes the same ratio of ash to emulsion of EAA or EVA or a blend of both of these polymers. The blend has a MEIT index of 10 MI to 2500 MI with a range of 25 MI to 2000 MI for some embodiments. The blend is formed into a substrate layer [**502**] *602, which can be coated on one side or both.*

The *optionally coated* substrate layer [**502**] *602* is *further* coated with a release layer [**504**] *604* that is coated with ink jet receptive layers [**506**] *606* and [**508**] *608*. The ink jet receptive layer or layers [**506**] *606* and [**508**] *608* include 50 percent titanium or barium talc, or a combination of different high brightness, high opacity pigments. These layers are coated within a range of 5 g/meter squared to 50 g/meter squared. In one embodiment, the range is 8 g/meter squared to 30 g/meter squared.

EXAMPLE 4

[A] *As shown at 700 in FIG. 7, a* polyester resin obtained from Bostek MH 4101 was extruded to thicknesses of 0.5 mils, 1.0 mils, 2.0 mils and 4 mils with titanium oxide concentrations of 5%, 10%, 30%, and 40%, respectively, against silicone coated *705* paper *702*, having a density of 80 g/m-sq. The silicone coated *705* paper *702* was top coated with an EAA solution *706* that included titanium oxide in a concen-

**11**

tration of about 40%. This titanium oxide coated paper was then coated with an ink jet receiving layer 708. The ink jet receiving layer 708 was coated with a "Glow in the Dark" containing layer or a temperature changeable pigment containing layer or a light changeable layer 712. These layers were ink jet printed, as required.

[The] *As shown at 800 in FIG. 8, peeled* printed layers *820, including at least one or more layers collectively comprising a white or luminescent pigment and received indicia,* were then placed against a fabric *854* and covered with release paper *852*. Heat *850* was applied to the *peeled* printed layers *820* and the release paper *852*. The heat *850* was applied at 200F, 225F, 250F, 300F, 350F, and 400F. A good image transfer was observed for all of these temperatures.

### EXAMPLE 5

An image transfer sheet was prepared in the manner described in Example 4 except that a polyamide polymer layer was coextruded using polyamide from ELF ATO CHEM M 548.

### EXAMPLE 6

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of polyamides and DuPont 3185 in ratios of 90/10, 80/20, 50/50, 75/25 and 10/90, respectively was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

### EXAMPLE 7

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of EAA and polyamide was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A method for transferring an image to a colored substrate comprising woven, fabric based material, or paper, comprising:

providing an image transfer sheet comprising an image transfer substrate; a release layer contacting the image transfer substrate and an image-imparting layer that comprises a polymer that includes indicia wherein the release layer is impregnated with one or more of titanium oxide or other white pigment or luminescent pigment;

*peeling the image transfer substrate from the image transfer sheet;*

contacting *at least the remaining portions of* the image transfer sheet to the colored substrate comprising woven, fabric based material, or paper; and

**12**

applying heat to *at least the remaining portions of* the image transfer sheet so that an image including indicia from the image-imparting layer is transferred from the image transfer sheet to the colored substrate comprising woven, fabric based material, or paper wherein the image comprises a substantially white background or luminescent background and indicia.

**2**. The method of claim **1** wherein the colored substrate comprising woven, fabric based material, or paper is a fabric.

**3**. The method of claim **1** wherein the colored substrate comprising woven, fabric based material, or paper is black.

**4**. The method of claim **1** wherein the image imparting layer is impregnated with one or more of titanium oxide or other white pigment or luminescent material.

**5**. The method of claim **1** wherein the polymer of the image-imparting layer encapsulates the titanium oxide or other white pigment and indicia and transfers the titanium oxide or other white pigment in a pattern that forms the indicia on the colored substrate.

**6**. An image transfer sheet, comprising:

a colored[.] substrate comprising woven, fabric based material, or paper;

a release layer overlaying the substrate, wherein the release layer is impregnated with titanium oxide or other white pigment or luminescent pigment; and

a polymer layer.

**7**. The image transfer sheet of claim **6** wherein the polymer layer is comprised of titanium oxide or other white pigment.

**8**. The image transfer [layer] *sheet* of claim **6** wherein the polymer layer comprises polypropylene.

**9**. The image transfer [layer] *sheet* of claim **6** wherein the polymer layer comprises polyester or polyamide or a mixture of polyester and polyamide.

**10**. A kit comprising the image transfer sheet of claim **6** and a colored fabric.

**11**. The kit of claim **10** wherein the colored fabric is an article of clothing.

**12**. The kit of claim **11** wherein the article of clothing is a T-shirt.

**13**. The image transfer sheet of claim **6** wherein the polymer layer is a polyamide.

**14**. The image transfer sheet of claim **6** wherein the polymer comprises LDPE, EAA, EVA, MAEA, nylon or mixtures of these polymers or polyamide.

*15. The method of claim 1 wherein peeling the image transfer sheet from the image transfer sheet includes separating a release coating portion of the release layer and the titanium oxide or other white pigment or luminescent pigment portion of the release layer.*

*16. The image transfer sheet of claim 6 wherein the release layer includes a release coating portion and a white layer portion including the titanium oxide or other white pigment or luminescent pigment.*

*17. The image transfer sheet of claim 16 wherein the white layer portion includes an EAA solution.*

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : RE41,623 E
APPLICATION NO.   : 12/218260
DATED            : September 7, 2010
INVENTOR(S)      : Jodi A. Schwendimann et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In column 12, line 47, in Claim 15, delete only the first occurrence of "sheet" and insert -- substrate --, therefor.

Signed and Sealed this
Fifth Day of April, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT C

US007749581B2

(12) **United States Patent**                           (10) **Patent No.:**     **US 7,749,581 B2**

Dalvey et al.                                           (45) **Date of Patent:**        *Jul. 6, 2010

(54) **IMAGE TRANSFER ON A COLORED BASE**

(75) Inventors: **Jodi A. Dalvey**, Orono, MN (US);
                **Nabill F. Nasser**, Minneapolis, MN (US)

(73) Assignee: **Jodi A. Schwendimann**, Plymouth, MN
               (US)

( * ) Notice:   Subject to any disclaimer, the term of this
                patent is extended or adjusted under 35
                U.S.C. 154(b) by 0 days.

                This patent is subject to a terminal dis-
                claimer.

(21) Appl. No.: **12/193,578**

(22) Filed:     **Aug. 18, 2008**

(65)                **Prior Publication Data**

        US 2008/0305288 A1     Dec. 11, 2008

               **Related U.S. Application Data**

(60) Continuation of application No. 12/034,932, filed on
     Feb. 21, 2008, which is a continuation of application
     No. 10/911,249, filed on Aug. 4, 2004, which is a
     division of application No. 09/541,845, filed on Apr. 3,
     2000, now Pat. No. 6,884,311, which is a continuation-
     in-part of application No. 09/391,910, filed on Sep. 9,
     1999, now abandoned.

(51) **Int. Cl.**
     **B41M 5/30**          (2006.01)
(52) **U.S. Cl.** .................. **428/32.5**; 156/235; 428/32.51;
                                   428/32.69; 428/32.81
(58) **Field of Classification Search** ....................... None
     See application file for complete search history.

(56)               **References Cited**

               U.S. PATENT DOCUMENTS

     3,790,439 A    2/1974   La Perre et al.
     3,922,435 A   11/1975   Asnes
     4,102,456 A    7/1978   Morris

     4,169,169 A    9/1979   Kitabatake
     4,224,358 A    9/1980   Hare
     4,235,657 A   11/1980   Greenman et al.
     4,284,456 A    8/1981   Hare
     4,399,209 A    8/1983   Sanders et al.
     4,461,793 A    7/1984   Blok et al.
     4,548,857 A   10/1985   Galante
     4,549,824 A   10/1985   Sachdev et al.
     4,594,276 A    6/1986   Relyea

                    (Continued)

           FOREIGN PATENT DOCUMENTS

     EP        0466503      7/1990

                    (Continued)

               OTHER PUBLICATIONS

"U.S. Appl. No. 09/150,983, Final Office Action Aug. 2, 2000", 9
pgs.

                    (Continued)

*Primary Examiner*—Bruce H Hess
(74) *Attorney, Agent, or Firm*—Schwegman Lundberg &
Woessner, P.A.

(57)               **ABSTRACT**

The present invention includes an image transfer sheet. The
image transfer sheet comprises a release layer and a polymer
layer. One or more of the release layer and the polymer layer
comprise titanium oxide or other white pigment.

               **31 Claims, 5 Drawing Sheets**



**US 7,749,581 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,685,984 | A | 8/1987 | Powers et al. |
| 4,758,952 | A | 7/1988 | Harris, Jr. et al. |
| 4,863,781 | A | 9/1989 | Kronzer |
| 4,880,678 | A | 11/1989 | Goffi |
| 4,966,815 | A | 10/1990 | Hare |
| 4,980,224 | A | 12/1990 | Hare |
| 5,019,475 | A | 5/1991 | Higashiyama et al. |
| 5,028,028 | A | 7/1991 | Yamada et al. |
| 5,045,383 | A | 9/1991 | Maeda et al. |
| 5,059,580 | A | 10/1991 | Shibata et al. |
| 5,097,861 | A | 3/1992 | Hopkins et al. |
| 5,110,389 | A | 5/1992 | Hiyoshi et al. |
| 5,133,819 | A | 7/1992 | Croner |
| 5,139,917 | A | 8/1992 | Hare |
| 5,217,793 | A | 6/1993 | Yamane et al. |
| 5,236,801 | A | 8/1993 | Hare |
| 5,242,739 | A | 9/1993 | Kronzer et al. |
| 5,252,531 | A | 10/1993 | Yasuda et al. |
| 5,271,990 | A | 12/1993 | Kronzer et al. |
| 5,334,439 | A | 8/1994 | Kawaguchi et al. |
| 5,350,474 | A | 9/1994 | Yamane |
| 5,362,703 | A | 11/1994 | Kawasaki et al. |
| 5,372,884 | A | 12/1994 | Abe et al. |
| 5,400,246 | A | 3/1995 | Wilson et al. |
| 5,407,724 | A | 4/1995 | Mimura et al. |
| 5,431,501 | A | 7/1995 | Hale et al. |
| 5,434,598 | A | 7/1995 | Shimomine et al. |
| 5,501,902 | A | 3/1996 | Kronzer |
| 5,521,229 | A | 5/1996 | Lu et al. |
| 5,614,345 | A | 3/1997 | Gumbiowski et al. |
| 5,620,548 | A | 4/1997 | Hare |
| 5,665,476 | A | 9/1997 | Oez |
| 5,707,925 | A | 1/1998 | Akada et al. |
| 5,770,268 | A | 6/1998 | Kuo et al. |
| 5,798,161 | A | 8/1998 | Kita et al. |
| 5,798,179 | A | 8/1998 | Kronzer |
| 5,821,028 | A | 10/1998 | Maejima et al. |
| 5,833,790 | A | 11/1998 | Hare |
| 5,861,355 | A | 1/1999 | Olson et al. |
| 5,905,497 | A | 5/1999 | Vaughan et al. |
| 5,917,730 | A | 6/1999 | Rittie et al. |
| 5,925,712 | A | 7/1999 | Kronzer |
| 5,942,335 | A | 8/1999 | Chen et al. |
| 5,948,586 | A | 9/1999 | Hare |
| 5,962,149 | A | 10/1999 | Kronzer |
| 5,981,045 | A | 11/1999 | Kuwabara et al. |
| 5,981,077 | A | 11/1999 | Taniguchi |
| 6,017,611 | A | 1/2000 | Cheng et al. |
| 6,033,739 | A | 3/2000 | Kronzer |
| 6,033,824 | A | 3/2000 | Hare et al. |
| 6,036,808 | A | 3/2000 | Shaw-Klein et al. |
| 6,042,914 | A | 3/2000 | Lubar |
| 6,054,223 | A | 4/2000 | Tsuchiya et al. |
| 6,066,387 | A | 5/2000 | Ueda et al. |
| 6,071,368 | A | 6/2000 | Boyd et al. |
| 6,083,656 | A | 7/2000 | Hare et al. |
| 6,087,061 | A | 7/2000 | Hare et al. |
| 6,090,520 | A | 7/2000 | Hare et al. |
| 6,096,475 | A | 8/2000 | Hare et al. |
| 6,106,982 | A | 8/2000 | Mientus et al. |
| 6,113,725 | A | 9/2000 | Kronzer |
| 6,120,888 | A | 9/2000 | Dolsey et al. |
| 6,139,672 | A | 10/2000 | Sato et al. |
| 6,177,187 | B1 | 1/2001 | Niemoller et al. |
| 6,180,256 | B1 | 1/2001 | Sargeant |
| 6,200,668 | B1 | 3/2001 | Kronzer |
| 6,242,082 | B1 | 6/2001 | Mukoyoshi et al. |
| 6,245,710 | B1 | 6/2001 | Hare |
| 6,258,448 | B1 | 7/2001 | Hare |
| 6,265,128 | B1 | 7/2001 | Hare et al. |
| 6,294,307 | B1 | 9/2001 | Hare |
| 6,331,374 | B1 | 12/2001 | Hare et al. |
| 6,338,932 | B2 | 1/2002 | Hare et al. |
| 6,340,550 | B2 | 1/2002 | Hare et al. |
| 6,358,660 | B1 | 3/2002 | Agler et al. |
| 6,383,710 | B2 | 5/2002 | Hare et al. |
| 6,423,466 | B2 | 7/2002 | Hare |
| 6,428,878 | B1 | 8/2002 | Kronzer |
| 6,450,633 | B1 | 9/2002 | Kronzer |
| 6,495,241 | B2 | 12/2002 | Sato et al. |
| 6,497,781 | B1 | 12/2002 | Dalvey et al. |
| 6,506,445 | B2 | 1/2003 | Popat et al. |
| 6,509,131 | B2 | 1/2003 | Hare et al. |
| 6,521,327 | B1 | 2/2003 | Franke |
| 6,531,216 | B1 | 3/2003 | Williams et al. |
| 6,539,652 | B1 | 4/2003 | Barry |
| 6,551,692 | B1 | 4/2003 | Dalvey et al. |
| 6,582,803 | B2 | 6/2003 | Cole et al. |
| 6,638,604 | B1 | 10/2003 | Bamberg et al. |
| 6,638,682 | B2 | 10/2003 | Hare et al. |
| 6,667,093 | B2 | 12/2003 | Yuan et al. |
| 6,677,009 | B2 | 1/2004 | Boyd et al. |
| 6,703,086 | B2 | 3/2004 | Kronzer et al. |
| 6,723,773 | B2 | 4/2004 | Williams et al. |
| 6,753,050 | B1 | 6/2004 | Dalvey et al. |
| 6,786,994 | B2 | 9/2004 | Williams et al. |
| 6,849,312 | B1 | 2/2005 | Williams |
| 6,869,910 | B2 | 3/2005 | Williams et al. |
| 6,871,950 | B2 | 3/2005 | Higuma et al. |
| 6,875,487 | B1 | 4/2005 | Williams et al. |
| 6,878,423 | B2 | 4/2005 | Nakanishi |
| 6,884,311 | B1 | 4/2005 | Dalvey et al. |
| 6,916,589 | B2 | 7/2005 | Hare et al. |
| 6,916,751 | B1 | 7/2005 | Kronzer |
| 6,951,671 | B2 | 10/2005 | Mukherjee et al. |
| 6,998,211 | B2 | 2/2006 | Riley et al. |
| 7,001,649 | B2 | 2/2006 | Wagner et al. |
| 7,008,746 | B2 | 3/2006 | Williams et al. |
| 7,021,666 | B2 | 4/2006 | Hare |
| 7,022,385 | B1 | 4/2006 | Nasser |
| 7,026,024 | B2 | 4/2006 | Chang et al. |
| 7,081,324 | B1 | 7/2006 | Hare et al. |
| 7,160,411 | B2 | 1/2007 | Williams et al. |
| 7,220,705 | B2 | 5/2007 | Hare |
| 7,238,410 | B2 | 7/2007 | Kronzer |
| 7,361,247 | B2 | 4/2008 | Kronzer |
| 7,364,636 | B2 | 4/2008 | Kronzer |
| 2001/0051265 | A1 | 12/2001 | Williams et al. |
| 2002/0025208 | A1 | 2/2002 | Sato et al. |
| 2002/0048656 | A1 | 4/2002 | Sato et al. |
| 2002/0192434 | A1 | 12/2002 | Yuan et al. |
| 2003/0008112 | A1 | 1/2003 | Cole et al. |
| 2003/0021962 | A1 | 1/2003 | Mukherjee et al. |
| 2004/0100546 | A1 | 5/2004 | Horvarth |
| 2004/0146700 | A1 | 7/2004 | Boyd et al. |
| 2005/0048230 | A1 | 3/2005 | Dalvey et al. |
| 2007/0172609 | A1 | 7/2007 | Williams |
| 2007/0172610 | A1 | 7/2007 | Williams |
| 2007/0221317 | A1 | 9/2007 | Kronzer et al. |
| 2007/0231509 | A1 | 10/2007 | Xu et al. |
| 2008/0149263 | A1 | 6/2008 | Dalvey et al. |
| 2008/0302473 | A1 | 12/2008 | Dalvey et al. |
| 2008/0305253 | A1 | 12/2008 | Dalvey et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | | 0466503 A1 | 1/1992 |
| EP | | 0782931 | 7/1997 |
| EP | | 0782931 A1 | 7/1997 |
| EP | | 0881092 | 12/1998 |
| EP | | 0881092 A2 | 12/1998 |
| EP | | 0899121 | 3/1999 |
| EP | | 0899121 A1 | 3/1999 |
| EP | | 0933225 | 8/1999 |

## US 7,749,581 B2

Page 3

| EP | 0933225 | A1 | 8/1999 |
| GB | 2295973 | | 6/1996 |
| GB | 2295973 | A | 6/1996 |
| JP | 63122592 | | 5/1988 |
| JP | 1037233 | | 2/1989 |
| JP | 01037233 | | 2/1989 |
| JP | 7276833 | | 10/1995 |
| JP | 07276833 | | 10/1995 |
| JP | 08085269 | | 4/1996 |
| JP | 8085269 | | 4/1996 |
| WO | WO-0073570 | A1 | 12/2000 |

### OTHER PUBLICATIONS

"U.S. Appl. No. 09/150,983, Non-Final Office Action Jan. 30, 2001", 7 pgs.

"U.S. Appl. No. 09/150,983, Non-Final Office Action Apr. 11, 2000", 6 pgs.

"U.S. Appl. No. 09/150,983, Non-Final Office Action Dec. 28, 1999", 5 pgs.

"U.S. Appl. No. 09/150,983, Notice of Allowance mailed Nov. 19, 2002", 8 pgs.

"U.S. Appl. No. 09/150,983, Response filed Feb. 16, 2000 to Non-Final Office Action Dec. 28, 1999", 3 pgs.

"U.S. Appl. No. 09/150,983, Response filed Jun. 20, 2000 to Non-Final Office Action mailed Apr. 11, 2000", 7 pgs.

"U.S. Appl. No. 09/150,983, Response to Non-Final Office Action filed Aug. 7, 2002", 9 pgs.

"U.S. Appl. No. 09/535,937, Non-Final Office Action Nov. 29, 2001", 8 pgs.

"U.S. Appl. No. 09/535,937, Notice of Allowance Sep. 10, 2002", 9 pgs.

"U.S. Appl. No. 09/535,937, Response filed May 28, 2002 to Non-Final Office Action mailed Nov. 29, 2001", 6 pgs.

"U.S. Appl. No. 09/541,845, Final Office Action mailed Nov. 25, 2003", 4 pgs.

"U.S. Appl. No. 09/541,845, Non-Final Office Action mailed Apr. 16, 2003", 4 pgs.

"U.S. Appl. No. 09/541,845, Notice of Allowance mailed May 4, 2004", 4 pgs.

"U.S. Appl. No. 09/541,845, Response filed Mar. 23, 2004 to Final Office Action mailed Nov. 25, 2003", 6 pgs.

"U.S. Appl. No. 09/541,845, Response filed Jul. 15, 2003 to Non-Final Office Action mailed Apr. 14, 2003", 5 pgs.

"U.S. Appl. No. 09/541,845, Supplemental Notice of Allowability mailed Jan. 26, 2005", 2 pgs.

"U.S. Appl. No. 09/661,532, Final Office Action mailed May 20, 2003", 8 pgs.

"U.S. Appl. No. 09/661,532, Non-Final Office Action mailed Mar. 1, 2002", 9 pgs.

"U.S. Appl. No. 09/661,532, Notice of Allowance mailed Feb. 12, 2004", 4 pgs.

"U.S. Appl. No. 09/661,532, Response filed Aug. 20, 2003 to Final Office Action mailed May 20, 2003", 5 pgs.

"U.S. Appl. No. 09/661,532, Response filed Aug. 30, 2002 to Non-Final Office Action mailed Mar. 1, 2002", 8 pgs.

"U.S. Appl. No. 10/719,220, Non-Final Office Action mailed Sep. 9, 2004", 3 pgs.

"U.S. Appl. No. 10/719,220, Preliminary Amendment filed Nov. 21, 2003", 3 pgs.

"U.S. Appl. No. 10/911,249 Response filed Jul. 29, 2008 to Final Office Action mailed Jan. 29, 2008", 19 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action filed Dec. 14, 2006", 3 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action filed Dec. 8, 2006", 3 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action filed Jul. 26, 2005", 3 pgs.

"U.S. Appl. No. 10/911,249, Non-Final Office Action filed Feb. 8, 2005", 5 pgs.

"U.S. Appl. No. 10/911,249, Non-Final Office Action filed Mar. 13, 2007", 4 pgs.

"U.S. Appl. No. 10/911,249, Non-Final Office Action mailed Sep. 20, 2007", 5 pgs.

"U.S. Appl. No. 10/911,249, Preliminary Amendment mailed Aug. 4, 2004", 4 pgs.

"U.S. Appl. No. 10/911,249, Response filed Jul. 11, 2007 to Non-Final Office Action Mar. 13, 2007", 11 pgs.

"U.S. Appl. No. 10/911,249, Response to Final Office Action filed Jan. 24, 2007", 8 pgs.

"U.S. Appl. No. 10/911,249, Response to Final Office Action filed Jan. 26, 2006", 7 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action mailed Jan. 29, 2008", 6 pgs.

"U.S. Appl. No. 10/911,249 Notice of Allowance mailed Mar. 25, 2008", 4 pgs.

"U.S. Appl. No. 10/911,249 Response to Final Office Action filed Jan. 30, 2006", 7 pgs.

"U.S. Appl. No. 10/911,249 Response to Final Office Action filed Feb. 18, 2008", 7 pgs.

"U.S. Appl. No. 10/911,249 Response to Non-Final Office Action filed May 4, 2005", 6 pgs.

"U.S. Appl. No. 10/911,249 Response to Notice of Non-Compliant Amendment filed Jun. 2, 2005", 5 pgs.

"U.S. Appl. No. 10/911,249 Response filed Dec. 14, 2007 to Office Action mailed Sep. 20, 2007", 9 pgs.

"U.S. Appl. No. 11/054,717, Final Office Action mailed Jun. 1, 2007", 4 pgs.

"U.S. Appl. No. 11/054,717, Non-Final Office Action mailed Oct. 23, 2006", 4 pgs.

"U.S. Appl. No. 11/054,717, Non-Final Office Action Mailed Sep. 11, 2007", 3 pgs.

"U.S. Appl. No. 11/054,717, Preliminary Amendment mailed Feb. 9, 2005", 3 pgs.

"U.S. Appl. No. 11/054,717, Response filed Aug. 1, 2007 to Final Office Action mailed Jun. 1, 2007", 6 pgs.

"U.S. Appl. No. 11/054,717, Response filed Dec. 5, 2006 to Non-Final Office Action mailed Oct. 23, 2006", 9 pgs.

"U.S. Appl. No. 11/054,717, Response to Non-Final Office Action Oct. 10, 2007", 5 pgs.

"International Application No. PCT/US99/20823 International Preliminary Examination Report mailed Sep. 19, 2000", 14 pgs.

"International Application No. PCT/US99/20823 PCT Search Report mailed Dec. 13, 1999", 8 pgs.

"International Application No. PCT/US99/20823 PCT Written Opinion mailed May 16, 2000", 15 pgs.

"International Application Serial No. PCT/US00/24633, International Search Report mailed Nov. 30, 2000", 7 pgs.

"U.S. Appl. No. 10/911,249, Response filed Jan. 5, 2009 to Final Office Action mailed Dec. 5, 2008", 10 pgs.

"U.S. Appl. No. 10/911,249, Response filed Nov. 24, 2008 to Final Office Action mailed Oct. 22, 2008", 25 pgs.

"U.S. Appl. No. 10/911,249, Response filed Mar. 11, 2009 to Final Office Action mailed Feb. 9, 2009", 13 pgs.

"U.S. Appl. No. 11/054,717, Supplemental Amendment filed Oct. 24, 2008", 8 pgs.

"U.S. Appl. No. 11/054,717, Supplemental Amendment filed Sep. 30, 2008", 10 pgs.

"U.S. Appl. No. 11/054,717 Non-Final Office Action mailed Jan. 9, 2009", 10 pgs.

"U.S. Appl. No. 11/054,717, Response filed May 11, 2009 to Non Final Office Action mailed Jan. 9, 2009", 12 pgs.

"U.S. Appl. No. 12/193,573, Non-Final Office Action mailed Apr. 7, 2009", 11 pgs.

"U.S. Appl. No. 12/218,260, Non-Final Office Action mailed Jan. 2, 2009", 11 pgs.

"U.S. Appl. No. 12/218,260, Response filed Apr. 2, 2009 to Non Final Office Action mailed Jan. 2, 2009", 7 pgs.

"U.S. Appl. No. 09/391,910, Restriction Requirement mailed Jun. 18, 2001", 5 pgs.

"U.S. Appl. No. 09/541,845, Response filed Jan. 10, 2003 to Restriction Requirement mailed Aug. 22, 2002", 1 pg.

"U.S. Appl. No. 09/541,845, Restriction Requirement mailed Aug. 22, 2002", 5 pgs.

**US 7,749,581 B2**

Page 4

"U.S. Appl. No. 09/541,845, Supplemental Notice of Allowability mailed Jan. 26, 2005", 2 pgs.

"U.S. Appl. No. 09/541,845, Supplemental Restriction Requirement mailed Jan. 6, 2003", 5 pgs.

"U.S. Appl. No. 10/911,249, Examiner Interview Summary mailed Jan. 15, 2010", 4 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action mailed Jun. 30, 2009", 5 pgs.

"U.S. Appl. No. 10/911,249, Response filed Nov. 30, 2009 to Non Final Office Action mailed Sep. 21, 2009", 17 pgs.

"U.S. Appl. No. 11/054,717, Response filed Nov. 26, 2008 to Restriction Requirement mailed Nov. 20, 2008", 9 pgs.

"U.S. Appl. No. 11/054,717, Restriction Requirement mailed Nov. 20, 2009", 5 pgs.

"U.S. Appl. No. 12,034,932, Preliminary Amendment filed Aug. 18, 2008", 14 pgs.

"U.S. Appl. No. 12/034,932, Examiner Interview Summary mailed Jan. 15, 2010", 4 pgs.

"U.S. Appl. No. 12/034,932, Non-Final Office Action mailed Sep. 10, 2009", 5 pgs.

"U.S. Appl. No. 12/193,562, Examiner Interview Summary mailed Jan. 13, 2010", 4 pgs.

"U.S. Appl. No. 12/193,562, Non-Final Office Action mailed Sep. 9, 2009", 5 pgs.

"U.S. Appl. No. 12/193,562, Response filed Dec. 9, 2009 to Non-Final Office Action mailed Sep. 9, 2009", 17 pgs.

"U.S. Appl. No. 12/193,562, Supplemental Amendment and Response filed Feb. 9, 2010", 9 pgs.

"U.S. Appl. No. 12/193,573, Examiner Interview Summary mailed Jan. 13, 2010", 4 pgs.

"U.S. Appl. No. 12/193,573, Non-Final Office Action mailed Sep. 11, 2009", 5 pgs.

"U.S. Appl. No. 12/193,573, Response filed Jun. 15, 2009 to Non Final Office Action mailed Apr. 7, 2009", 19 pgs.

"U.S. Appl. No. 12/218,260, Non Final Office Action mailed Nov. 3, 2009", 3 pgs.

"U.S. Appl. No. 12/218,260, Preliminary Amendment filed Jul. 11, 2008", 9 pgs.

"U.S. Appl. No. 12/218,260, Preliminary Amendment filed Sep. 10, 2009", 10 pgs.

"U.S. Appl. No. 12/218,260, Response filed Dec. 3, 2009 to Non Final Office Action mailed Nov. 3, 2009", 12 pgs.

"International Application No. PCT/US99/20823 PCT Written Opinion mailed May 16, 2000", 15 pgs.

"Non-Final Office Action Mailed Sep. 11, 2007 in U.S. Appl. No. 11/054,717", OARN,3 pgs.

"U.S. Appl. No. 09/541,845 Supplemental Notice of Allowability Jan. 26, 2005".

"U.S. Appl. No. 09/661,532 Response to Final Office Action Aug. 20, 2003".

"U.S. Appl. No. 09/661,532 Response to Non-Final Office Action Aug. 30, 2002".

"U.S. Appl. No. 09/661,532 Final Office Action May 20, 2003".

"U.S. Appl. No. 09/661,532 Non-Final Office Action Mar. 1, 2002".

"U.S. Appl. No. 09/661,532 Notice of Allowance Feb. 12, 2004".

"U.S. Appl. No. 10/719,220 Non-Final Office Action Sep. 9, 2004".

"U.S. Appl. No. 11/054,717 Final Office Action Jun. 1, 2007".

"U.S. Appl. No. 11/054,717 Non-Final Office Action Oct. 23, 2006".

"U.S. Appl. No. 11/054,717 Response to Non-Final Office Action Dec. 5, 2006".



*Fig. 1*



*Fig.2*
*(Prior Art)*



*Fig. 3A*



*Fig. 3B*



*Fig. 4*



*Fig. 5*



*Fig. 6*



*Fig. 7*



*Fig. 8*

US 7,749,581 B2

**1**

## IMAGE TRANSFER ON A COLORED BASE

### RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 12/034,932, filed on Feb. 21, 2008, which is a continuation of U.S. application Ser. No. 10/911,249, filed on Aug. 4, 2004, which is a divisional of U.S. application Ser. No. 09/541,845, filed on Apr. 3, 2000, now U.S. Pat. No. 6,884, 311, which is a continuation-in-part of U.S. application Ser. No. 09/391,910, filed on Sep. 9, 1999, now abandoned, the specifications of which are herein incorporated by reference in their entirety.

### BACKGROUND

The present invention relates to a method for transferring an image onto a colored base and to an article comprising a dark base and an image with a light background on the base.

Image transfer to articles made from materials such as fabric, nylon, plastics and the like has increased in popularity over the past decade due to innovations in image development. On Feb. 5, 1974, LaPerre et al. had issued a United States Patent describing a transfer sheet material markable with uniform indicia and applicable to book covers. The sheet material included adhered plies of an ink receptive printable layer and a solvent free, heat activatable adhesive layer. The adhesive layer was somewhat tacky prior to heat activation to facilitate positioning of a composite sheet material on a substrate which was to be bonded. The printable layer had a thickness of 10-500 microns and had an exposed porous surface of thermal plastic polymeric material at least 10 microns thick.

Indicia were applied to the printable layer with a conventional typewriter. A thin film of temperature-resistant low-surface-energy polymer, such as polytetrafluoroethylene, was laid over the printed surface and heated with an iron. Heating caused the polymer in the printable layer to fuse thereby sealing the indicia into the printable layer.

On Sep. 23, 1980, Hare had issued U.S. Pat. No. 4,224,358, which described a kit for applying a colored emblem to a T-shirt. The kit comprised a transfer sheet which included the outline of a mirror image of a message. To utilize the kit, a user applied a colored crayon to the transfer sheet and positioned the transfer sheet on a T-shirt. A heated instrument was applied to the reverse side of the transfer sheet in order to transfer the colored message.

The Greenman et al. patent, U.S. Pat. No. 4,235,657, issuing Nov. 25, 1980, described a transfer web for a hot melt transfer of graphic patterns onto natural, synthetic fabrics. The transfer web included a flexible substrate coating with a first polymer film layer and a second polymer film layer. The first polymer film layer was made with a vinyl resin and a polyethylene wax which were blended together in a solvent or liquid solution. The first film layer served as a releasable or separable layer during heat transfer. The second polymeric film layer was an ionomer in an aqueous dispersion. An ink composition was applied to a top surface of the second film layer. Application of heat released the first film layer from the substrate while activating the adhesive property of the second film layer thereby transferring the printed pattern and a major part of the first layer along with the second film layer onto the work piece. The second film layer bonded the printed pattern to the work piece while serving as a protective layer for the pattern.

DeSanders et al. patent, U.S. Pat. No. 4,399,209, issuing Aug. 16, 1983, describes an imaging system in which images

**2**

were formed by exposing a photosensitive encapsulate to actinic radiation and rupturing the capsules in the presence of a developer so that there was a pattern reaction of a chromogenic material present in the encapsulate or co-deposited on a support with the encapsulate and the developer which yielded an image.

The Joffi patent, U.S. Pat. No. 4,880,678, issuing Nov. 14, 1989, describes a dry transfer sheet which comprises a colored film adhering to a backing sheet with an interposition of a layer of release varnish. The colored film included 30%-40% pigment, 1%-4% of cycloaliphatic epoxy resin, from 15%-35% of vinyl copolymer and from 1%-4% of polyethylene wax. This particular printing process was described as being suitable for transferring an image to a panel of wood.

The Kronzer et al. patent, U.S. Pat. No. 5,271,990, issuing Dec. 21, 1993, describes an image-receptive heat transfer paper that included a flexible paper web based sheet and an image-receptive melt transfer film that overlaid the top surface of the base sheet. The image-receptive melt transfer film was comprised of a thermal plastic polymer melting at a temperature within a range of 65°-180° C.

The Higashiyami et al. patent, U.S. Pat. No. 5,019,475, issuing May 28, 1991, describes a recording medium that included a base sheet, a thermoplastic resin layer formed on at least one side of the base sheet and a color developer formed on a thermoplastic resin layer and capable of color development by reaction with a dye precursor.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a schematic view of one process of image transfer onto a colored product, of the present invention.

FIG. 2 is a schematic view of one prior art process of image transfer onto a colored product.

FIG. 3a is a cross-sectional view of one embodiment of the image transfer device of the present invention.

FIG. 3b is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 4 is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 5 is a cross-sectional view of one other embodiment of the image transfer device of the present invention.

FIG. 6 is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 7 is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 8 is a cross-sectional schematic view of one process of image transfer onto a colored product, of the present invention.

### SUMMARY

One embodiment of the present invention includes a method for transferring an image to a colored substrate. The method comprises providing an image transfer sheet comprising a release layer and an image-imparting layer that comprises a polymer. The image-imparting layer comprises titanium oxide or another white pigment or luminescent pigment. The image transfer sheet is contacted to the colored substrate. Heat is applied to the image transfer sheet so that an image is transferred from the image transfer sheet to the colored substrate. The image transferred comprises a substantially white or luminescent background and indicia.

Another embodiment of the present invention includes an image transfer sheet. The image transfer sheet comprises a polymer. The polymer comprises titanium oxide or other white pigment or luminescent pigment.

US 7,749,581 B2

3

One other embodiment of the present invention includes a method for making an image transfer sheet. The method comprises providing an ink receptive polymer and impregnating the polymer with titanium oxide or other white pigment or luminescent pigment. An image is imparted to the polymer.

DETAILED DESCRIPTION

One method embodiment of the present invention, for transferring an image onto a colored base material, illustrated generally at **100** in FIG. **1**, comprises providing the colored base material **102**, such as a colored textile, and providing an image **104** that comprises a substantially white background **106** with indicia **108** disposed on the substantially white background, applying the image **104** to the colored base **102** with heat to make an article, such as is shown generally at **110** in FIG. **1** with the substantially white background **106**, the image **108** disposed on the white background, so that the image and background are adhered to the colored base in a single step.

As used herein, the term "base" or substrate refers to an article that receives an image of the image transfer device of the present invention. The base includes woven or fabric-based materials. The base includes articles of clothing such as T-shirts, as well as towels, curtains, and other fabric-based or woven articles.

As used herein, the term "indicia" refers to an image disposed on the image transfer device of the present invention in conjunction with a substantially white background. Indicia includes letters, figures, photo-derived images and video-derived images.

As used herein, the term "white layer" refers to a layer on a transfer sheet positioned between a release layer and a receiving layer. The white layer imparts a white background on a dark substrate.

The method of the present invention is a significant improvement over conventional two-step image transfer processes. One prior art embodiment is shown generally at **200** in FIG. **2**. Typically in prior art embodiments, a colored base, in particular, a dark base such as a black T-shirt **202**, is imparted with an image in a multiple step process. One prior art method **200** includes applying a white or light background **204** to the colored base **202** with heat. The light or white background **204** is typically a polymeric material such as a cycloaliphatic epoxy resin, a vinyl copolymer and/or a polyethylene wax. A sheet **206** with an image **208** printed or otherwise imparted is applied to the substantially white polymeric material **204** by aligning the image to the white background and applying heat.

This two-step prior art process requires the use of two separate sheets **204** and **206**, separately applied to the colored base. The two-step prior art process **200** also requires careful alignment of the image **208** to the white background **202**. Consequently, the two-step process is exceedingly time-consuming and, because of improper alignment, produces significant wastage of base and image transfer materials.

With the method of the present invention, a sheet such as is shown at **104***a*, is prepared having a substrate layer **302** that comprises a polymeric material such as polypropylene, paper, a polyester film, or other film or films having a matte or glossy finish, such as is shown in FIG. **3***a*. The substrate layer **302** may be coated with clay on one side or both sides. The substrate layer may be resin coated or may be free of coating if the substrate is smooth enough. The resin coating acts as a release coating **304**. The coating weight typically ranges from 40 g/square meter to 250 g/square meter. In one embodiment,

4

the range is 60 to 130 g/square meter. In one embodiment, overlaying the substrate **302** or base paper is a silicone coating **304**. Other release coatings such as fluorocarbon, urethane, or acrylic base polymer are usable in the image transfer device of the present invention. One other release coating is a silicone coating. The silicone coating has a release value of about 10 to 2500 g/inch, using a Tesa Tape 7375 tmi, 90 degree angle, 1 inch tape, 12 inches per minute. These other release coatings are, for some embodiments, impregnated with titanium oxide or other white pigments in a concentration of about 20% by weight.

Impregnated within the substrate **302**, shown in FIG. **3***a* and/or silicone coating **304**, shown in FIG. **3***b*, is a plurality of titanium oxide particles or other white pigment or luminescent pigment in a concentration that may be as high as about 35% by volume or as low as 5% by volume. Specific embodiments include titanium oxide concentrations or talc, or barium or aluminum hydrate with or without calcium carbonate or aluminum silicate in a range from 0 to 50%, by weight. Other materials such as hollow pigment, kaolin, silica, zinc oxide, alumina, zinc sulfate, calcium carbonate, barium or aluminum oxide; aluminum trihydrate, aluminum fillers, aluminum silicate, alumina trihydrate, barium sulfate, barium titanate, fumed silica, talc, and titanium oxide extenders are also usable in conjunction with titanium oxide or instead of titanium oxide. It is believed that any white organic or inorganic pigment that has a concentration at a level of 0 to 7% by weight total ash content is acceptable for use. In one embodiment illustrated at **600** in FIG. **6**, a white layer **606** includes a concentration of blended pigments or other pigments at a concentration of 10 to 40% by weight.

Other pigments such as Lumilux®, manufactured by Riedel de Haen Aktiengellschaft of Germany, or other luminescent pigments, such as pigments manufactured by Matsui International, Inc., may be used in the method and article of the present invention. The titanium oxide or other white pigment or luminescent particles impart to the substrate layer, a substantially white background with a glowing that occurs at night or in the dark area. The pigments are used in conjunction with ink jet printing, laser printing, painting, other inks, for "Glow in the Dark" images, for light resolution displays, for pop displays, monochrome displays or image transfer articles. Suitable pigments are excitable by daylight or artificial radiation, fluorescent light, fluorescent radiation, infrared light, infrared radiation, IR light, ultra-violet light or UV radiation. Other materials may be added to the substrate such as antistatic agents, slip agents, lubricants or other conventional additives. The white layer or layers are formed by extrusion or co-extrusion emulsion coating or solvent coating. The white layer coating thickness ranges from 0.5 to 7 mils. In one embodiment, the range is 1.5 to 3.5 mils or 14 g/meter squared to up to 200 g/meter squared.

In other embodiments of the image transfer sheet, a changeable color was added to one or more of the layers of the image transfer sheet. The color-changeable material transferred utilized a material such as a temperature sensitive pigmented chemical or light changeable material, a neon light which glows in the dark for over 50 hours and was a phosphorescent pigment, a zinc-oxide pigment or a light-sensitive colorant. A concentrated batch of one or more of the materials of polyethylene, polyester, EVA, EAA, polystyrene, polyamide or MEAA which was a Nucrel-like material was prepared.

The color-changeable material was added to the layer material up to a concentration of 100% by weight with 50% by weight being typical. The color-changeable material technologies changed the image transfer sheet from colorless to

5

one or more of yellow, orange, red, rose, red, violet, magenta, black, brown, mustard, taupe, green or blue. The color-changeable material changed the image transfer sheet color from yellow to green or from pink to purple. In particular, sunlight or UV light induced the color change.

The color-changeable material was blendable in a batch process with materials such as EAA, EVA, polyamide and other types of resin. The polymer was extruded to 0.5 mils or 14 g/m$^2$ to 7 mils or 196 g/m$^2$ against a release side or a smooth side for a hot peel with up to 50% by weight of the color-changeable concentrate.

The first ink-receiving layer 306 was an acrylic or SBR EVA, PVOH, polyurethane, MEAA, polyamide, PVP, or an emulsion of EAA, EVA or a blend of EAA or acrylic or polyurethane or polyamide, modified acrylic resins with non-acrylic monomers such as acrylonitrile, butadiene and/or styrene with or without pigments such as polyamide particle, silica, COCl$_3$, titanium oxide, clay and so forth.

The thermoplastic copolymer was an ethylene acrylic acid or ethylene vinyl acetate grade, water- or solvent-based, which was produced by high pressure copolymerization of ethylene and acrylic acid or vinyl acetate.

Use of EAA or EVA as a binder was performed by additionally adding in a concentration of up to 90% with the concentration being up to 73% for some embodiments. The titanium oxide pigment concentration was, for some embodiments, about 50%. The photopia concentration was about 80% maximum. The additive was about 70% maximum.

The second receiving layer 306 included the photopia or color changeable material in a concentration of up to 70% by weight with a range of 2 to 50% by weight for some embodiments. PHOTOPHOPIA is an ink produced by Matsui Shikiso chemical, Co. of Kyoto, Japan. The pigment ranged from 0 to 90% and the binder from 0 to 80%. This type of coloring scheme was used in shirts with invisible patterns and slogans. The PHOTOPIA products were obtained from Matsui International Company, Inc. While they have been described as being incorporated in the ink-receiving layer, the PHOTOPIA products were also applicable as a separate monolayer. PHOTOPIA-containing layers were coated onto the release layer by conventional coating methods such as by rod, slot, reverse or reverse gravure, air knife, knife-over and so forth.

Temperature sensitive color changeable materials could also be added to the image transfer sheet. Chromacolor materials changed color in response to a temperature change. The Chromacolor solid material had a first color at a first temperature and changed color as the temperature changed. For instance, solid colors on a T-shirt became colorless as a hot item or the outside temperature increased.

Chromacolor was prepared as a polypropylene concentrate, polyethylene, polystyrene, acrylo-styrene (AS) resins, PVC/plasticizer, nylon or 12 nylon resin, polyester resin, and EVA resin. The base material for this image transfer sheet embodiment was selected from materials such as paper, PVC, polyester, and polyester film.

This type of image transfer sheet was fabricated, in some embodiments, without ink-jet receiving layers. It was usable by itself for color copy, laser printers, and so forth and then was transferable directly onto T-shirts or fabrics.

In one or both receiving layers 306, permanent color was addable with a color-changeable dispersion when the temperature changed, that is, when color disappeared. The color returned to permanent color as was shown in previous examples. With this formulation, the changeable color was added to one or more layers in a concentration of up to about 80% by weight with a range of 2-50% by weight being typi-

6

cal. The base paper for this embodiment was about 90 g/m$^2$. About 0.5 mils EAA were applied with 10% PHOTOPIA or temperature-sensitive color-changeable materials. The top coat layer was an ink-receiving layer that contained polyamides, silica, COCl$_3$ for 15% color-changeable items.

For some embodiments, a white layer 506, 606, such as is shown in FIGS. 5-6, includes ethylene/methacrylic acid (E/MAA), with an acid content of 0-30%, and a melt index from 10 to 3500 with a melt index range of 20 to 2300 for some embodiments. A low density polyethylene with a melt index higher than 200 is also suitable for use. Other embodiments of the white layer include ethylene vinyl acetate copolymer resin, EVA, with vinyl acetate percentages up to 50%/EVA are modifiable with an additive such as DuPont Elvax, manufactured by DuPont de Nemours of Wilmington, Del. These resins have a Vicat softening point of about 40 degrees to 220 degrees C., with a range of 40 degrees to 149 degrees C. usable for some embodiments. Other resins usable in this fashion include nylon multipolymer resins with or without plasticizers with the same pigment percent or ash content nylon resin such as Elvamide® manufactured by DuPont de Nemours or CM 8000 Toray. Nylon polymers are also blendable with resin such as ENGAGE with or without plasticizers. These resins are applicable as a solution water base or a solvent base solution system. These resins are also applicable by extrusion or co-extrusion or hot melt application. Other suitable resins include Allied Signal Ethylene acrylic acid, A-0540, 540A, or AC 580, AC 5120, and/or AC 5180 or ethylene vinyl acetate, AC-400, 400A, AC-405(s), or AC-430.

The silicone-coated layer 304 acts as a release-enhancing layer. When heat is applied to the image transfer sheet 104, thereby encapsulating image imparting media such as ink or toner or titanium oxide with low density polyethylene, ethylene acrylic acid (EAA), or MEAA, ethylene vinyl acetate (EVA), polyester exhibiting a melt point from 20° C. up to 225° C., polyamide, nylon, or methane acrylic ethylene acrylate (MAEA), or mixtures of these materials in the substrate layer 302, local changes in temperature and fluidity of the low density polyethylene or other polymeric material occurs. These local changes are transmitted into the silicone coated release layer 304 and result in local preferential release of the low density polyethylene encapsulates, EVA, EAA, polyester, and polyamide.

The silicone coated release layer is an optional layer that may be eliminated if the colored base 102 or peel layer is sufficiently smooth to receive the image. In instances where the silicone coated release layer 304 is employed, the silicone coated release layer may, for some embodiments wherein the release layer performs image transfer, such as is shown in FIG. 3b, also include titanium oxide particles or other white pigment or luminescent pigment in a concentration of about 20% by volume.

One other image transfer sheet embodiment of the present invention, illustrated at 400 in FIG. 4, includes a substrate layer 402, a release layer 404 and an image imparting layer 406 that comprises a polymeric layer such as a low density polyethylene layer, an EAA layer, an EVA layer or a nylon-based layer or an MAEA layer or polyester melt point of 20 C up to 225 degrees C. The image imparting layer is an ink jet receptive layer. In one embodiment, the nylon is 100% nylon type 6 or type 12 or a blend of type 6 and 12.

The polyamides, such as nylon, are insoluble in water and resistant to dry cleaning fluids. The polyamides may be extruded or dissolved in alcohol or other solvent depending upon the kind of solvent, density of polymer and mixing

US 7,749,581 B2

7

condition. Other solvents include methanol, methanol trichloro-ethylene, propylene glycol, methanol/water or methanol/chloroform.

One additional embodiment of the present invention comprises an image transfer sheet that comprises an image imparting layer but is free from an image receptive layer such as an ink receptive layer. The image imparting layer includes titanium oxide or other white pigment or luminescent pigment in order to make a white or luminescent background for indicia or other images. Image indicia are imparted, with this embodiment, by techniques such as color copy, laser techniques, toner, dye applications or by thermo transfer from ribbon wax or from resin.

The LDPE polymer of the image imparting layer melts at a point within a range of 43°-300° C. The LDPE and EAA have a melt index (MI) of 20-1200 SI-g/10 minutes. The EAA has an acrylic acid concentration ranging from 5 to 25% by weight and has an MI of 20 to 1300 g/10 minutes. A preferred EAA embodiment has an acrylic acid concentration of 7 to 20% by weight and an MI range of 20 to 1300. The EVA has an MI within a range of 20 to 3300. The EVA has a vinyl acetate concentration ranging from 10 to 40% by weight.

One other polymer usable in the image imparting layer comprises a nylon-based polymer such as Elvamide®, manufactured by DuPont de Nemours or ELF ATO CHEM, with or without plasticizers in a concentration of 10 to 37% by weight. Each of these polymers, LDPE, EAA, EVA and nylon-based polymer is usable along or with a resin such as Engage® resin, manufactured by DuPont de Nemours. Suitable plasticizers include N-butyl benzene sulfonamide in a concentration up to about 35%. In one embodiment, the concentration of plasticizer ranged from 8 to 27% by weight with or without a blend of resin, such as Engage® resin, manufactured by DuPont de Nemours.

Suitable Elvamide® nylon multipolymer resins include Elvamide 8023R® low viscosity nylon multipolymer resin; Elvamide 8063® multipolymer resin manufactured by DuPont de Nemours. The melting point of the Elvamide® resins ranges from about 154° to 158° C. The specific gravity ranges from about 1.07 to 1.08. The tensile strength ranges from 51.0 to about 51.7 Mpa. Other polyamides suitable for use are manufactured by ELF ATO CHEM, or Toray. Other embodiments include polymers such as polyester No. MH 4101, manufactured by Bostik, and other polymers such as epoxy or polyurethane.

The density of polymer has a considerable effect on the viscosity of a solution for extrusion. In one embodiment, 100% of a nylon resin such as DuPont Elvamide 80625® having a melting point of 124° C. or Elvamide 8061M®, or Elvamide 8062 P® or Elvamide 8064®, all supplied by DuPont de Nemours. Other suitable polyamide formulations include Amilan CM 4000® or CM 8000 supplied by Toray, or polyamide from ELF ATO CHEM M548 or other polyamide type.

Other resins usable with the polyamide include DuPont's Bynel®, which is a modified ethylene acrylate acid terpolymer. The Bynel® resin, such as Bynel 20E538®, has a melting point of 53° C. and a melt index of 25 dg/min as described in D-ASTM 1238. The Bynel® has a Vicat Softening Point of 44° C. as described in D-ASTM 1525-91. This resin may be blended with other resin solutions and used as a top coat primer or as a receptive coating for printing applications or thermo transfer imaging. For some embodiments, an emulsion solution is formed by dissolving polymer with surfactant and KOH or NaOH and water to make the emulsion. The emulsion is applied by conventional coating methods such as a roll coater, air knife or slot die and so forth.

8

Other resins usable with the polyamide include Dupont's Bynel®, which is a modified ethylene acrylate acid terpolymer. The Bynel® resin, such as Bynel 20E538®, has a melting point of 53° C. and a melt index of 25 dg/min as described in D-ASTM 1238. The Bynel® has a Vicat Softening Point of 44 C as described in D-ASTM 1525-91. This resin may be blended with other resin solutions and used as a top coat primer or as a receptive coating for printing applications or thermo transfer imaging. For some embodiments, an emulsion solution is formed by dissolving polymer with surfactant and KOH or NaOH and water to make the emulsion. The emulsion is applied by conventional coating methods such as a roll coater, air knife or slot die and so forth.

The polymeric solution is pigmented with up to about 50%, with a material such as titanium oxide or other pigment, or without plasticizers and is applied by conventional coating methods such as air knife, rod gater, reverse or slot die or by standard coating methods in one pass pan or in multiple passes.

Fillers may be added in order to reduce heat of fusion or improve receptivity or to obtain particular optical properties, opacity or to improve color copy or adhesion.

The present invention further includes a kit for image transfer. The kit comprises an image transfer sheet for a color base that is comprised of a substrate layer impregnated with titanium oxide, a release layer and an image imparting layer made of a polymer such as LDPE, EAA, EVA, or MAEA, MEAA, nylon-based polymer or mixtures of these polymers or blends of these polymers with a resin such as Engage® or other polyester adhesion that melt at a temperature within a range of 100°-700° C. The LDPE has a melt index of 60-1200 (SI)-g/minute. The kit also includes a colored base for receiving the image on the image transfer sheet and a package for containing the image transfer sheet and the colored base.

Another embodiment of the present invention includes an emulsion-based image transfer system. The system comprises a colored base, such as a colored fabric, an image transfer sheet with a release coating and a polyamide. The polyamide is impregnated with titanium oxide or other white pigment or luminescent pigment in order to impart a white or luminescent background on the colored base.

One other embodiment of the present invention, illustrated at **500** in FIG. **5**, is also utilized in a method for transferring an image from one substrate to another. The method comprises a step of providing an image transfer sheet **500** that is comprised of a substrate layer **502**, a release layer **504**, comprising a silicone coating **505** and a white layer **506** with a thickness of about 0.5 to 7 mils and having a melt index, MI, within a range of 40°-280° C. The substrate layer **502** is, for some embodiments, a base paper coated on one side or both sides. The base paper is, optionally, of a saturated grade. In one embodiment, the white layer **506** of the image transfer sheet **500** is impregnated with titanium oxide or other white or luminescent pigment. In one embodiment, the white layer **506** and a receiving layer **508**, contacting the white layer **506** are impregnated with titanium oxide or other white or luminescent pigment.

In one embodiment, the nylon resin is applied by a hot melt extrusion process in a thickener to a thickness of 0.35 mils or 8 gms per square meter to about 3.0 mils or 65 gms per square meter to a maximum of about 80 gms per square meter. In one particular embodiment, the thickness is about 0.8 mils or 15 gms per square meter to about 50 gms per square meter or about 0.75 mils to about 2.00 mils. The nylon resin is, in another embodiment, emulsified in alcohol or other solvent or is dispersed in water and applied with conventional coating methods known in the industry.

US 7,749,581 B2

9
10

Next, an image is imparted to the polymer component of the peel layer **520** utilizing a top coat image-imparting material such as ink or toner. In one embodiment, the polymer coating is impregnated with titanium oxide or other white or luminescent pigment prior to imparting the image. The ink or toner may be applied utilizing any conventional method such as an ink jet printer or an ink pen or color copy or a laser printer. The ink may be comprised of any conventional ink formulation. An ink jet coating is preferred for some embodiments. A reactive ink is preferred for other applications.

The image transfer sheet **500** is applied to the colored base material so that the polymeric component of the peel layer **520** contacts the colored base. The second substrate is comprised of materials such as cloth, paper and other flexible or inflexible materials.

Once the image transfer sheet peel layer **520** contacts the colored base, a source of heat, such as an iron or other heat source, is applied to the image transfer sheet **500** and heat is transferred through the peel layer **520**. The peel layer **520** transfers the image, which is indicia over a white or luminescent field, to the colored base. The application of heat to the transfer sheet **500** results in ink or other image-imparting media within the polymeric component of the peel layer being changed in form to particles encapsulated by the polymeric substrate such as the LDPE, EAA, EVA, nylon or MEAA or polyamides, or polyester, urethane, epoxies or resin-containing mixtures of these polymers immediately proximal to the ink or toner. The encapsulated ink particles or encapsulated toner particles and encapsulated titanium oxide particles are then transferred to the colored base in a mirror image to the ink image or toner image on the polymeric component of the peel layer **520**.

Because the polymeric component of the peel layer **520** generally has a high melting point, the application of heat, such as from an iron, does not result in melting of this layer or in a significant change in viscosity of the overall peel layer **520**. The change in viscosity is confined to the polymeric component that actually contacts the ink or toner or is immediately adjacent to the ink or toner. As a consequence, a mixture of the polymeric component, titanium oxide or other white or luminescent pigment, and ink or toner is transferred to the colored base as an encapsulate whereby the polymeric component encapsulates the ink or toner or titanium oxide or other white pigment. It is believed that the image transfer sheet, with the white titanium oxide or other white or luminescent pigment background is uniquely capable of both cold peel and hot peel with a very good performance for both types of peels.

### Example 1

EAA is extruded or co-extruded at 300 melt index (Dow Primacor 59801) with 30% titanium oxide ash content extruded on silicone coated base paper 95 g/meter squared for thicknesses as follows: 0.75 mils, 1.0 mil, 1.2 mils, 2.2 mils, 2.75 mils, 3.5 mils, 7.0 mils. The EAA layer is coated with ink jet receptive layers and then printed on an ink jet printer. The print is then removed from the release layer to expose the print. The exposed print is applied against fabric and covered by release paper, wherein the release side contacts the printed side. The printed image is transferred by heat application with pressure, such as by an iron, at 250° F. to 350° F. for about 15 seconds.

This procedure is usable with a blend of 80/20, 70/30, 50/50, 60/40 or vice versa, Dow Primacor 59801 and 59901. This procedure is also usable with DuPont Elvax 3180, or 3185 DuPont Nucrel 599, DuPont Nucrel 699, Allied Signal

AC-5120 or an EAA emulsion of Primacor or Allied Signal 580 or 5120 resin or EVA or make a wax emulsion of EVA or EAA emulsion, or is blended with ELF 548 or Elvamide® or polyester resin from Bostik MLT 4101.

The emulsion is blended with titanium or white pigment in one or multiple layers and applied with conventional coating methods such as roll coating, myer rod, air knife, knife over or slot die. The blended emulsion is applied with a coat weight of 5 g/meter squared to 150 g/meter squared. The percent ash is about 7 to 80 percent with 10 to 70 percent for some embodiments.

### Example 2

An ink receptive mono or multiple layer such as is shown in FIG. **6** at **604, 606, 608** and **610** includes a first layer **606** that includes 0 to 80% titanium pigment with acrylic or EVA or polyvinyl alcohol, or SBR with a Tg glass transition of −60 up to 56 with a range of −50 to 25, for some embodiments. In another embodiment, a wax emulsion is used with a coat weight of 5 g/meter squared to 38 g/meter squared with a range of 8 g/meter squared to 22 g/meter squared for some embodiments.

In another embodiment, a pigment is blended to make layer **606**. EAA or EVA solution solvent or a water base solution and a different coat and different thickness are employed. On top of extruded layers, top coats **608** and **610** comprise ink receptive layers. This construction imparts an excellent whiteness to the background of a print with an excellent washability.

### Example 3

For one image transfer sheet, such as is shown at **600** in FIG. **6**, a blend is prepared. The blend includes the same ratio of ash to emulsion of EAA or EVA or a blend of both of these polymers. The blend has a MEIT index of 10 MI to 2500 MI with a range of 25 MI to 2000 MI for some embodiments. The blend is formed into a substrate layer **602**, which can be coated on one side or both.

The optionally coated substrate layer **602** is further coated with a release layer **604** that is coated with ink jet receptive layers **606** and **608**. The ink jet receptive layer or layers **606** and **608** include 50 percent titanium or barium talc, or a combination of different high brightness, high opacity pigments. These layers are coated within a range of 5 g/meter squared to 50 g/meter squared. In one embodiment, the range is 8 g/meter squared to 30 g/meter squared.

### Example 4

As shown at **700** in FIG. **7**, a polyester resin obtained from Bostek MH 4101 was extruded to thicknesses of 0.5 mils, 1.0 mils, 2.0 mils and 4 mils with titanium oxide concentrations of 5%, 10%, 30%, and 40%, respectively, against silicone coated **705** paper **702**, having a density of 80 g/m-sq. The silicone coated **705** paper **702** was top coated with an EAA solution **706** that included titanium oxide in a concentration of about 40%. This titanium oxide coated paper was then coated with an ink jet receiving layer **708**. The ink jet receiving layer **708** was coated with a "Glow in the Dark" containing layer or a temperature changeable pigment containing layer or a light changeable layer **712**. These layers were ink jet printed, as required.

As shown at **800** in FIG. **8**, the peeled printed layers **820**, including at least one or more layers collectively comprising a white or luminescent pigment and received indicia, were

US 7,749,581 B2

11

then placed against a fabric **854** and covered with release paper **852**. Heat **850** was applied to the peeled printed layers **820** and the release paper **852**. The heat **850** was applied at 200 F, 225 F, 250 F, 300 F, 350 F, and 400 F. A good image transfer was observed for all of these temperatures.

### Example 5

An image transfer sheet was prepared in the manner described in Example 4 except that a polyamide polymer layer was coextruded using polyamide from ELF ATO CHEM M 548.

### Example 6

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of polyamides and DuPont 3185 in ratios of 90/10, 80/20, 50/50, 75/25 and 10/90, respectively was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

### Example 7

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of EAA and polyamide was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

What is claimed is:

**1**. An image transfer article, comprising:

an image-imparting member, including at least one surface configured to receive and carry indicia to be transferred and including at least one portion comprising a concentration or configuration of pigment providing an opaque background for received indicia, the opaque background having a substantially non-transparent effect allowing the received indicia to be visible when transferred to a dark-colored base; and

a removable substrate disposed adjacent, and underlaying, the image-imparting member, the removable substrate including a coating comprising at least one of silicone, clay, resin, fluorocarbon, urethane, or an acrylic base polymer.

**2**. The article of claim **1**, wherein the indicia and the opaque background are arranged to concurrently transfer to the dark-colored base in contact with the image-imparting member upon application of heat.

**3**. The article of claim **2**, wherein the portion of the image-imparting member comprising the pigment and providing the opaque background is configured to be contactable to the dark-colored base, during a transfer process, such that received indicia face upwards.

**4**. The article of claim **1**, wherein the pigment includes a white or luminescent pigment and the opaque background includes a substantially white or luminescent background.

**5**. The article of claim **4**, wherein the white or luminescent pigment comprises titanium oxide.

**6**. The article of claim **4**, wherein the white or luminescent pigment comprises at least one of talc, barium, aluminum hydrate, aluminum trihydrate, a hollow pigment, kaolin, silica, zinc oxide, alumina, zinc sulfate, calcium carbonate,

12

aluminum oxide, an aluminum filler, aluminum silicate, barium sulfate, barium titanate, fumed silica, or a titanium oxide extender.

**7**. The article of claim **1**, wherein the pigment includes an ash content of up to about 7% by weight.

**8**. The article of claim **1**, wherein the concentration of the pigment is about 5% to about 35% of an image-imparting member volume or up to about 50% of an image-imparting member weight.

**9**. The article of claim **1**, wherein the image-imparting member comprises a first polymer configured to receive and carry the indicia and at least a second polymer including the pigment providing the opaque background.

**10**. The article of claim **9**, wherein the first polymer includes an ink-receptive polymer and the second polymer includes one or more of low density polyethylene, ethylene acrylic acid, MEAA, ethylene vinyl acetate, polyester, polyamide, nylon, or methane acrylic ethylene acrylate.

**11**. The article of claim **1**, wherein the image-imparting member comprises a polymer configured to receive and carry the indicia and including the pigment providing the opaque background.

**12**. The article of claim **1**, wherein a portion of the image-imparting member comprises at least one indicia-receptive layer configured to receive indicia from a copying or printing process.

**13**. The article of claim **1**, wherein the image-imparting member includes a melt index of about 20 SI-grams/10 minutes to about 1200 SI-grams/10 minutes.

**14**. The article of claim **1**, wherein the image-imparting member comprises a color changeable material including at least one of a temperature sensitive pigment or a light sensitive colorant.

**15**. The article of claim **1**, wherein the image-imparting member comprises at least one of a heat fusion reducing filler, a receptivity altering filler, an optical alerting filler, or an adhesion altering filler.

**16**. A kit comprising:

the article of claim **1**; and

instructions for using the article.

**17**. An image transfer article, comprising:

an indicia-receptive layer including at least one surface configured to receive and carry transferable indicia;

a removable substrate including a release coating; and

a white layer disposed between the indicia-receptive layer and the release coating, the white layer including a white or luminescent pigment providing a substantially opaque, non-transparent background for received indicia and concurrently transferable with received indicia upon, and following, application of heat.

**18**. The article of claim **17**, wherein the white or luminescent pigment comprises titanium oxide, and wherein the white layer includes an EAA solution mixed with the titanium oxide.

**19**. The article of claim **17**, wherein the release coating includes at least one of silicone, clay, resin, fluorocarbon, urethane, or an acrylic base polymer.

**20**. The article of claim **18**, wherein the white layer includes a titanium oxide concentration of about 30% to about 80% of a white layer weight.

**21**. The article of claim **17**, wherein the white layer includes ethylene/methacrylic acid having an acid content of up to about 30% and a melt index of about 10 to about 3500.

**22**. The article of claim **17**, wherein the white layer includes a low density polyethylene having a melt index greater than about 200.

US 7,749,581 B2

13

**23**. The article of claim **17**, wherein the white layer includes a thickness of about 0.5 millimeters to about 7 millimeters.

**24**. An image transfer article, comprising:

a removable substrate including a substrate surface overlaid with a release coating; and

a first layer overlaying the release coating, the first layer configured to be overlaid with at least a second layer configured to receive indicia;

wherein the first layer includes a concentration or configuration of pigment providing an opaque background having a substantially non-transparent effect for received and transferred indicia.

**25**. The article of claim **24**, wherein the first layer includes one or more of low density polyethylene, ethylene acrylic acid, MEAA, ethylene vinyl acetate, polyester, polyamide, nylon, or methane acrylic ethylene acrylate.

**26**. The article of claim **24**, wherein the second layer includes an ink-receptive polymer.

**27**. An image transfer article, comprising:

an ink-receptive layer, including at least one surface configured to receive and carry indicia to be transferred;

a white layer underlaying the ink-receptive layer, the white layer including a pigment providing a substantially non-transparent, opaque background for received and transferred indicia;

a polymer layer including ethylene acrylic acid underlaying the white layer; and

a silicone-coated removable substrate underlaying the polymer layer.

14

**28**. The article of claim **27**, further comprising at least one of a glow-in-the-dark containing layer, a temperature changeable pigment containing layer, or a light changeable layer coated on the ink-receptive layer.

**29**. The article of claim **27**, wherein the polymer layer is configured to mix with the white layer when heat is applied during a transfer process.

**30**. An image transfer article, comprising:

an ink-receptive layer, including at least one surface configured to receive and carry indicia to be transferred;

a polymer layer including ethylene acrylic acid underlaying the ink-receptive layer;

a white layer underlaying the polymer layer, the white layer including a pigment providing a substantially non-transparent, opaque background for received and transferred indicia; and

a silicone-coated removable substrate underlaying the white layer.

**31**. An image transfer article, comprising:

an ink-receptive layer, including at least one surface configured to receive and carry indicia to be transferred and including a concentration or configuration of pigment providing an opaque background for received indicia, the opaque background having a substantial non-transparent effect allowing the received indicia to be visible when applied to a dark-colored base;

a polymer layer including ethylene acrylic acid underlaying the ink-receptive layer; and

a silicone-coated removable substrate underlaying the polymer layer.

* * * * *

# EXHIBIT D

US007754042B2

(12) **United States Patent**
Dalvey et al.

(10) Patent No.: **US 7,754,042 B2**
(45) Date of Patent: ***Jul. 13, 2010**

(54) **METHOD OF IMAGE TRANSFER ON A COLORED BASE**

(75) Inventors: **Jodi A. Dalvey**, Orono, MN (US);
**Nabill F. Nasser**, Minneapolis, MN (US)

(73) Assignee: **Jodi A. Schwendimann**, Plymouth, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/193,573**

(22) Filed: **Aug. 18, 2008**

(65) **Prior Publication Data**

US 2008/0305253 A1      Dec. 11, 2008

**Related U.S. Application Data**

(60) Continuation of application No. 12/034,932, filed on Feb. 21, 2008, which is a continuation of application No. 10/911,249, filed on Aug. 4, 2004, which is a division of application No. 09/541,845, filed on Apr. 3, 2000, now Pat. No. 6,884,311, which is a continuation-in-part of application No. 09/391,910, filed on Sep. 9, 1999, now abandoned.

(51) **Int. Cl.**
       *B41M 5/30*          (2006.01)
(52) **U.S. Cl.** ...................... **156/235**; 427/152; 428/32.5; 428/32.51; 428/32.69; 428/32.81
(58) **Field of Classification Search** ...................... None
       See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,790,439 A | 2/1974 | La Perre et al. | |
| 3,922,435 A | 11/1975 | Asnes | |
| 4,102,456 A | 7/1978 | Morris | |
| 4,169,169 A | 9/1979 | Kitabatake | |
| 4,224,358 A | 9/1980 | Hare | |
| 4,235,657 A | 11/1980 | Greenman et al. | |
| 4,284,456 A | 8/1981 | Hare | |
| 4,399,209 A | 8/1983 | Sanders et al. | |
| 4,461,793 A | 7/1984 | Blok et al. | |
| 4,548,857 A | 10/1985 | Galante | |
| 4,549,824 A | 10/1985 | Sachdev et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0466503 A1 | 1/1992 |

(Continued)

OTHER PUBLICATIONS

"U.S. Appl. No. 09/150,983, Final Office Action Aug. 2, 2000", 9 pgs.

(Continued)

*Primary Examiner*—Bruce H Hess
(74) *Attorney, Agent, or Firm*—Schwegman Lundberg & Woessner, P.A.

(57) **ABSTRACT**

The present invention includes an image transfer sheet. The image transfer sheet comprises a release layer and a polymer layer. One or more of the release layer and the polymer layer comprise titanium oxide or other white pigment.

**22 Claims, 5 Drawing Sheets**





**US 7,754,042 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,594,276 | A | 6/1986 | Relyea |
| 4,685,984 | A | 8/1987 | Powers et al. |
| 4,758,952 | A | 7/1988 | Harris, Jr. et al. |
| 4,863,781 | A | 9/1989 | Kronzer |
| 4,880,678 | A | 11/1989 | Goffi |
| 4,966,815 | A | 10/1990 | Hare |
| 4,980,224 | A | 12/1990 | Hare |
| 5,019,475 | A | 5/1991 | Higashiyama et al. |
| 5,028,028 | A | 7/1991 | Yamada et al. |
| 5,045,383 | A | 9/1991 | Maeda et al. |
| 5,059,580 | A | 10/1991 | Shibata et al. |
| 5,097,861 | A | 3/1992 | Hopkins et al. |
| 5,110,389 | A | 5/1992 | Hiyoshi et al. |
| 5,133,819 | A | 7/1992 | Croner |
| 5,139,917 | A | 8/1992 | Hare |
| 5,217,793 | A | 6/1993 | Yamane et al. |
| 5,236,801 | A | 8/1993 | Hare |
| 5,242,739 | A | 9/1993 | Kronzer et al. |
| 5,252,531 | A | 10/1993 | Yasuda et al. |
| 5,271,990 | A | 12/1993 | Kronzer et al. |
| 5,334,439 | A | 8/1994 | Kawaguchi et al. |
| 5,350,474 | A | 9/1994 | Yamane |
| 5,362,703 | A | 11/1994 | Kawasaki et al. |
| 5,372,884 | A | 12/1994 | Abe et al. |
| 5,400,246 | A | 3/1995 | Wilson et al. |
| 5,407,724 | A | 4/1995 | Mimura et al. |
| 5,431,501 | A | 7/1995 | Hale et al. |
| 5,434,598 | A | 7/1995 | Shimomine et al. |
| 5,501,902 | A | 3/1996 | Kronzer |
| 5,521,229 | A | 5/1996 | Lu et al. |
| 5,614,345 | A | 3/1997 | Gumbiowski et al. |
| 5,620,548 | A | 4/1997 | Hare |
| 5,665,476 | A | 9/1997 | Oez |
| 5,707,925 | A | 1/1998 | Akada et al. |
| 5,770,268 | A | 6/1998 | Kuo et al. |
| 5,798,161 | A | 8/1998 | Kita et al. |
| 5,798,179 | A | 8/1998 | Kronzer |
| 5,821,028 | A | 10/1998 | Maejima et al. |
| 5,833,790 | A | 11/1998 | Hare |
| 5,861,355 | A | 1/1999 | Olson et al. |
| 5,905,497 | A | 5/1999 | Vaughan et al. |
| 5,917,730 | A | 6/1999 | Rittie et al. |
| 5,925,712 | A | 7/1999 | Kronzer |
| 5,942,335 | A | 8/1999 | Chen et al. |
| 5,948,586 | A | 9/1999 | Hare |
| 5,962,149 | A | 10/1999 | Kronzer |
| 5,981,045 | A | 11/1999 | Kuwabara et al. |
| 5,981,077 | A | 11/1999 | Taniguchi |
| 6,017,611 | A | 1/2000 | Cheng et al. |
| 6,033,739 | A | 3/2000 | Kronzer |
| 6,033,824 | A | 3/2000 | Hare et al. |
| 6,036,808 | A | 3/2000 | Shaw-Klein et al. |
| 6,042,914 | A | 3/2000 | Lubar |
| 6,054,223 | A | 4/2000 | Tsuchiya et al. |
| 6,066,387 | A | 5/2000 | Ueda et al. |
| 6,071,368 | A | 6/2000 | Boyd et al. |
| 6,083,656 | A | 7/2000 | Hare et al. |
| 6,087,061 | A | 7/2000 | Hare et al. |
| 6,090,520 | A | 7/2000 | Hare et al. |
| 6,096,475 | A | 8/2000 | Hare et al. |
| 6,106,982 | A | 8/2000 | Mientus et al. |
| 6,113,725 | A | 9/2000 | Kronzer |
| 6,120,888 | A | 9/2000 | Dolsey et al. |
| 6,139,672 | A | 10/2000 | Sato et al. |
| 6,177,187 | B1 | 1/2001 | Niemoller et al. |
| 6,180,256 | B1 | 1/2001 | Sargeant |
| 6,200,668 | B1 | 3/2001 | Kronzer |
| 6,242,082 | B1 | 6/2001 | Mukoyoshi et al. |
| 6,245,710 | B1 | 6/2001 | Hare |
| 6,258,448 | B1 | 7/2001 | Hare |
| 6,265,128 | B1 | 7/2001 | Hare et al. |
| 6,294,307 | B1 | 9/2001 | Hare |
| 6,331,374 | B1 | 12/2001 | Hare et al. |
| 6,338,932 | B2 | 1/2002 | Hare et al. |
| 6,340,550 | B2 | 1/2002 | Hare et al. |
| 6,358,660 | B1 | 3/2002 | Agler et al. |
| 6,383,710 | B2 | 5/2002 | Hare et al. |
| 6,423,466 | B2 | 7/2002 | Hare |
| 6,428,878 | B1 | 8/2002 | Kronzer |
| 6,450,633 | B1 | 9/2002 | Kronzer |
| 6,495,241 | B2 | 12/2002 | Sato et al. |
| 6,497,781 | B1 | 12/2002 | Dalvey et al. |
| 6,506,445 | B2 | 1/2003 | Popat et al. |
| 6,509,131 | B2 | 1/2003 | Hare et al. |
| 6,521,327 | B1 | 2/2003 | Franke |
| 6,531,216 | B1 | 3/2003 | Williams et al. |
| 6,539,652 | B1 | 4/2003 | Barry |
| 6,551,692 | B1 | 4/2003 | Dalvey et al. |
| 6,582,803 | B2 | 6/2003 | Cole et al. |
| 6,638,604 | B1 | 10/2003 | Bamberg et al. |
| 6,638,682 | B2 | 10/2003 | Hare et al. |
| 6,667,093 | B2 | 12/2003 | Yuan et al. |
| 6,677,009 | B2 | 1/2004 | Boyd et al. |
| 6,703,086 | B2 | 3/2004 | Kronzer et al. |
| 6,723,773 | B2 | 4/2004 | Williams et al. |
| 6,753,050 | B1 | 6/2004 | Dalvey et al. |
| 6,786,994 | B2 | 9/2004 | Williams et al. |
| 6,849,312 | B1 | 2/2005 | Williams |
| 6,869,910 | B2 | 3/2005 | Williams et al. |
| 6,871,950 | B2 | 3/2005 | Higuma et al. |
| 6,875,487 | B1 | 4/2005 | Williams et al. |
| 6,878,423 | B2 | 4/2005 | Nakanishi |
| 6,884,311 | B1 | 4/2005 | Dalvey et al. |
| 6,916,589 | B2 | 7/2005 | Hare et al. |
| 6,916,751 | B1 | 7/2005 | Kronzer |
| 6,951,671 | B2 | 10/2005 | Mukherjee et al. |
| 6,998,211 | B2 | 2/2006 | Riley et al. |
| 7,001,649 | B2 | 2/2006 | Wagner et al. |
| 7,008,746 | B2 | 3/2006 | Williams et al. |
| 7,021,666 | B2 | 4/2006 | Hare |
| 7,022,385 | B1 | 4/2006 | Nasser |
| 7,026,024 | B2 | 4/2006 | Chang et al. |
| 7,081,324 | B1 | 7/2006 | Hare et al. |
| 7,160,411 | B2 | 1/2007 | Williams et al. |
| 7,220,705 | B2 | 5/2007 | Hare |
| 7,238,410 | B2 | 7/2007 | Kronzer |
| 7,361,247 | B2 | 4/2008 | Kronzer |
| 7,364,636 | B2 | 4/2008 | Kronzer |
| 2001/0051265 | A1 | 12/2001 | Williams et al. |
| 2002/0025208 | A1 | 2/2002 | Sato et al. |
| 2002/0048656 | A1 | 4/2002 | Sato et al. |
| 2002/0192434 | A1 | 12/2002 | Yuan et al. |
| 2003/0008112 | A1 | 1/2003 | Cole et al. |
| 2003/0021962 | A1 | 1/2003 | Mukherjee et al. |
| 2004/0100546 | A1 | 5/2004 | Horvath |
| 2004/0146700 | A1 | 7/2004 | Boyd et al. |
| 2005/0048230 | A1 | 3/2005 | Dalvey et al. |
| 2007/0172609 | A1 | 7/2007 | Williams |
| 2007/0172610 | A1 | 7/2007 | Williams |
| 2007/0221317 | A1 | 9/2007 | Kronzer et al. |
| 2007/0231509 | A1 | 10/2007 | Xu et al. |
| 2008/0149263 | A1 | 6/2008 | Dalvey et al. |
| 2008/0302473 | A1 | 12/2008 | Dalvey et al. |
| 2008/0305288 | A1 | 12/2008 | Dalvey et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0782931 A1 | 7/1997 |
| EP | 0881092 A2 | 12/1998 |
| EP | 0899121 A1 | 3/1999 |
| EP | 0933225 A1 | 8/1999 |
| GB | 2295973 A | 6/1996 |
| JP | 63122592 | 5/1988 |
| JP | 1037233 | 2/1989 |

# US 7,754,042 B2

Page 3

| JP | 7276833 | 10/1995 |
| JP | 8085269 | 4/1996 |
| WO | WO-0073570 A1 | 12/2000 |

## OTHER PUBLICATIONS

"U.S. Appl. No. 09/150,983, Non-Final Office Action Jan. 30, 2001", 7 pgs.

"U.S. Appl. No. 09/150,983, Non-Final Office Action Apr. 11, 2000", 5 pgs.

"U.S. Appl. No. 09/150,983, Non-Final Office Action Dec. 28, 1999", 5 pgs.

"U.S. Appl. No. 09/150,983, Notice of Allowance mailed Nov. 19, 2002", 8 pgs.

"U.S. Appl. No. 09/150,983, Response filed Feb. 16, 2000 to Non-Final Office Action Dec. 28, 1999", 3 pgs.

"U.S. Appl. No. 09/150,983, Response filed Jun. 20, 2000 to Non-Final Office Action mailed Apr. 11, 2000", 7 pgs.

"U.S. Appl. No. 09/150,983, Response to Non-Final Office Action filed Aug. 7, 2002", 9 pgs.

"U.S. Appl. No. 09/535,937, Non-Final Office Action Nov. 29, 2001", 8 pgs.

"U.S. Appl. No. 09/535,937, Notice of Allowance Sep. 10, 2002", 9 pgs.

"U.S. Appl. No. 09/535,937, Response May 28, 2002 to Non-Final Office Action mailed Nov. 29, 2001", 6 pgs.

"U.S. Appl. No. 09/541,845, Final Office Action mailed Nov. 25, 2003", 4 pgs.

"U.S. Appl. No. 09/541,845, Non-Final Office Action mailed Apr. 16, 2003", 4 pgs.

"U.S. Appl. No. 09/541,845, Notice of Allowance mailed May 4, 2004", 4 pgs.

"U.S. Appl. No. 09/541,845, Response filed Mar. 23, 2004 to Final Office Action mailed Nov. 25, 2003", 6 pgs.

"U.S. Appl. No. 09/541,845, Response filed Jul. 15, 2003 to Non-Final Office Action mailed Apr. 14, 2003", 5 pgs.

"U.S. Appl. No. 09/541,845, Supplemental Notice of Allowability mailed Jan. 26, 2005", 2 pgs.

"U.S. Appl. No. 09/661,532, Final Office Action mailed May 20, 2003", 8 pgs.

"U.S. Appl. No. 09/661,532, Non-Final Office Action mailed Mar. 1, 2002", 9 pgs.

"U.S. Appl. No. 09/661,532, Notice of Allowance mailed Feb. 12, 2004", 4 pgs.

"U.S. Appl. No. 09/661,532, Response filed Aug. 20, 2003 to Final Office Action mailed May 20, 2003", 5 pgs.

"U.S. Appl. No. 09/661,532, Response filed Aug. 30, 2002 to Non-Final Office Action mailed Mar. 1, 2002", 8 pgs.

"U.S. Appl. No. 10/719,220, Non-Final Office Action mailed Sep. 9, 2004", 3 pgs.

"U.S. Appl. No. 10/719,220, Preliminary Amendment filed Nov. 21, 2003", 3 pgs.

"U.S. Appl. No. 10/911,249 Response filed Jul. 29, 2008 to Final Office Action mailed Jan. 29, 2008", 19 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action filed Dec. 14, 2006", 3 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action filed Dec. 8, 2006", 3 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action filed Jul. 26, 2005", 3 pgs.

"U.S. Appl. No. 10/911,249, Non-Final Office Action filed Feb. 8, 2005", 5 pgs.

"U.S. Appl. No. 10/911,249, Non-Final Office Action filed Mar. 13, 2007", 4 pgs.

"U.S. Appl. No. 10/911,249, Non-Final Office Action mailed Sep. 20, 2007", 5 pgs.

"U.S. Appl. No. 10/911,249, Preliminary Amendment mailed Aug. 4, 2004", 4 pgs.

"U.S. Appl. No. 10/911,249, Response filed Jul. 11, 2007 to Non-Final Office Action Mar. 13, 2007", 11 pgs.

"U.S. Appl. No. 10/911,249, Response to Final Office Action filed Jan. 24, 2007", 8 pgs.

"U.S. Appl. No. 10/911,249, Response to Final Office Action filed Jan. 26, 2006", 7 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action mailed Jan. 29, 2008", 6 pgs.

"U.S. Appl. No. 10/911,249 Notice of Allowance mailed Mar. 25, 2008", 4 pgs.

"U.S. Appl. No. 10/911,249 Response to Final Office Action filed Jan. 30, 2006", 7 pgs.

"U.S. Appl. No. 10/911,249 Response to Final Office Action filed Feb. 18, 2008", 7 pgs.

"U.S. Appl. No. 10/911,249 Response to Non-Final Office Action filed May 4, 2005", 6 pgs.

"U.S. Appl. No. 10/911,249 Response to Notice of Non-Compliant Amendment filed Jun. 2, 2005", 5 pgs.

"U.S. Appl. No. 10/911,249 Response filed Dec. 14, 2007 to Office Action mailed Sep. 20, 2007", 9 pgs.

"U.S. Appl. No. 11/054,717, Final Office Action mailed Jun. 1, 2007", 4 pgs.

"U.S. Appl. No. 11/054,717, Non-Final Office Action mailed Oct. 23, 2006", 4 pgs.

"U.S. Appl. No. 11/054,717, Non-Final Office Action Mailed Sep. 11, 2007", 3 pgs.

"U.S. Appl. No. 11/054,717, Preliminary Amendment mailed Feb. 9, 2005", 3 pgs.

"U.S. Appl. No. 11/054,717, Response filed Aug. 1, 2007 to Final Office Action mailed Jun. 1, 2007", 6 pgs.

"U.S. Appl. No. 11/054,717, Response filed Dec. 5, 2006 to Non-Final Office Action mailed Oct. 23, 2006", 9 pgs.

"U.S. Appl. No. 11/054,717, Response to Non-Final Office Action Oct. 10, 2007", 5 pgs.

"International Application No. PCT/US99/20823 International Preliminary Examination Report mailed Sep. 19, 2000", 14 pgs.

"International Application No. PCT/US99/20823 PCT Search Report mailed Dec. 13, 1999", 8 pgs.

"International Application No. PCT/US99/20823 PCT Written Opinion mailed May 16, 2000", 15 pgs.

"International Application Serial No. PCT/US00/24633, International Search Report mailed Nov. 30, 2000", 7 pgs.

"U.S. Appl. No. 10/911,249, Response filed Jan. 5, 2009 to Final Office Action mailed Dec. 5, 2008", 10 pgs.

"U.S. Appl. No. 10/911,249, Response filed Nov. 24, 2008 to Final Office Action mailed Oct. 22, 2008", 25 pgs.

"U.S. Appl. No. 10/911,249, Response filed Mar. 11, 2009 to Final Office Action mailed Feb. 9, 2009", 13 pgs.

"U.S. Appl. No. 11/054,717, Supplemental Amendment filed Oct. 24, 2008", 8 pgs.

"U.S. Appl. No. 11/054,717, Supplemental Amendment filed Sep. 30, 2008", 10 pgs.

"U.S. Appl. No. 11/054,717 Non-Final Office Action mailed Jan. 9, 2009", 10 pgs.

"U.S. Appl. No. 11/054,717, Response filed May 11, 2009 to Non Final Office Action mailed Jan. 9, 2009", 12 pgs.

"U.S. Appl. No. 12/193,578, Non-Final Office Action mailed Feb. 11, 2009", 12 pgs.

"U.S. Appl. No. 12/218,260, Non-Final Office Action mailed Jan. 2, 2009", 11 pgs.

"U.S. Appl. No. 12/218,260, Response filed Apr. 2, 2009 to Non Final Office Action mailed Jan. 2, 2009", 7 pgs.

"U.S. Appl. No. 09/391,910, Restriction Requirement mailed Jun. 18, 2001", 5 pgs.

"U.S. Appl. No. 09/541,845, Response filed Jan. 10, 2003 to Restriction Requirement mailed Aug. 22, 2002", 1 pg.

"U.S. Appl. No. 09/541,845, Restriction Requirement mailed Aug. 22, 2002", 5 pgs.

"U.S. Appl. No. 09/541,845, Supplemental Notice of Allowability mailed Jan. 26, 2005", 2 pgs.

"U.S. Appl. No. 09/541,845, Supplemental Restriction Requirement mailed Jan. 6, 2003", 5 pgs.

"U.S. Appl. No. 10/911,249, Examiner Interview Summary mailed Jan. 15, 2010", 4 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action mailed Jun. 30, 2009", 5 pgs.

**US 7,754,042 B2**

Page 4

"U.S. Appl. No. 10/911,249, Response filed Nov, 30, 2009 to Non Final Office Action mailed Sep. 21, 2009", 17 pgs.

"U.S. Appl. No. 11/054,717, Response filed Nov. 26, 2008 to Restriction Requirement mailed Nov. 20, 2008", 9 pgs.

"U.S. Appl. No. 11/054,717, Restriction Requirement mailed Nov. 20, 2009", 5 pgs.

"U.S. Appl. No. 12,034,932, Preliminary Amendment filed Aug. 18, 2008", 14 pgs.

"U.S. Appl. No. 12/034,932, Examiner Interview Summary mailed Jan. 15, 2010", 4 pgs.

"U.S. Appl. No. 12/034,932, Non-Final Office Action mailed Sep. 10, 2009", 5 pgs.

"U.S. Appl. No. 12/193,562, Examiner Interview Summary mailed Jan. 13, 2010", 4 pgs.

"U.S. Appl. No. 12/193,562, Non-Final Office Action mailed Sep. 9, 2009", 5 pgs.

"U.S. Appl. No. 12/193,562, Response filed Dec. 9, 2009 to Non-Final Office Action mailed Sep. 9, 2009", 17 pgs.

"U.S. Appl. No. 12/193,562, Supplemental Amendment and Response filed Feb. 9, 2010", 9 pgs.

"U.S. Appl. No. 12/193,578, Non-Final Office Action mailed Sep. 11, 2009", 5 pgs.

"U.S. Appl. No. 12/193,578, Response filed Jun. 15, 2009 to Non-Final Office Action mailed Feb. 11, 2009", 16 pgs.

"U.S. Appl. No. 12/218,260, Non Final Office Action mailed Nov. 3, 2009", 3 pgs.

"U.S. Appl. No. 12/218,260, Preliminary Amendment filed Jul. 11, 2008", 9 pgs.

"U.S. Appl. No. 12/218,260, Preliminary Amendment filed Sep. 10, 2009", 10 pgs.

"U.S. Appl. No. 12/218,260, Response filed Dec. 3, 2009 to Non Final Office Action mailed Nov. 3, 2009", 12 pgs.



*Fig. 1*



*Fig.2*
*(Prior Art)*



*Fig. 3A*



*Fig. 3B*



*Fig. 4*



*Fig. 5*



*Fig. 6*



*Fig. 7*



*Fig. 8*

US 7,754,042 B2

1

# METHOD OF IMAGE TRANSFER ON A COLORED BASE

## RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 12/034,932, filed on Feb. 21, 2008, which is a continuation of U.S. application Ser. No. 10/911,249, filed on Aug. 4, 2004, which is a divisional of U.S. application Ser. No. 09/541,845, filed on Apr. 3, 2000, now U.S. Pat. No. 6,884, 311, which is a continuation-in-part of U.S. application Ser. No. 09/391,910, filed on Sep. 9, 1999, now abandoned, the specifications of which are herein incorporated by reference in their entirety.

## BACKGROUND

The present invention relates to a method for transferring an image onto a colored base and to an article comprising a dark base and an image with a light background on the base.

Image transfer to articles made from materials such as fabric, nylon, plastics and the like has increased in popularity over the past decade due to innovations in image development. On Feb. 5, 1974, LaPerre et al. had issued a United States patent describing a transfer sheet material markable with uniform indicia and applicable to book covers. The sheet material included adhered plies of an ink receptive printable layer and a solvent free, heat activatable adhesive layer. The adhesive layer was somewhat tacky prior to heat activation to facilitate positioning of a composite sheet material on a substrate which was to be bonded. The printable layer had a thickness of 10-500 microns and had an exposed surface of thermal plastic polymeric material at least 10 microns thick.

Indicia were applied to the printable layer with a conventional typewriter. A thin film of temperature-resistant low-surface-energy polymer, such as polytetrafluoroethylene, was laid over the printed surface and heated with an iron. Heating caused the polymer in the printable layer to fuse thereby sealing the indicia into the printable layer.

On Sep. 23, 1980, Hare had issued U.S. Pat. No. 4,224,358, which described a kit for applying a colored emblem to a T-shirt. The kit comprised a transfer sheet which included the outline of a mirror image of a message. To utilize the kit, a user applied a colored crayon to the transfer sheet and positioned the transfer sheet on a T-shirt. A heated instrument was applied to the reverse side of the transfer sheet in order to transfer the colored message.

The Greenman et al. patent, U.S. Pat. No. 4,235,657, issuing Nov. 25, 1980, described a transfer web for a hot melt transfer of graphic patterns onto natural, synthetic fabrics. The transfer web included a flexible substrate coating with a first polymer film layer and a second polymer film layer. The first polymer film layer was made with a vinyl resin and a polyethylene wax which were blended together in a solvent or liquid solution. The first film layer served as a releasable or separable layer during heat transfer. The second polymeric film layer was an ionomer in an aqueous dispersion. An ink composition was applied to a top surface of the second film layer. Application of heat released the first film layer from the substrate while activating the adhesive property of the second film layer thereby transferring the printed pattern and a major part of the first layer along with the second film layer onto the work piece. The second film layer bonded the printed pattern to the work piece while serving as a protective layer for the pattern.

2

DeSanders et al. patent, U.S. Pat. No. 4,399,209, issuing Aug. 16, 1983, describes an imaging system in which images were formed by exposing a photosensitive encapsulate to actinic radiation and rupturing the capsules in the presence of a developer so that there was a pattern reaction of a chromogenic material present in the encapsulate or co-deposited on a support with the encapsulate and the developer which yielded an image.

The Joffi patent, U.S. Pat. No. 4,880,675, issuing Nov. 14, 1989, describes a dry transfer sheet which comprises a colored film adhering to a backing sheet with an interposition of a layer of release varnish. The colored film included 30%-40% pigment, 1%-4% of cycloaliphatic epoxy resin, from 15%-35% of vinyl copolymer and from 1%-4% of polyethylene wax. This particular printing process was described as being suitable for transferring an image to a panel of wood.

The Kronzer et al. patent, U.S. Pat. No. 5,271,990, issuing Dec. 21, 1993, describes an image-receptive heat transfer paper that included a flexible paper web based sheet and an image-receptive melt transfer film that overlaid the top surface of the base sheet. The image-receptive melt transfer film was comprised of a thermal plastic polymer melting at a temperature within a range of 65°-180° C.

The Higashiyami et al. patent, U.S. Pat. No. 5,019,475, issuing May 28, 1991, describes a recording medium that included a base sheet, a thermoplastic resin layer formed on at least one side of the base sheet and a color developer formed on a thermoplastic resin layer and capable of color development by reaction with a dye precursor.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a schematic view of one process of image transfer onto a colored product, of the present invention.

FIG. 2 is a schematic view of one prior art process of image transfer onto a colored product.

FIG. 3a is a cross-sectional view of one embodiment of the image transfer device of the present invention.

FIG. 3b is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 4 is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 5 is a cross-sectional view of one other embodiment of the image transfer device of the present invention.

FIG. 6 is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 7 is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. 8 is a cross-sectional view of another embodiment of the image transfer device of the present invention.

## SUMMARY

One embodiment of the present invention includes a method for transferring an image to a colored substrate. The method comprises providing an image transfer sheet comprising a release layer and an image-imparting layer that comprises a polymer. The image-imparting layer comprises titanium oxide or another white pigment or luminescent pigment. The image transfer sheet is contacted to the colored substrate. Heat is applied to the image transfer sheet so that an image is transferred from the image transfer sheet to the colored substrate. The image transferred comprises a substantially white or luminescent background and indicia.

Another embodiment of the present invention includes an image transfer sheet. The image transfer sheet comprises a

US 7,754,042 B2

3

polymer. The polymer comprises titanium oxide or other white pigment or luminescent pigment.

One other embodiment of the present invention includes a method for making an image transfer sheet. The method comprises providing an ink receptive polymer and impregnating the polymer with titanium oxide or other white pigment or luminescent pigment. An image is imparted to the polymer.

DETAILED DESCRIPTION

One method embodiment of the present invention, for transferring an image onto a colored base material, illustrated generally at 100 in FIG. 1, comprises providing the colored base material 102, such as a colored textile, and providing an image 104 that comprises a substantially white background 106 with indicia 108 disposed on the substantially white background, applying the image 104 to the colored base 102 with heat to make an article, such as is shown generally at 110 in FIG. 1 with the substantially white background 106, the image 108 disposed on the white background, so that the image and background are adhered to the colored base in a single step.

As used herein, the term "base" or substrate refers to an article that receives an image of the image transfer device of the present invention. The base includes woven or fabric-based materials. The base includes articles of clothing such as T-shirts, as well as towels, curtains, and other fabric-based or woven articles.

As used herein, the term "indicia" refers to an image disposed on the image transfer device of the present invention in conjunction with a substantially white background. Indicia includes letters, figures, photo-derived images and video-derived images.

As used herein, the term "white layer" refers to a layer on a transfer sheet positioned between a release layer and a receiving layer. The white layer imparts a white background on a dark substrate.

The method of the present invention is a significant improvement over conventional two-step image transfer processes. One prior art embodiment is shown generally at 200 in FIG. 2. Typically in prior art embodiments, a colored base, in particular, a dark base such as a black T-shirt 202, is imparted with an image in a multiple step process. One prior art method 200 includes applying a white or light background 204 to the colored base 202 with heat. The light or white background 204 is typically a polymeric material such as a cycloaliphatic epoxy resin, a vinyl copolymer and/or a polyethylene wax. A sheet 206 with an image 208 printed or otherwise imparted is applied to the substantially white polymeric material 204 by aligning the image to the white background and applying heat.

This two-step prior art process requires the use of two separate sheets 204 and 206, separately applied to the colored base. The two-step prior art process 200 also requires careful alignment of the image 208 to the white background 202. Consequently, the two-step process is exceedingly time-consuming and, because of improper alignment, produces significant wastage of base and image transfer materials.

With the method of the present invention, a sheet such as is shown at 104a, is prepared having a substrate layer 302 that comprises a polymeric material such as polypropylene, paper, a polyester film, or other film or films having a matte or glossy finish, such as is shown in FIG. 3a. The substrate layer 302 may be coated with clay on one side or both sides. The substrate layer may be resin coated or may be free of coating if the substrate is smooth enough. The resin coating acts as a

4

release coating 304. The coating weight typically ranges from 40 g/square meter to 250 g/square meter. In one embodiment, the range is 60 to 130 g/square meter. In one embodiment, overlaying the substrate 302 or base paper is a silicone coating 304. Other release coatings such as fluorocarbon, urethane, or acrylic base polymer are usable in the image transfer device of the present invention. One other release coating is a silicone coating. The silicone coating has a release value of about 10 to 2500 g/inch, using a Tesa Tape 7375 tmi, 90 degree angle, 1 inch tape, 12 inches per minute. These other release coatings are, for some embodiments, impregnated with titanium oxide or other white pigments in a concentration of about 20% by weight.

Impregnated within the substrate 302, shown in FIG. 3a and/or silicone coating 304, shown in FIG. 3b, is a plurality of titanium oxide particles or other white pigment or luminescent pigment in a concentration that may be as high as about 35% by volume or as low as 5% by volume. Specific embodiments include titanium oxide concentrations or talc, or barium or aluminum hydrate with or without calcium carbonate or aluminum silicate in a range from 0 to 50%, by weight. Other materials such as hollow pigment, kaolin, silica, zinc oxide, alumina, zinc sulfate, calcium carbonate, barium or aluminum oxide; aluminum trihydrate, aluminum fillers, aluminum silicate, alumina trihydrate, barium sulfate, barium titanate, fumed silica, talc, and titanium oxide extenders are also usable in conjunction with titanium oxide or instead of titanium oxide. It is believed that any white organic or inorganic pigment that has a concentration at a level of 0 to 7% by weight total ash content is acceptable for use. In one embodiment illustrated at 600 in FIG. 6, a white layer 606 includes a concentration of blended pigments or other pigments at a concentration of 10 to 40% by weight.

Other pigments such as Lumilux®, manufactured by Riedel de Haen Aktiengellschaft of Germany, or other luminescent pigments, such as pigments manufactured by Matsui International, Inc., may be used in the method and article of the present invention. The titanium oxide or other white pigment or luminescent particles impart to the substrate layer, a substantially white background with a glowing that occurs at night or in the dark area. The pigments are used in conjunction with ink jet printing, laser printing, painting, other inks, for "Glow in the Dark" images, for light resolution displays, for pop displays, monochrome displays or image transfer articles. Suitable pigments are excitable by daylight or artificial radiation, fluorescent light, fluorescent radiation, infrared light, infrared radiation, IR light, ultra-violet light or UV radiation. Other materials may be added to the substrate such as antistatic agents, slip agents, lubricants or other conventional additives. The white layer or layers are formed by extrusion or co-extrusion emulsion coating or solvent coating. The white layer coating thickness ranges from 0.5 to 7 mils. In one embodiment, the range is 1.5 to 3.5 mils or 14 g/meter squared to up to 200 g/meter squared.

In other embodiments of the image transfer sheet, a changeable color was added to one or more of the layers of the image transfer sheet. The color-changeable material transferred utilized a material such as a temperature sensitive pigmented chemical or light changeable material, a neon light which glows in the dark for over 50 hours and was a phosphorescent pigment, a zinc-oxide pigment or a light-sensitive colorant. A concentrated batch of one or more of the materials of polyethylene, polyester, EVA, EAA, polystyrene, polyamide or MEAA which was a Nucrel-like material was prepared.

The color-changeable material was added to the layer material up to a concentration of 100% by weight with 50%

by weight being typical. The color-changeable material technologies changed the image transfer sheet from colorless to one or more of yellow, orange, red, rose, red, violet, magenta, black, brown, mustard, taupe, green or blue. The color-changeable material changed the image transfer sheet color from yellow to green or from pink to purple. In particular, sunlight or UV light induced the color change.

The color-changeable material was blendable in a batch process with materials such as EAA, EVA, polyamide and other types of resin. The polymer was extruded to 0.5 mils or 14 g/m² to 7 mils or 196 g/m² against a release side or a smooth side for a hot peel with up to 50% by weight of the color-changeable concentrate.

The first ink-receiving layer **306** was an acrylic or SBR EVA, PVOH, polyurethane, MEAA, polyamide, PVP, or an emulsion of EAA, EVA or a blend of EAA or acrylic or polyurethane or polyamide, modified acrylic resins with non-acrylic monomers such as acrylonitrile, butadiene and/or styrene with or without pigments such as polyamide particle, silica, COCl₃, titanium oxide, clay and so forth.

The thermoplastic copolymer was an ethylene acrylic acid or ethylene vinyl acetate grade, water- or solvent-based, which was produced by high pressure copolymerization of ethylene and acrylic acid or vinyl acetate.

Use of EAA or EVA as a binder was performed by additionally adding in a concentration of up to 90% with the concentration being up to 73% for some embodiments. The titanium oxide pigment concentration was, for some embodiments, about 50%. The photopia concentration was about 80% maximum. The additive was about 70% maximum.

The second receiving layer **306** included the photopia or color changeable material in a concentration of up to 70% by weight with a range of 2 to 50% by weight for some embodiments. PHOTOPHOPIA is an ink produced by Matsui Shikiso chemical, Co. of Kyoto, Japan. The pigment ranged from 0 to 90% and the binder from 0 to 80%. This type of coloring scheme was used in shirts with invisible patterns and slogans. The PHOTOIA products were obtained from Matsui International Company, Inc. While they have been described as being incorporated in the ink-receiving layer, the PHOTOPIA products were also applicable as a separate monolayer. PHOTOPIA-containing layers were coated onto the release layer by conventional coating methods such as by rod, slot, reverse or reverse gravure, air knife, knife-over and so forth.

Temperature sensitive color changeable materials could also be added to the image transfer sheet. Chromacolor materials changed color in response to a temperature change. The Chromacolor solid material had a first color at a first temperature and changed color as the temperature changed. For instance, solid colors on a T-shirt became colorless as a hot item or the outside temperature increased.

Chromacolor was prepared as a polypropylene concentrate, polyethylene, polystyrene, acrylo-styrene (AS) resins, PVC/plasticizer, nylon or 12 nylon resin, polyester resin, and EVA resin. The base material for this image transfer sheet embodiment was selected from materials such as paper, PVC, polyester, and polyester film.

This type of image transfer sheet was fabricated, in some embodiments, without ink-jet receiving layers. It was usable by itself for color copy, laser printers, and so forth and then was transferable directly onto T-shirts or fabrics.

In one or both receiving layers **306**, permanent color was addable with a color-changeable dispersion when the temperature changed, that is, when color disappeared. The color returned to permanent color as was shown in previous examples. With this formulation, the changeable color was

added to one or more layers in a concentration of up to about 80% by weight with a range of 2-50% by weight being typical. The base paper for this embodiment was about 90 g/m². About 0.5 mils EAA were applied with 10% PHOTOPIA or temperature-sensitive color-changeable materials. The top coat layer was an ink-receiving layer that contained polyamides, silica, COCl₃ for 15% color-changeable items.

For some embodiments, a white layer **506**, **606**, such as is shown in FIGS. **5-6**, includes ethylene/methacrylic acid (E/MAA), with an acid content of 0-30%, and a melt index from 10 to 3500 with a melt index range of 20 to 2300 for some embodiments. A low density polyethylene with a melt index higher than 200 is also suitable for use. Other embodiments of the white layer include ethylene vinyl acetate copolymer resin, EVA, with vinyl acetate percentages up to 50%/EVA are modifiable with an additive such as DuPont Elvax, manufactured by DuPont de Nemours of Wilmington, Del. These resins have a Vicat softening point of about 40 degrees to 220 degrees C., with a range of 40 degrees to 149 degrees C. usable for some embodiments. Other resins usable in this fashion include nylon multipolymer resins with or without plasticizers with the same pigment percent or ash content nylon resin such as Elvamide® manufactured by DuPont de Nemours or CM 8000 Toray. Nylon polymers are also blendable with resin such as ENGAGE with or without plasticizers. These resins are applicable as a solution water base or a solvent base solution system. These resins are also applicable by extrusion or co-extrusion or hot melt application. Other suitable resins include Allied Signal Ethylene acrylic acid, A-C540, 540A, or AC 580, AC 5120, and/or AC 5180 or ethylene vinyl acetate, AC-400, 400A, AC-405(s), or AC-430.

The silicone-coated layer **304** acts as a release-enhancing layer. When heat is applied to the image transfer sheet **104**, thereby encapsulating image imparting media such as ink or toner or titanium oxide with low density polyethylene, ethylene acrylic acid (EAA), or MEAA, ethylene vinyl acetate (EVA), polyester exhibiting a melt point from 20° C. up to 225° C., polyamide, nylon, or methane acrylic ethylene acrylate (MAEA), or mixtures of these materials in the substrate layer **302**, local changes in temperature and fluidity of the low density polyethylene or other polymeric material occurs. These local changes are transmitted into the silicone coated release layer **304** and result in local preferential release of the low density polyethylene encapsulates, EVA, EAA, polyester, and polyamide.

The silicone coated release layer is an optional layer that may be eliminated if the colored base **102** or peel layer is sufficiently smooth to receive the image. In instances where the silicone coated release layer **304** is employed, the silicone coated release layer may, for some embodiments wherein the release layer performs image transfer, such as is shown in FIG. **3***b*, also include titanium oxide particles or other white pigment or luminescent pigment in a concentration of about 20% by volume.

One other image transfer sheet embodiment of the present invention, illustrated at **400** in FIG. **4**, includes a substrate layer **402**, a release layer **404** and an image imparting layer **406** that comprises a polymeric layer such as a low density polyethylene layer, an EAA layer, an EVA layer or a nylon-based layer or an MAEA layer or polyester melt point of 20 C. up to 225 degrees C. The image imparting layer is an ink jet receptive layer. In one embodiment, the nylon is 100% nylon type 6 or type 12 or a blend of type 6 and 12.

The polyamides, such as nylon, are insoluble in water and resistant to dry cleaning fluids. The polyamides may be extruded or dissolved in alcohol or other solvent depending

US 7,754,042 B2

7

upon the kind of solvent, density of polymer and mixing condition. Other solvents include methanol, methanol trichloro-ethylene, propylene glycol, methanol/water or methanol/chloroform.

One additional embodiment of the present invention comprises an image transfer sheet that comprises an image imparting layer but is free from an image receptive layer such as an ink receptive layer. The image imparting layer includes titanium oxide or other white pigment or luminescent pigment in order to make a white or luminescent background for indicia or other images. Image indicia are imparted, with this embodiment, by techniques such as color copy, laser techniques, toner, dye applications or by thermo transfer from ribbon wax or from resin.

The LDPE polymer of the image imparting layer melts at a point within a range of 43°-300° C. The LDPE and EAA have a melt index (MI) of 20-1200 SI-g/10 minutes. The EAA has an acrylic acid concentration ranging from 5 to 25% by weight and has an MI of 20 to 1300 g/10 minutes. A preferred EAA embodiment has an acrylic acid concentration of 7 to 20% by weight and an MI range of 20 to 1300. The EVA has an MI within a range of 20 to 3300. The EVA has a vinyl acetate concentration ranging from 10 to 40% by weight.

One other polymer usable in the image imparting layer comprises a nylon-based polymer such as Elvamide®, manufactured by DuPont de Nemours or ELF ATO CHEM, with or without plasticizers in a concentration of 10 to 37% by weight. Each of these polymers, LDPE, EAA, EVA and nylon-based polymer is usable along or with a resin such as Engage® resin, manufactured by DuPont de Nemours. Suitable plasticizers include N-butyl benzene sulfonamide in a concentration up to about 35%. In one embodiment, the concentration of plasticizer ranged from 8 to 27% by weight with or without a blend of resin, such as Engage® resin, manufactured by DuPont de Nemours.

Suitable Elvamide® nylon multipolymer resins include Elvamide 8023R® low viscosity nylon multipolymer resin; Elvamide 8063® multipolymer resin manufactured by DuPont de Nemours. The melting point of the Elvamide® resins ranges from about 154° to 158° C. The specific gravity ranges from about 1.07 to 1.08. The tensile strength ranges from 51.0 to about 51.7 Mpa. Other polyamides suitable for use are manufactured by ELF ATO CHEM, or Toray. Other embodiments include polymers such as polyester No. MH 4101, manufactured by Bostik, and other polymers such as epoxy or polyurethane.

The density of polymer has a considerable effect on the viscosity of a solution for extrusion. In one embodiment, 100% of a nylon resin such as DuPont Elvamide 80625® having a melting point of 124° C. or Elvamide 8061M®, or Elvamide 8062 P® or Elvamide 8064®, all supplied by DuPont de Nemours. Other suitable polyamide formulations include Amilan CM 4000® or CM 8000 supplied by Toray, or polyamide from ELF ATO CHEM M548 or other polyamide type.

In an extrusion process, these polyamide formulations may be used straight, as 100% polyamide or may be blended with polyolefin elastomers to form a saturated ethylene-octane co-polymer that has excellent flow properties and may be cross-linked with a resin such as Engage®, manufactured by DuPont de Nemours, by peroxide, silane or irradiation. The Engage® resin is, in some embodiments, blended in a ratio ranging from 95/5 Engage® to 63/35 nylon/Engage®. The polyamide is, in some embodiments, blended with resins such as EVA or EAA, with or without plasticizers. Plasticizers are added to improve flexibility at concentrations as low as 0% or as high as 37%. One embodiment range is 5% to 20%.

8

Other resins usable with the polyamide include DuPont's Bynel®, which is a modified ethylene acrylate acid terpolymer. The Bynel® resin, such as Bynel 20E538®, has a melting point of 53° C. and a melt index of 25 dg/min as described in D-ASTM 1238. The Bynel® has a Vicat Softening Point of 44° C. as described in D-ASTM 1525-91. This resin may be blended with other resin solutions and used as a top coat primer or as a receptive coating for printing applications or thermo transfer imaging. For some embodiments, an emulsion solution is formed by dissolving polymer with surfactant and KOH or NaOH and water to make the emulsion. The emulsion is applied by conventional coating methods such as a roll coater, air knife or slot die and so forth.

The polymeric solution is pigmented with up to about 50%, with a material such as titanium oxide or other pigment, or without plasticizers and is applied by conventional coating methods such as air knife, rod gater, reverse or slot die or by standard coating methods in one pass pan or in multiple passes.

Fillers may be added in order to reduce heat of fusion or improve receptivity or to obtain particular optical properties, opacity or to improve color copy or adhesion.

The present invention further includes a kit for image transfer. The kit comprises an image transfer sheet for a color base that is comprised of a substrate layer impregnated with titanium oxide, a release layer and an image imparting layer made of a polymer such as LDPE, EAA, EVA, or MAEA, MEAA, nylon-based polymer or mixtures of these polymers or blends of these polymers with a resin such as Engage® or other polyester adhesion that melt at a temperature within a range of 100°-700° C. The LDPE has a melt index of 60-1200 (SI)-g/minute. The kit also includes a colored base for receiving the image on the image transfer sheet and a package for containing the image transfer sheet and the colored base.

Another embodiment of the present invention includes an emulsion-based image transfer system. The system comprises a colored base, such as a colored fabric, an image transfer sheet with a release coating and a polyamide. The polyamide is impregnated with titanium oxide or other white pigment or luminescent pigment in order to impart a white or luminescent background on the colored base.

One other embodiment of the present invention, illustrated at 500 in FIG. 5, is also utilized in a method for transferring an image from one substrate to another. The method comprises a step of providing an image transfer sheet 500 that is comprised of a substrate layer 502, a release layer 504, comprising a silicone coating 505 and a white layer 506 with a thickness of about 0.5 to 7 mils and having a melt index, MI, within a range of 40°-280° C. The substrate layer 502 is, for some embodiments, a base paper coated on one side or both sides. The base paper is, optionally, of a saturated grade. In one embodiment, the white layer 506 of the image transfer sheet 500 is impregnated with titanium oxide or other white or luminescent pigment. In one embodiment, the white layer 506 and a receiving layer 508, contacting the white layer 506 are impregnated with titanium oxide or other white or luminescent pigment.

In one embodiment, the nylon resin is applied by a hot melt extrusion process in a thickener to a thickness of 0.35 mils or 8 gms per square meter to about 3.0 mils or 65 gms per square meter to a maximum of about 80 gms per square meter. In one particular embodiment, the thickness is about 0.8 mils or 15 gms per square meter to about 50 gms per square meter or about 0.75 mils to about 2.00 mils. The nylon resin is, in another embodiment, emulsified in alcohol or other solvent or is dispersed in water and applied with conventional coating methods known in the industry.

US 7,754,042 B2

9

Next, an image is imparted to the polymer component of the peel layer **520** utilizing a top coat image-imparting material such as ink or toner. In one embodiment, the polymer coating is impregnated with titanium oxide or other white or luminescent pigment prior to imparting the image. The ink or toner may be applied utilizing any conventional method such as an ink jet printer or an ink pen or color copy or a laser printer. The ink may be comprised of any conventional ink formulation. An ink jet coating is preferred for some embodiments. A reactive ink is preferred for other applications.

The image transfer sheet **500** is applied to the colored base material so that the polymeric component of the peel layer **520** contacts the colored base. The second substrate is comprised of materials such as cloth, paper and other flexible or inflexible materials.

Once the image transfer sheet peel layer **520** contacts the colored base, a source of heat, such as an iron or other heat source, is applied to the image transfer sheet **500** and heat is transferred through the peel layer **520**. The peel layer **520** transfers the image, which is indicia over a white or luminescent field, to the colored base. The application of heat to the transfer sheet **500** results in ink or other image-imparting media within the polymeric component of the peel layer being changed in form to particles encapsulated by the polymeric substrate such as the LDPE, EAA, EVA, nylon or MEAA or polyamides, or polyester, urethane, epoxies or resin-containing mixtures of these polymers immediately proximal to the ink or toner. The encapsulated ink particles or encapsulated toner particles and encapsulated titanium oxide particles are then transferred to the colored base in a mirror image to the ink image or toner image on the polymeric component of the peel layer **520**.

Because the polymeric component of the peel layer **520** generally has a high melting point, the application of heat, such as from an iron, does not result in melting of this layer or in a significant change in viscosity of the overall peel layer **520**. The change in viscosity is confined to the polymeric component that actually contacts the ink or toner or is immediately adjacent to the ink or toner. As a consequence, a mixture of the polymeric component, titanium oxide or other white or luminescent pigment, and ink or toner is transferred to the colored base as an encapsulate whereby the polymeric component encapsulates the ink or toner or titanium oxide or other white pigment. It is believed that the image transfer sheet, with the white titanium oxide or other white or luminescent pigment background is uniquely capable of both cold peel and hot peel with a very good performance for both types of peels.

### Example 1

EAA is extruded or co-extruded at **300** melt index (Dow Primacor 59801) with 30% titanium oxide ash content extruded on silicone coated base paper 95 g/meter squared for thicknesses as follows: 0.75 mils, 1.0 mil, 1.2 mils, 2.2 mils, 2.75 mils, 3.5 mils, 7.0 mils. The EAA layer is coated with ink jet receptive layers and then printed on an ink jet printer. The print is then removed from the release layer to expose the print. The exposed print is applied against fabric and covered by release paper, wherein the release side contacts the printed side. The printed image is transferred by heat application with pressure, such as by an iron, at 250° F. to 350° F. for about 15 seconds.

This procedure is usable with a blend of 80/20, 70/30, 50/50, 60/40 or vice versa, Dow Primacor 59801 and 59901. This procedure is also usable with DuPont Elvax 3180, or 3185 DuPont Nucrel 599, DuPont Nucrel 699, Allied Signal

10

AC-5120 or an EAA emulsion of Primacor or Allied Signal 580 or 5120 resin or EVA or make a wax emulsion of EVA or EAA emulsion, or is blended with ELF 548 or Elvamide® or polyester resin from Bostik MLT 4101.

The emulsion is blended with titanium or white pigment in one or multiple layers and applied with conventional coating methods such as roll coating, myer rod, air knife, knife over or slot die. The blended emulsion is applied with a coat weight of 5 g/meter squared to 150 g/meter squared. The percent ash is about 7 to 80 percent with 10 to 70 percent for some embodiments.

### Example 2

An ink receptive mono or multiple layer such as is shown in FIG. **6** at **604**, **606**, **608** and **610** includes a first layer **606** that includes 0 to 80% titanium pigment with acrylic or EVA or polyvinyl alcohol, or SBR with a Tg glass transition of −60 up to 56 with a range of −50 to 25, for some embodiments. In another embodiment, a wax emulsion is used with a coat weight of 5 g/meter squared to 38 g/meter squared with a range of 8 g/meter squared to 22 g/meter squared for some embodiments.

In another embodiment, a pigment is blended to make layer **606**. EAA or EVA solution solvent or a water base solution and a different coat and different thickness are employed. On top of extruded layers, top coats **608** and **610** comprise ink receptive layers. This construction imparts an excellent whiteness to the background of a print with an excellent washability.

### Example 3

For one image transfer sheet, such as is shown at **600** in FIG. **6**, a blend is prepared. The blend includes the same ratio of ash to emulsion of EAA or EVA or a blend of both of these polymers. The blend has a MEIT index of 10 MI to 2500 MI with a range of 25 MI to 2000 MI for some embodiments. The blend is formed into a substrate layer **602**, which can be coated on one side or both.

The optionally coated substrate layer **602** is further coated with a release layer **604** that is coated with ink jet receptive layers **606** and **608**. The ink jet receptive layer or layers **606** and **608** include 50 percent titanium or barium talc, or a combination of different high brightness, high opacity pigments. These layers are coated within a range of 5 g/meter squared to 50 g/meter squared. In one embodiment, the range is 8 g/meter squared to 30 g/meter squared.

### Example 4

As shown at **700** in FIG. **7**, a polyester resin obtained from Bostek MH 4101 was extruded to thicknesses of 0.5 mils, 1.0 mils, 2.0 mils and 4 mils with titanium oxide concentrations of 5%, 10%, 30%, and 40%, respectively, against silicone coated **705** paper **702**, having a density of 80 g/m-sq. The silicone coated **705** paper **702** was top coated with an EAA solution **706** that included titanium oxide in a concentration of about 40%. This titanium oxide coated paper was then coated with an ink jet receiving layer **708**. The ink jet receiving layer **708** was coated with a "Glow in the Dark" containing layer or a temperature changeable pigment containing layer or a light changeable layer **712**. These layers were ink jet printed, as required.

As shown at **800** in FIG. **8**, the peeled printed layers **820**, including at least one or more layers collectively comprising a white or luminescent pigment and received indicia, were

US 7,754,042 B2

**11**

then placed against a fabric **854** and covered with release paper **852**. Heat **850** was applied to the peeled printed layers **820** and the release paper **852**. The heat **850** was applied at 200 F., 225 F., 250 F., 300 F., 350 F., and 400 F. A good image transfer was observed for all of these temperatures.

### Example 5

An image transfer sheet was prepared in the manner described in Example 4 except that a polyamide polymer layer was coextruded using polyamide from ELF ATO CHEM M 548.

### Example 6

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of polyamides and DuPont 3185 in ratios of 90/10, 80/20, 50/50, 75/25 and 10/90, respectively was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

### Example 7

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of EAA and polyamide was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A method of making an image transfer article, the method comprising:

obtaining a removable substrate;

coating the removable substrate with at least one of silicone, clay, resin, fluorocarbon, urethane, or an acrylic base polymer;

overlaying the coated removable substrate with one or more polymer layers; and

combining at least one of the one or more polymer layers with a pigment, the pigment having a concentration or configuration sufficient to provide an opaque background for received indicia, when transferred to a base.

**2**. The method of claim **1**, further comprising overlaying the one or more polymer layers with an indicia-receptive layer, the indicia-receptive layer including at least one surface configured to receive and carry indicia to be transferred.

**3**. The method of claim **2**, wherein the indicia-receptive layer includes an ink-receptive layer.

**4**. The method of claim **2**, further comprising combining or overlaying the indicia-receptive layer with at least one of a glow-in-the-dark material or a color changeable material, the color changeable material including at least one of a temperature sensitive pigment or a light sensitive colorant.

**5**. The method of claim **2**, further comprising combining or overlaying the indicia-receptive layer with at least one of a heat fusion reducing filler, a receptivity altering filler, an optical alerting filler, or an adhesion altering filler.

**6**. The method of claim **1**, wherein the one or more polymer layers comprise at least a first polymer layer and a second polymer layer, the first polymer layer including the pigment, having the concentration or configuration sufficient to provide the opaque background, and the second polymer layer including at least one of low density polyethylene, ethylene

**12**

acrylic acid, MEAA, ethylene vinyl acetate, polyester, polyamide, nylon, or methane acrylic ethylene acrylate.

**7**. The method of claim **1**, wherein the one or more polymer layers comprise a single polymer layer including the pigment, having the concentration or configuration sufficient to provide the opaque background, and including at least one of low density polyethylene, ethylene acrylic acid, MEAA, ethylene vinyl acetate, polyester, polyamide, nylon, or methane acrylic ethylene acrylate.

**8**. The method of claim **1**, wherein combining at least one of the one or more polymer layers with the pigment includes mixing the one or more polymer layers with titanium oxide.

**9**. The method of claim **1**, wherein combining at least one of the one or more polymer layers with the pigment includes mixing the one or more polymer layers with one or more of talc, barium, aluminum hydrate, aluminum trihydrate, a hollow pigment, kaolin, silica, zinc oxide, alumina, zinc sulfate, calcium carbonate, aluminum oxide, an aluminum filler, aluminum silicate, barium sulfate, barium titanate, fumed silica, or a titanium oxide extender.

**10**. A method of making an image transfer article, the method comprising:

obtaining a coated removable substrate;

overlaying the coated removable substrate with an image-imparting member, the image-imparting member including at least one surface configured to receive and carry indicia to be transferred; and

combining at least one portion of the image-imparting member with a pigment, the pigment having a concentration or configuration sufficient to provide an opaque background for, and concurrently transferable with, received indicia when applied to a base.

**11**. The method of claim **10**, wherein obtaining the coated removable substrate includes coating a removable substrate with at least one of silicone, clay, resin, fluorocarbon, urethane, or an acrylic base polymer.

**12**. The method of claim **10**, wherein overlaying the coated removable substrate with the image-imparting member includes overlaying the coated removable substrate with a first polymer configured to receive indicia and a second polymer configured to mix with the pigment and provide the opaque background.

**13**. The method of claim **12**, wherein the first polymer includes an ink-receptive polymer.

**14**. The method of claim **12**, wherein the second polymer includes ethylene acrylic acid.

**15**. The method of claim **10**, wherein combining at least one portion of the image-imparting member with the pigment includes combining at least one portion of the image-imparting member with titanium oxide.

**16**. A method of transferring an image to a dark-colored or black base, the method comprising:

obtaining an image transfer article, comprising

an image-imparting member, including at least one surface configured to receive and carry indicia to be transferred and including at least one portion comprising a pigment concentration or configuration sufficient to provide an opaque, non-transparent background for received indicia, when transferred to the dark-colored or black base; and

a removable substrate disposed adjacent the image-imparting member;

peeling the removable substrate away from the image-imparting member;

contacting the image-imparting member, after being separated from the removable substrate, to the dark-colored

13

or black base such that the opaque background is closer to the dark-colored or black base than the received indicia; and

applying heat to at least the image-imparting member so that received indicia and the opaque background having the degree of non-transparency are transferred to the dark-colored or black base at substantially the same time.

**17**. The method of claim **16**, comprising positioning the removable substrate, after being peeled, over the image-imparting member prior to the application of heat.

**18**. The method of claim **16**, further comprising providing an overlay release paper, and positioning the overlay release paper over the image-imparting member prior to the application of heat.

**19**. The method of claim **16**, wherein the at least one surface of the image-imparting member is configured to receive and carry indicia imparted by a copying or printing process.

14

**20**. The method of claim **16**, wherein the image-imparting member is configured to transfer received indicia and the opaque background upon application of heat of about 43° C. to about 300° C.; and

wherein the opaque background has a softening point between about 40° C. to about 220° C.

**21**. The method of claim **16**, wherein at least one polymeric material of the image-imparting member is configured to encapsulate received indicia and the pigment providing the opaque, non-transparent background upon the application of heat, the encapsulation resulting from a local change in temperature and fluidity of the at least one polymeric material.

**22**. The method of claim **21**, wherein the at least one polymeric material includes one or more of low density polyethylene, ethylene acrylic acid, MEAA, ethylene vinyl acetate, polyester, polyamide, nylon, or methane acrylic ethylene acrylate.

\*    \*    \*    \*    \*

# EXHIBIT E

(12) **United States Patent**
Dalvey et al.

(10) **Patent No.:**     **US 7,771,554 B2**
(45) **Date of Patent:**     *Aug. 10, 2010

(54) **IMAGE TRANSFER ON A COLORED BASE**

(75) Inventors: **Jodi A. Dalvey**, Orono, MN (US);
**Nabill F. Nasser**, Minneapolis, MN (US)

(73) Assignee: **Jodi A. Schwendimann**, Plymouth, MN
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 72 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **12/034,932**

(22) Filed: **Feb. 21, 2008**

(65) **Prior Publication Data**

US 2008/0149263 A1     Jun. 26, 2008

**Related U.S. Application Data**

(60) Continuation of application No. 10/911,249, filed on
Aug. 4, 2004, which is a division of application No.
09/541,845, filed on Apr. 3, 2000, now Pat. No. 6,884,
311, which is a continuation-in-part of application No.
09/391,910, filed on Sep. 9, 1999, now abandoned.

(51) **Int. Cl.**
**B41M 5/42**     (2006.01)

(52) **U.S. Cl.** .................... **156/235**; 427/152; 428/32.77;
428/32.81

(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,790,439 A | 2/1974 | La Perre et al. | |
| 3,922,435 A | 11/1975 | Asnes | |
| 4,102,456 A | 7/1978 | Morris | |
| 4,169,169 A | 9/1979 | Kitabatake | |
| 4,224,358 A | 9/1980 | Hare | |

| | | | |
|---|---|---|---|
| 4,235,657 A | 11/1980 | Greenman et al. | |
| 4,284,456 A | 8/1981 | Hare | |
| 4,399,209 A | 8/1983 | Sanders et al. | |
| 4,461,793 A | 7/1984 | Blok et al. | |
| 4,548,857 A | 10/1985 | Galante | |
| 4,549,824 A | 10/1985 | Sachdev et al. | |
| 4,594,276 A | 6/1986 | Relyea | |
| 4,685,984 A | 8/1987 | Powers et al. | |
| 4,758,952 A | 7/1988 | Harris, Jr. et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          0466503          7/1990

(Continued)

OTHER PUBLICATIONS

"U.S. Appl. No. 10/719,220, Non-Final Office Action mailed Sep. 9,
2004", 6 pgs.

(Continued)

*Primary Examiner*—Bruce H Hess
(74) *Attorney, Agent, or Firm*—Schwegman Lundberg &
Woessner, P.A.

(57)          **ABSTRACT**

The present invention includes an image transfer sheet. The
image transfer sheet comprises a release layer and a polymer
layer. One or more of the release layer and the polymer layer
comprise titanium oxide or other white pigment.

**14 Claims, 5 Drawing Sheets**



104A

306
304
302

**US 7,771,554 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,863,781 | A | 9/1989 | Kronzer |
| 4,880,678 | A | 11/1989 | Goffi |
| 4,966,815 | A | 10/1990 | Hare |
| 4,980,224 | A | 12/1990 | Hare |
| 5,019,475 | A | 5/1991 | Higashiyama et al. |
| 5,028,028 | A | 7/1991 | Yamada et al. |
| 5,045,383 | A | 9/1991 | Maeda et al. |
| 5,059,580 | A | 10/1991 | Shibata et al. |
| 5,097,861 | A | 3/1992 | Hopkins et al. |
| 5,110,389 | A | 5/1992 | Hiyoshi et al. |
| 5,133,819 | A | 7/1992 | Croner |
| 5,139,917 | A | 8/1992 | Hare |
| 5,217,793 | A | 6/1993 | Yamane et al. |
| 5,236,801 | A | 8/1993 | Hare |
| 5,242,739 | A | 9/1993 | Kronzer et al. |
| 5,252,531 | A | 10/1993 | Yasuda et al. |
| 5,271,990 | A | 12/1993 | Kronzer et al. |
| 5,334,439 | A | 8/1994 | Kawaguchi et al. |
| 5,350,474 | A | 9/1994 | Yamane |
| 5,362,703 | A | 11/1994 | Kawasaki et al. |
| 5,372,884 | A | 12/1994 | Abe et al. |
| 5,400,246 | A | 3/1995 | Wilson et al. |
| 5,407,724 | A | 4/1995 | Mimura et al. |
| 5,431,501 | A | 7/1995 | Hale et al. |
| 5,434,598 | A | 7/1995 | Shimomine et al. |
| 5,501,902 | A | 3/1996 | Kronzer |
| 5,521,229 | A | 5/1996 | Lu et al. |
| 5,614,345 | A | 3/1997 | Gumbiowski et al. |
| 5,620,548 | A | 4/1997 | Hare |
| 5,665,476 | A | 9/1997 | Oez |
| 5,707,925 | A | 1/1998 | Akada et al. |
| 5,770,268 | A | 6/1998 | Kuo et al. |
| 5,798,161 | A | 8/1998 | Kita et al. |
| 5,798,179 | A | 8/1998 | Kronzer |
| 5,821,028 | A | 10/1998 | Maejima et al. |
| 5,833,790 | A | 11/1998 | Hare |
| 5,861,355 | A | 1/1999 | Olson et al. |
| 5,905,497 | A | 5/1999 | Vaughan et al. |
| 5,917,730 | A | 6/1999 | Rittie et al. |
| 5,925,712 | A | 7/1999 | Kronzer |
| 5,942,335 | A | 8/1999 | Chen et al. |
| 5,948,586 | A | 9/1999 | Hare |
| 5,962,149 | A | 10/1999 | Kronzer |
| 5,981,045 | A | 11/1999 | Kuwabara et al. |
| 5,981,077 | A | 11/1999 | Taniguchi |
| 6,017,611 | A | 1/2000 | Cheng et al. |
| 6,033,739 | A | 3/2000 | Kronzer |
| 6,033,824 | A | 3/2000 | Hare et al. |
| 6,036,808 | A | 3/2000 | Shaw-Klein et al. |
| 6,042,914 | A | 3/2000 | Lubar |
| 6,054,223 | A | 4/2000 | Tsuchiya et al. |
| 6,066,387 | A | 5/2000 | Ueda et al. |
| 6,071,368 | A | 6/2000 | Boyd et al. |
| 6,083,656 | A | 7/2000 | Hare et al. |
| 6,087,061 | A | 7/2000 | Hare et al. |
| 6,090,520 | A | 7/2000 | Hare et al. |
| 6,096,475 | A | 8/2000 | Hare et al. |
| 6,106,982 | A | 8/2000 | Mientus et al. |
| 6,113,725 | A | 9/2000 | Kronzer |
| 6,120,888 | A | 9/2000 | Dolsey et al. |
| 6,139,672 | A | 10/2000 | Sato et al. |
| 6,177,187 | B1 | 1/2001 | Niemoller et al. |
| 6,180,256 | B1 | 1/2001 | Sargeant |
| 6,200,668 | B1 | 3/2001 | Kronzer |
| 6,242,082 | B1 | 6/2001 | Mukoyoshi et al. |
| 6,245,710 | B1 | 6/2001 | Hare |
| 6,258,448 | B1 | 7/2001 | Hare |
| 6,265,128 | B1 | 7/2001 | Hare et al. |
| 6,294,307 | B1 | 9/2001 | Hare |
| 6,331,374 | B1 | 12/2001 | Hare et al. |
| 6,338,932 | B2 | 1/2002 | Hare et al. |
| 6,340,550 | B2 | 1/2002 | Hare et al. |
| 6,358,660 | B1 | 3/2002 | Agler et al. |
| 6,383,710 | B2 | 5/2002 | Hare et al. |
| 6,423,466 | B2 | 7/2002 | Hare |
| 6,428,878 | B1 | 8/2002 | Kronzer |
| 6,450,633 | B1 | 9/2002 | Kronzer |
| 6,495,241 | B2 | 12/2002 | Sato et al. |
| 6,497,781 | B1 | 12/2002 | Dalvey et al. |
| 6,506,445 | B2 | 1/2003 | Popat et al. |
| 6,509,131 | B2 | 1/2003 | Hare et al. |
| 6,521,327 | B1 | 2/2003 | Franke |
| 6,531,216 | B1 | 3/2003 | Williams et al. |
| 6,539,652 | B1 | 4/2003 | Barry |
| 6,551,692 | B1 | 4/2003 | Dalvey et al. |
| 6,582,803 | B2 | 6/2003 | Cole et al. |
| 6,638,604 | B1 | 10/2003 | Bamberg et al. |
| 6,638,682 | B2 | 10/2003 | Hare et al. |
| 6,667,093 | B2 | 12/2003 | Yuan et al. |
| 6,677,009 | B2 | 1/2004 | Boyd et al. |
| 6,703,086 | B2 | 3/2004 | Kronzer et al. |
| 6,723,773 | B2 | 4/2004 | Williams et al. |
| 6,753,050 | B1 | 6/2004 | Dalvey et al. |
| 6,786,994 | B2 | 9/2004 | Williams et al. |
| 6,849,312 | B1 | 2/2005 | Williams |
| 6,869,910 | B2 | 3/2005 | Williams et al. |
| 6,871,950 | B2 | 3/2005 | Higuma et al. |
| 6,875,487 | B1 | 4/2005 | Williams et al. |
| 6,878,423 | B2 | 4/2005 | Nakanishi |
| 6,884,311 | B1 | 4/2005 | Dalvey et al. |
| 6,916,589 | B2 | 7/2005 | Hare et al. |
| 6,916,751 | B1 | 7/2005 | Kronzer |
| 6,951,671 | B2 | 10/2005 | Mukherjee et al. |
| 6,998,211 | B2 | 2/2006 | Riley et al. |
| 7,001,649 | B2 | 2/2006 | Wagner et al. |
| 7,008,746 | B2 | 3/2006 | Williams et al. |
| 7,021,666 | B2 | 4/2006 | Hare |
| 7,022,385 | B1 | 4/2006 | Nasser |
| 7,026,024 | B2 | 4/2006 | Chang et al. |
| 7,081,324 | B1 | 7/2006 | Hare et al. |
| 7,160,411 | B2 | 1/2007 | Williams et al. |
| 7,220,705 | B2 | 5/2007 | Hare |
| 7,238,410 | B2 | 7/2007 | Kronzer |
| 7,361,247 | B2 | 4/2008 | Kronzer |
| 7,364,636 | B2 | 4/2008 | Kronzer |
| 2001/0051265 | A1 | 12/2001 | Williams et al. |
| 2002/0025208 | A1 | 2/2002 | Sato et al. |
| 2002/0048656 | A1 | 4/2002 | Sato et al. |
| 2002/0192434 | A1 | 12/2002 | Yuan et al. |
| 2003/0008112 | A1 | 1/2003 | Cole et al. |
| 2003/0021962 | A1 | 1/2003 | Mukherjee et al. |
| 2004/0100546 | A1 | 5/2004 | Horvarth |
| 2004/0146700 | A1 | 7/2004 | Boyd et al. |
| 2005/0048230 | A1 | 3/2005 | Dalvey et al. |
| 2007/0172609 | A1 | 7/2007 | Williams |
| 2007/0172610 | A1 | 7/2007 | Williams |
| 2007/0221317 | A1 | 9/2007 | Kronzer et al. |
| 2007/0231509 | A1 | 10/2007 | Xu et al. |
| 2008/0302473 | A1 | 12/2008 | Dalvey et al. |
| 2008/0305253 | A1 | 12/2008 | Dalvey et al. |
| 2008/0305288 | A1 | 12/2008 | Dalvey et al. |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0466503 | A1 | 1/1992 |
| EP | 0782931 | | 7/1997 |
| EP | 0881092 | | 12/1998 |
| EP | 0899121 | | 3/1999 |
| EP | 0933225 | | 8/1999 |
| GB | 2295973 | | 6/1996 |
| JP | 63122592 | | 5/1988 |
| JP | 01037233 | | 2/1989 |
| JP | 07276833 | | 10/1995 |
| JP | 08085269 | | 4/1996 |

# US 7,771,554 B2

Page 3

WO        WO-0073570  A1    12/2000

OTHER PUBLICATIONS

"U.S. Appl. No. 09/150,983 Final Office Action Aug. 2, 2000", 10 pgs.
"U.S. Appl. No. 09/150,983 Non-Final Office Action Jan. 30, 2001", 7 pgs.
"U.S. Appl. No. 09/150,983 Non-Final Office Action Dec. 28, 1999", 7 pgs.
"U.S. Appl. No. 09/150,983 Non-Final Office Action Apr. 11, 2000", 6 pgs.
"U.S. Appl. No. 09/150,983 Response to Non-Final Office Action Feb. 16, 2000", 8 pgs.
"U.S. Appl. No. 09/150,983 Response to Non-Final Office Action Jun. 20, 2000", 9 pgs.
"U.S. Appl. No. 09/150,983 Notice of Allowance mailed Nov. 19, 2002", 8 pgs.
"U.S. Appl. No. 09/150,983 Response to Non-Final Office Action filed Aug. 7, 2002", 9 pgs.
"U.S. Appl. No. 09/535,937 Notice of Allowance Sep. 10, 2002", 9 pgs.
"U.S. Appl. No. 09/535,937 Non-Final Office Action Nov. 29, 2001", 10 pgs.
"U.S. Appl. No. 09/535,937 Response to Non-Final Office Action May 28, 2002", 9 pgs.
"U.S. Appl. No. 09/541,845, Final Office Action mailed Nov. 25, 2003", 4 pgs.
"U.S. Appl. No. 09/541,845, Non-Final Office Action mailed Apr. 16, 2003", 4 pgs.
"U.S. Appl. No. 09/541,845, Notice of Allowance mailed May 4, 2004", 4 pgs.
"U.S. Appl. No. 09/541,845, Response filed Mar. 23, 2004 to Final Office Action mailed Nov. 25, 2003", 6 pgs.
"U.S. Appl. No. 09/541,845, Response filed Jul. 15, 2003 to Non-Final Office Action mailed Apr. 14, 2003", 5 pgs.
"U.S. Appl. No. 09/541,845 Supplemental Notice of Allowability Jan. 26, 2005", 2 pgs.
"U.S. Appl. No. 09/661,532, Final Office Action mailed May 20, 2003", 8 pgs.
"U.S. Appl. No. 09/661,532, Non-Final Office Action mailed Mar. 1, 2002", 9 pgs.
"U.S. Appl. No. 09/661,532, Notice of Allowans mailed Feb. 12, 2004", 4 pgs.
"U.S. Appl. No. 09/661,532, Response filed Aug. 20, 2003 to Final Office Action mailed May 20, 2003", 5 pgs.
"U.S. Appl. No. 09/661,532, Response filed Aug. 30, 2002 to Non-Final Office Action mailed Mar. 1, 2002", 8 pgs.
"U.S. Appl. No. 10/719,220, Preliminary Amendment filed Nov. 1, 2003", 3 pgs.
"U.S. Appl. No. 10/719,220 Non-Final Office Action Sep. 9, 2004", 6 pgs.
"U.S. Appl. No. 10/911,249, Preliminary Amendment mailed Aug. 4, 2004", 4 pgs.
"U.S. Appl. No. 10/911,249, Response filed Jul. 11, 2007 to Non-Final Office Action Mar. 13, 2007", 11 pgs.
"U.S. Appl. No. 10/911,249 Final Office Action filed Dec. 14, 2006", 3 pgs.
"U.S. Appl. No. 10/911,249 Final Office Action filed Dec. 8, 2006", 3 pgs.
"U.S. Appl. No. 10/911,249 Final Office Action filed Jul. 26, 2005", 3 pgs.
"U.S. Appl. No. 10/911,249 Non-Final Office Action filed Feb. 8, 2005", 5 pgs.
"U.S. Appl. No. 10/911,249 Non-Final Office Action filed Mar. 13, 2007", 4 pgs.
"U.S. Appl. No. 10/911,249 Non-Final Office Action mailed Sep. 20, 2007", OARN,5 pgs.
"U.S. Appl. No. 10/911,249 Response to Final Office Action filed Jan. 24, 2007", 8 pgs.
"U.S. Appl. No. 10/911,249 Response to Final Office Action filed Jan. 26, 2006", 7 pgs.

"U.S. Appl. No. 10/911,249 Response to Final Office Action filed Jan. 30, 2006", 7 pgs.
"U.S. Appl. No. 10/911,249 Response to Final Office Action filed Feb. 18, 2008", 7 pgs.
"U.S. Appl. No. 10/911,249 Response to Non-Final Office Action filed May 4, 2005", 6 pgs.
"U.S. Appl. No. 10/911,249 Response to Notice of Non-Compliant Amendment filed Jun. 2, 2005", 5 pgs.
"U.S. Appl. No. 10/911,249 Response filed Dec. 14, 2007 to Office Action mailed Sep. 20, 2007.", 9 pgs.
"U.S. Appl. No. 10/911,249 Final Office Action mailed Jan. 29, 2008", FOAR,6 pgs.
"U.S. Appl. No. 11/054,717, Final Office Action mailed Jun. 1, 2007", 4 pgs.
"U.S. Appl. No. 11/054,717, Non-Final Office Action mailed Oct. 23, 2006", 4 pgs.
"U.S. Appl. No. 11/054,717, Preliminary Amendment mailed Feb. 9, 2005", 3 pgs.
"U.S. Appl. No. 11/054,717, Response filed Aug. 1, 2007 to Final Office Action mailed Jun. 1, 2007", 6 pgs.
"U.S. Appl. No. 11/054,717, Response filed Dec. 5, 2006 to Non-Final Office Action mailed Oct. 23, 2006", 9 pgs.
"U.S. Appl. No. 11/054,717 Response to Non-Final Office Action Oct. 10, 2007", 5 pgs.
"International Application No. PCT/US99/20823 International Preliminary Examination Report mailed Sep. 19, 2000", 14 pgs.
"International Application No. PCT/US99/20823 PCT Search Report mailed Dec. 13, 1999", 8 pgs.
"International Application No. PCT/US99/20823 PCT Written Opinion mailed May 16, 2000", 15 pgs.
"Non-Final Office Action Mailed Sep. 11, 2007 in U.S. Appl. No. 11/054,717", OARN,3 pgs.
"U.S. Appl. No. 10/911,249, Response filed Jan. 5, 2009 to Final Office Action mailed Dec. 5, 2008", 10 pgs.
"U.S. Appl. No. 10/911,249, Response filed Nov. 24, 2008 to Final Office Action mailed Oct. 22, 2008", 25 pgs.
"U.S. Appl. No. 10/911,249, Response filed Mar. 11, 2009 to Final Office Action mailed Feb. 9, 2009", 13 pgs.
"U.S. Appl. No. 11/054,717, Supplemental Amendment filed Oct. 24, 2008", 8 pgs.
"U.S. Appl. No. 11/054,717, Supplemental Amendment filed Sep. 30, 2008", 10 pgs.
"U.S. Appl. No. 11/054,717 Non-Final Office Action mailed Jan. 9, 2009", 10 pgs.
"U.S. Appl. No. 11/054,717, Response filed May 11, 2009 to Non Final Office Action mailed Jan. 9, 2009", 12 pgs.
"U.S. Appl. No. 12/193,573, Non-Final Office Action mailed Apr. 7, 2009", 11 pgs.
"U.S. Appl. No. 12/193,578, Non-Final Office Action mailed Feb. 11, 2009", 12 pgs.
"U.S. Appl. No. 12/218,260, Non-Final Office Action mailed Jan. 2, 2009", 11 pgs.
"U.S. Appl. No. 12/218,260, Response filed Apr. 2, 2009 to Non Final Office Action mailed Jan. 2, 2009", 7 pgs.
"U.S. Appl. No. 10/911,249 Response filed Jul. 29, 2008 to Final Office Action mailed Jan. 29, 2008", 19 pgs.
"U.S. Appl. No. 10/911,249 Notice of Allowance mailed Mar. 25, 2008", 4 pgs.
"U.S. Appl. No. 09/535,937, Preliminary Amendment mailed Mar. 24, 2000", 1 pg.
"U.S. Appl. No. 09/541,845, Response filed Jan. 10, 2003 to Restriction Requirementmailed Aug. 22, 2002", 1 pg.
"U.S. Appl. No. 09/541,845, Restriction Requirement mailed Aug. 22, 2002", 5 pgs.
"U.S. Appl. No. 09/541,845, Supplemental Notice of Allowability mailed Jan. 26, 2005", 2 pgs.
"U.S. Appl. No. 09/541,845, Supplemental Restriction Requirement mailed Jan. 6, 2003", 5 pgs.
"U.S. Appl. No. 09/661,532, Response filed Dec. 23, 2002 to Restriction Requirement mailed Nov. 26, 2002", 2 pgs.
"U.S. Appl. No. 09/661,532, Restriction Requirement mailed Nov. 26, 2002", 5 pgs.

**US 7,771,554 B2**

Page 4

"U.S. Appl. No. 10/911,249, Examiner Interview Summary mailed Jan. 15, 2010", 4 pgs.

"U.S. Appl. No. 10/911,249, Final Office Action mailed Jun. 30, 2009", 5 pgs.

"U.S. Appl. No. 10/911,249, Response filed Nov. 30, 2009 to Non Final Office Action mailed Sep. 21, 2009", 17 pgs.

"U.S. Appl. No. 11/054,717, Response filed Nov. 26, 2008 to Restriction Requirement mailed Nov. 20, 2008", 9 pgs.

"U.S. Appl. No. 11/054,717, Restriction Requirement mailed Nov. 20, 2009", 5 pgs.

"U.S. Appl. No. 12/193,562, Examiner Interview Summary mailed Jan. 13, 2010", 4 pgs.

"U.S. Appl. No. 12/193,562, Non-Final Office Action mailed Sep. 9, 2009", 5 pgs.

"U.S. Appl. No. 12/193,562, Response filed Dec. 9, 2009 to Non-Final Office Action mailed Sep. 9, 2009", 17 pgs.

"U.S. Appl. No. 12/193,562, Supplemental Amendment and Response filed Feb. 9, 2010", 9 pgs.

"U.S. Appl. No. 12/193,573, Examiner Interview Summary mailed Jan. 13, 2010", 4 pgs.

"U.S. Appl. No. 12/193,573, Non-Final Office Action mailed Sep. 11, 2009", 5 pgs.

"U.S. Appl. No. 12/193,573, Response filed Jun. 15, 2009 to Non Final Office Action mailed Apr. 7, 2009", 19 pgs.

"U.S. Appl. No. 12/193,578, Non-Final Office Action mailed Sep. 11, 2009", 5 pgs.

"U.S. Appl. No. 12/193,578, Response filed Jun. 15, 2009 to Non-Final Office Action mailed Feb. 11, 2009", 16 pgs.

"U.S. Appl. No. 12/218,260, Non Final Office Action mailed Nov. 3, 2009", 3 pgs.

"U.S. Appl. No. 12/218,260, Preliminary Amendment filed Jul. 11, 2008", 9 pgs.

"U.S. Appl. No. 12/218,260, Preliminary Amendment filed Sep. 10, 2009", 10 pgs.

"U.S. Appl. No. 12/218,260, Response filed Dec. 3, 2009 to Non Final Office Action mailed Nov. 3, 2009", 12 pgs.



*Fig. 1*



*Fig.2*
*(Prior Art)*



*Fig. 3A*



*Fig. 3B*



*Fig. 4*



*Fig. 5*



*Fig. 6*



*Fig. 7*



*Fig. 8*

US 7,771,554 B2

**1**

# IMAGE TRANSFER ON A COLORED BASE

## RELATED APPLICATIONS

This application is a Continuation of U.S. application Ser. No. 10/911,249, filed on Aug. 4, 2004, which is a Divisional of U.S. application Ser. No. 09/541,845, filed Apr. 3, 2000, now U.S. Pat. No. 6,884,311 which is a Continuation-In-Part of U.S. application Ser. No. 09/391,910, filed Sep. 9, 1999 (abandoned), which applications are incorporated herein by reference in their entirety.

## BACKGROUND OF THE INVENTION

The present invention relates to a method for transferring an image onto a colored base and to an article comprising a dark base and an image with a light background on the base.

Image transfer to articles made from materials such as fabric, nylon, plastics and the like has increased in popularity over the past decade due to innovations in image development. On Feb. 5, 1974, LaPerre et al. had issued a United States Patent describing a transfer sheet material markable with uniform indicia and applicable to book covers. The sheet material included adhered plies of an ink receptive printable layer and a solvent free, heat activatable adhesive layer. The adhesive layer was somewhat tacky prior to heat activation to facilitate positioning of a composite sheet material on a substrate which was to be bonded. The printable layer had a thickness of 10-500 microns and had an exposed porous surface of thermal plastic polymeric material at least 10 microns thick.

Indicia were applied to the printable layer with a conventional typewriter. A thin film of temperature-resistant low-surface-energy polymer, such as, polytetrafluoroethylene, was laid over the printed surface and heated with an iron. Heating caused the polymer in the printable layer to fuse thereby sealing the indicia into the printable layer.

On Sep. 23, 1980, Hare had issued U.S. Pat. No. 4,224,358, which described a kit for applying a colored emblem to a T-shirt. The kit comprised a transfer sheet which included the outline of a mirror image of a message. To utilize the kit, a user applied a colored crayon to the transfer sheet and positioned the transfer sheet on a T-shirt. A heated instrument was applied to the reverse side of the transfer sheet in order to transfer the colored message.

The Greenman et al., U.S. Pat. No. 4,235,657, issuing Nov. 25, 1980, described a transfer web for a hot melt transfer of graphic patterns onto natural, synthetic fabrics. The transfer web included a flexible substrate coating with a first polymer film layer and a second polymer film layer. The first polymer film layer was made with a vinyl resin and a polyethylene wax which were blended together in a solvent or liquid solution. The first film layer served as a releasable or separable layer during heat transfer. The second polymeric film layer was an ionomer in an aqueous dispersion. An ink composition was applied to a top surface of the second film layer. Application of heat released the first film layer from the substrate while activating the adhesive property of the second film layer thereby transferring the printed pattern and a major part of the first layer along with the second film layer onto the work piece. The second film layer bonded the printed pattern to the work piece while serving as a protective layer for the pattern.

DeSanders et al., U.S. Pat. No. 4,399,209, issuing Aug. 16, 1983, describes an imaging system in which images were formed by exposing a photosensitive encapsulate to actinic radiation and rupturing the capsules in the presence of a developer so that there was a pattern reaction of a chromogenic material present in the encapsulate or co-deposited on a support with the encapsulate and the developer which yielded an image.

The Joffi patent, U.S. Pat. No. 4,880,678, issuing Nov. 14, 1989, describes a dry transfer sheet which comprises a colored film adhering to a backing sheet with an interposition of a layer of release varnish. The colored film included 30%-40% pigment, 1%-4% of cycloaliphatic epoxy resin, from 15%-35% of vinyl copolymer and from 1%-4% of polyethylene wax. This particular printing process was described as being suitable for transferring an image to a panel of wood.

The Kronzer et al., U.S. Pat. No. 5,271,990, issuing Dec. 21, 1993, describes an image-receptive heat transfer paper that included a flexible paper web based sheet and an image-receptive melt transfer film that overlaid the top surface of the base sheet. The image-receptive melt transfer film was comprised of a thermal plastic polymer melting at a temperature within a range of 65°-180° C.

The Higashiyami et al., U.S. Pat. No. 5,019,475, issuing May 28, 1991, describes a recording medium that included a base sheet, a thermoplastic resin layer formed on at least one side of the base sheet and a color developer formed on a thermoplastic resin layer and capable of color development by reaction with a dye precursor.

## DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a schematic view of one process of image transfer onto a colored base, of the present invention.

FIG. **2** is a schematic view of one prior art process of image transfer onto a colored product.

FIG. **3**a is a cross-sectional view of one embodiment of the image transfer device of the present invention.

FIG. **3**b is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. **4** is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. **5** is a cross-sectional view of one other embodiment of the image transfer device of the present invention.

FIG. **6** is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. **7** is a cross-sectional view of another embodiment of the image transfer device of the present invention.

FIG. **8** is a cross-sectional schematic view of one process of image transfer onto a colored product, of the present invention.

## SUMMARY OF THE INVENTION

One embodiment of the present invention includes a method for transferring an image to a colored substrate. The method comprises providing an image transfer sheet comprising a release layer and an image-imparting layer that comprises a polymer. The image-imparting layer comprises titanium oxide or another white pigment or luminescent pigment. The image transfer sheet is contacted to the colored substrate. Heat is applied to the image transfer sheet so that an image is transferred from the image transfer sheet to the colored substrate. The image transferred comprises a substantially white or luminescent background and indicia.

Another embodiment of the present invention includes an image transfer sheet. The image transfer sheet comprises a polymer. The polymer comprises titanium oxide or other white pigment or luminescent pigment.

One other embodiment of the present invention includes a method for making an image transfer sheet. The method comprises providing an ink receptive polymer and impreg-

US 7,771,554 B2

3

nating the polymer with titanium oxide or other white pigment or luminescent pigment. An image is imparted to the polymer.

DETAILED DESCRIPTION

One method embodiment of the present invention, for transferring an image onto a colored base material, illustrated generally at 100 in FIG. 1, comprises providing the colored base material 102, such as a colored textile, and providing an image. 104 that comprises a substantially white background 106 with indicia 108 disposed on the substantially white background, applying the image 104 to the colored base 102 with heat to make an article, such as is shown generally at 110 in FIG. 1 with the substantially white background 106, the image 108 disposed on the white background, so that the image and background are adhered to the colored base in a single step.

As used herein, the term "base" or substrate refers to an article that receives an image of the image transfer device of the present invention. The base includes woven or fabric-based materials. The base includes articles of clothing such as T-shirts, as well as towels, curtains, and other fabric-based or woven articles.

As used herein, the term "indicia" refers to an image disposed on the image transfer device of the present invention in conjunction with a substantially white background. Indicia includes letters, figures, photo-derived images and video-derived images.

As used herein, the term "white layer" refers to a layer on a transfer sheet positioned between a release layer and a receiving layer. The white layer imparts a white background on a dark substrate.

The method of the present invention is a significant improvement over conventional two-step image transfer processes. One prior art embodiment is shown generally at 200 in FIG. 2. Typically in prior art embodiments, a colored base, in particular, a dark base such as a black T-shirt 202, is imparted with an image in a multiple step process. One prior art method 200 includes applying a white or light background 204 to the colored base 202 with heat. The light or white background 204 is typically a polymeric material such as a cycloaliphatic epoxy resin, a vinyl copolymer and/or a polyethylene wax. A sheet 206 with an image 208 printed or otherwise imparted is applied to the substantially white polymeric material 204 by aligning the image to the white background and applying heat.

This two-step prior art process requires the use of two separate sheets 204 and 206, separately applied to the colored base. The two-step prior art process 200 also requires careful alignment of the image 208 to the white background 202. Consequently, the two-step process is exceedingly time-consuming and, because of improper alignment, produces significant wastage of base and image transfer materials.

With the method of the present invention, a sheet such as is shown at 104a, is prepared having a substrate layer 302 that comprises a polymeric material such as polypropylene, paper, a polyester film, or other film or films having a matte or glossy finish, such as is shown in FIG. 3a. The substrate layer 302 may be coated with clay on one side or both sides. The substrate layer may be resin coated or may be free of coating if the substrate is smooth enough. The resin coating acts as a release coating 304. The coating weight typically ranges from 40 g/square meter to 250 g/square meter. In one embodiment, the range is 60 to 130 g/square meter. In one embodiment, overlaying the substrate 302 or base paper is a silicone coating 304. Other release coatings such as fluorocarbon, ure-

4

thane, or acrylic base polymer are usable in the image transfer device of the present invention. One other release coating is a silicone coating. The silicone coating has a release value of about 10 to 2500 g/inch, using a Tesa Tape 7375 tmi, 90 degree angle, 1 inch tape, 12 inches per minute. These other release coatings are, for some embodiments, impregnated with titanium oxide or other white pigments in a concentration of about 20% by weight.

Impregnated within the substrate 302, shown in FIG. 3a and/or silicon silicone coating 304, shown in FIG. 3b, is a plurality of titanium oxide particles or other white pigment or luminescent pigment in a concentration that may be as high as about 35% by volume or as low as 5% by volume. Specific embodiments include titanium oxide concentrations or talc, or barium or aluminum hydrate with or without calcium carbonate or aluminum silicate in a range from 0 to 50%, by weight. Other materials such as hollow pigment, kaolin, silica, zinc oxide, alumina, zinc sulfate, calcium carbonate, barium or aluminum oxide, aluminum trihydrate, aluminum fillers, aluminum silicate, alumina trihydrate, barium sulfate, barium titanate, fumed silica, talc, and titanium oxide extenders are also usable in conjunction with titanium oxide or instead of titanium oxide. It is believed that any white organic or inorganic pigment that has a concentration at a level of 0 to 7% by weight total ash content is acceptable for use. In one embodiment illustrated at 600 in FIG. 6, a white layer 606 includes a concentration of blended pigments or other pigments at a concentration of 10 to 40% by weight.

Other pigments such as Lumilux®, manufactured by Riedel de Haen Aktiengellschaft of Germany, or other luminescent pigments, such as pigments manufactured by Matsui International, Inc., may be used in the method and article of the present invention. The titanium oxide or other white pigment or luminescent particles impart to the substrate layer, a substantially white background with a glowing that occurs at night or in the dark area. The pigments are used in conjunction with ink jet printing, laser printing, painting, other inks, for "Glow in the Dark" images, for light resolution displays, for pop displays, monochrome displays or image transfer articles. Suitable pigments are excitable by daylight or artificial radiation, fluorescent light, fluorescent radiation, infrared light, infrared radiation, IR light, ultra-violet light or UV radiation. Other materials may be added to the substrate such as antistatic agents, slip agents, lubricants or other conventional additives. The white layer or layers are formed by extrusion or co-extrusion emulsion coating or solvent coating. The white layer coating thickness ranges from 0.5 to 7 mils. In one embodiment, the range is 1.5 to 3.5 mils or 14 g/meter squared to up to 200 g/meter squared.

In other embodiments of the image transfer sheet, a changeable color was added to one or more of the layers of the image transfer sheet. The color-changeable material transferred utilized a material such as a temperature sensitive pigmented chemical or light-changeable material, a neon light which glows in the dark for over 50 hours and was a phosphorescent pigment, a zinc-oxide pigment or a light-sensitive colorant. A concentrated batch of one or more of the materials of polyethylene, polyester, EVA, EAA, polystyrene, polyamide or MEAA which was a Nucrel-like material was prepared.

The color-changeable material was added to the layer material up to a concentration of 100% by weight with 50% by weight being typical. The color-changeable material technologies changed the image transfer sheet from colorless to one or more of yellow, orange, red, rose, red, violet, magenta, black, brown, mustard, taupe, green or blue. The color-changeable material changed the image transfer sheet color

5

from yellow to green or from pink to purple. In particular, sunlight or UV light induced the color change.

The color-changeable material was blendable in a batch process with materials such as EAA, EVA, polyamide and other types of resin. The polymer was extruded to 0.5 mils or 14 g/m² to 7 mils or 196 g/m² against a release side or a smooth side for a hot peel with up to 50% by weight of the color-changeable concentrate.

The first ink-receiving layer **306** was an acrylic or SBR EVA, PVOH, polyurethane, MEAA, polyamide, PVP, or an emulsion of EAA, EVA or a blend of EAA or acrylic or polyurethane or polyamide, modified acrylic resins with non-acrylic monomers such as acrylonitrile, butadiene and/or styrene with or without pigments such as polyamide particle, silica, COCl₃, titanium oxide, clay and so forth.

The thermoplastic copolymer was an ethylene acrylic acid or ethylene vinyl acetate grade, water- or solvent-based, which was produced by high pressure copolymerization of ethylene and acrylic acid or vinyl acetate.

Use of EAA or EVA as a binder was performed by additionally adding in a concentration of up to 90% with the concentration being up to 73% for some embodiments. The titanium oxide pigment concentration was, for some embodiments, about 50%. The photopia concentration was about 80% maximum. The additive was about 70% maximum.

The second receiving layer **306** included the photopia or color changeable material in a concentration of up to 70% by weight with a range of 2 to 50% by weight for some embodiments. PHOTOPHOPIA is an ink produced by Matsui Shikiso chemical, Co. of Kyoto, Japan. The pigment ranged from 0 to 90% and the binder from 0 to 80%. This type of coloring scheme was used in shirts with invisible patterns and slogans. The PHOTOPIA products were obtained from Matsui International Company, Inc. While they have been described as being incorporated in the ink-receiving layer, the PHOTOPIA products were also applicable as a separate monolayer. PHOTOPIA-containing layers were coated onto the release layer by conventional coating methods such as by rod, slot, reverse or reverse gravure, air knife, knife-over and so forth.

Temperature sensitive color changeable materials could also be added to the image transfer sheet. Chromacolor materials changed color in response to a temperature change. The Chromacolor solid material had a first color at a first temperature and changed color as the temperature changed. For instance, solid colors on a T-shirt became colorless as a hot item or the outside temperature increased.

Chromacolor was prepared as a polypropylene concentrate, polyethylene, polystyrene, acrylo-styrene (AS) resins, PVC/plasticizer, nylon or 12 nylon resin, polyester resin, and EVA resin. The base material for this image transfer sheet embodiment was selected from materials such as paper, PVC, polyester, and polyester film.

This type of image transfer sheet was fabricated, in some embodiments, without ink-jet receiving layers. It was usable by itself for color copy, laser printers, and so forth and then was transferable directly onto T-shirts or fabrics.

In one or both receiving layers **306**, permanent color was addable with a color-changeable dispersion when the temperature changed, that is, when color disappeared. The color returned to permanent color as was shown in previous examples. With this formulation, the changeable color was added to one or more layers in a concentration of up to about 80% by weight with a range of 2-50% by weight being typical. The base paper for this embodiment was about 90 g/m². About 0.5 mils EAA were applied with 10% PHOTOPIA or temperature-sensitive color-changeable materials. The top

6

coat layer was an ink-receiving layer that contained polyamides, silica, COCl₃ for 15% color-changeable items.

For some embodiments, a white layer **506**, **606**, such as is shown in FIGS. **5-6**, includes ethylene/methacrylic acid (E/MAA), with an acid content of 0-30%, and a melt index from 10 to 3500 with a melt index range of 20 to 2300 for some embodiments. A low density polyethylene with a melt index higher than 200 is also suitable for use. Other embodiments of the white layer include ethylene vinyl acetate copolymer resin, EVA, with vinyl acetate percentages up to 50%/EVA are modifiable with an additive such as DuPont Elvax, manufactured by DuPont de Nemours of Wilmington, Del. These resins have a Vicat softening point of about 40 degrees to 220 degrees C., with a range of 40 degrees to 149 degrees C. usable for some embodiments. Other resins usable in this fashion include nylon multipolymer resins with or without plasticizers with the same pigment percent or ash content nylon resin such as Elvamide, Elvamide® manufactured by DuPont de Nemours or CM 8000 Toray. Nylon polymers are also blendable with resin such as ENGAGE with or without plasticizers. These resins are applicable as a solution water base or a solvent base solution system. These resins are also applicable by extrusion or co-extrusion or hot melt application. Other suitable resins include Allied Signal Ethylene acrylic acid, A-0540, 540A, or AC 580, AC 5120, and/or AC 5180 or ethylene vinyl acetate, AC-400, 400A, AC-405(s), or AC-430.

The silicone-coated layer **304** acts as a release-enhancing layer. When heat is applied to the image transfer sheet **104**, thereby encapsulating image imparting media such as ink or toner or titanium oxide with low density polyethylene, ethylene acrylic acid (EAA), or MEAA, ethylene vinyl acetate (EVA), polyester exhibiting a melt point from 20° C. up to 225° C., polyamide, nylon, or methane acrylic ethylene acrylate (MAEA), or mixtures of these materials in the substrate layer **302**, local changes in temperature and fluidity of the low density polyethylene or other polymeric material occurs. These local changes are transmitted into the silicone coated release layer **304** and result in local preferential release of the low density polyethylene encapsulates, EVA, EAA, polyester, and polyamide.

The silicone coated release layer is an optional layer that may be eliminated if the colored base **102** or peel layer is sufficiently smooth to receive the image. In instances where the silicone coated release layer **304** is employed, the silicone coated release layer may, for some embodiments wherein the release layer performs image transfer, such as is shown in FIG. **3**b, also include titanium oxide particles or other white pigment or luminescent pigment in a concentration of about 20% by volume.

One other image transfer sheet embodiment of the present invention, illustrated at **400** in FIG. **4**, includes a substrate layer **402**, a release layer **404** and an image imparting layer **406** that comprises a polymeric layer such as a low density polyethylene layer, an EAA layer, an EVA layer or a nylon-based layer or an MAEA layer or polyester melt point of 20 C up to 225 degrees C. The image imparting layer is an ink jet receptive layer. In one embodiment, the nylon is 100% nylon type 6 or type 12 or a blend of type 6 and 12.

The polyamides, such as nylon, are insoluble in water and resistant to dry cleaning fluids. The polyamides may be extruded or dissolved in alcohol or other solvent depending upon the kind of solvent, density of polymer and mixing condition. Other solvents include methanol, methanol trichloro ethylene, propylene glycol, methanol/water or methanol/chloroform.

US 7,771,554 B2

7

One additional embodiment of the present invention comprises an image transfer sheet that comprises an image imparting layer but is free from an image receptive layer such as an ink receptive layer. The image imparting layer includes titanium oxide or other white pigment or luminescent pigment in order to make a white or luminescent background for indicia or other images. Image indicia are imparted, with this embodiment, by techniques such as color copy, laser techniques, toner, dye applications or by thermo transfer from ribbon wax or from resin.

The LDPE polymer of the image imparting layer melts at a point within a range of 43°-300° C. The LDPE and EAA have a melt index (MI) of 20-1200 SI-g/10 minutes. The EAA has an acrylic acid concentration ranging from 5 to 25% by weight and has an MI of 20 to 1300 g/10 minutes. A preferred EAA embodiment has an acrylic acid concentration of 7 to 20% by weight and an MI range of 20 to 1300. The EVA has an MI within a range of 20 to 3300. The EVA has a vinyl acetate concentration ranging from 10 to 40% by weight.

One other polymer usable in the image imparting layer comprises a nylon-based polymer such as Elvamide®, manufactured by DuPont de Nemours or ELF ATO CHEM, with or without plasticizers in a concentration of 10 to 37% by weight. Each of these polymers, LDPE, EAA, EVA and nylon-based polymer is usable along or with a resin such as Engage® resin, manufactured by DuPont de Nemours. Suitable plasticizers include N-butyl benzene sulfonamide in a concentration up to about 35%. In one embodiment, the concentration of plasticizer ranged from 8 to 27% by weight with or without a blend of resin, such as Engage® resin, manufactured by DuPont de Nemours.

Suitable Elvamide® nylon multipolymer resins include Elvamide 8023R® low viscosity nylon multipolymer resin; Elvamide 8063® multipolymer resin manufactured by DuPont de Nemours. The melting point of the Elvamide® resins ranges from about 154° to 158° C. The specific gravity ranges from about 1.07 to 1.08. The tensile strength ranges from 51.0 to about 51.7 Mpa. Other polyamides suitable for use are manufactured by ELF ATO CHEM, or Toray. Other embodiments include polymers such as polyester No. MH 4101, manufactured by Bostik, and other polymers such as epoxy or polyurethane.

The density of polymer has a considerable effect on the viscosity of a solution for extrusion. In one embodiment, 100% of a nylon resin such as DuPont Elvamide 80625® having a melting point of 124° C. or Elvamide 8061M®, or Elvamide 8062 P® or Elvamide 8064®, all supplied by DuPont de Nemours. Other suitable polyamide formulations include Amilan CM 4000® or CM 8000 supplied by Toray, or polyamide from ELF ATO CHEM M548 or other polyamide type.

In an extrusion process, these polyamide formulations may be used straight, as 100% polyamide or may be blended with polyolefin elastomers to form a saturated ethylene-octane co-polymer that has excellent flow properties and may be cross-linked with a resin such as Engage®, manufactured by DuPont de Nemours, by peroxide, silane or irradiation. The Engage® resin is, in some embodiments, blended in a ratio ranging from 95/5 nylon/Engage® to 63/35 nylon/Engage®. The polyamide is, in some embodiments, blended with resins such as EVA or EAA, with or without plasticizers. Plasticizers are added to improve flexibility at concentrations as low as 0% or as high as 37%. One embodiment range is 5% to 20%.

Other resins usable with the polyamide include DuPont's Bynel®, which is a modified ethylene acrylate acid terpolymer. The Bynel® resin, such as Bynel 20E538®, has a melting point of 53° C. and a melt index of 25 dg/min as described

8

in D-ASTM 1238. The Bynel® has a Vicat Softening Point of 44° C. as described in D-ASTM 1525-91. This resin may be blended with other resin solutions and used as a top coat primer or as a receptive coating for printing applications or thermo transfer imaging. For some embodiments, an emulsion solution is formed by dissolving polymer with surfactant and KOH or NaOH and water to make the emulsion. The emulsion is applied by conventional coating methods such as a roll coater, air knife or slot die and so forth.

The polymeric solution is pigmented with up to about 50%, with a material such as titanium oxide or other pigment, or without plasticizers and is applied by conventional coating methods such as air knife, rod gater, reverse or slot die or by standard coating methods in one pass pan or in multiple passes.

Fillers may be added in order to reduce heat of fusion or improve receptivity or to obtain particular optical properties, opacity or to improve color copy or adhesion.

The present invention further includes a kit for image transfer. The kit comprises an image transfer sheet for a color base that is comprised of a substrate layer impregnated with titanium oxide, a release layer and an image imparting layer made of a polymer such as LDPE, EAA, EVA, or MAEA, MEAA, nylon-based polymer or mixtures of these polymers or blends of these polymers with a resin such as Engage® or other polyester adhesion that melt at a temperature within a range of 100°-700° C. The LDPE has a melt index of 60-1200 (SI)-g/minute. The kit also includes a colored base for receiving the image on the image transfer sheet and a package for containing the image transfer sheet and the colored base.

Another embodiment of the present invention includes an emulsion-based image transfer system. The system comprises a colored base, such as a colored fabric, an image transfer sheet with a release coating and a polyamide. The polyamide is impregnated with titanium oxide or other white pigment or luminescent pigment in order to impart a white or luminescent background on the colored base.

One other embodiment of the present invention, illustrated at **500** in FIG. **5**, is also utilized in a method for transferring an image from one substrate to another. The method comprises a step of providing an image transfer sheet **500** that is comprised of a substrate layer **502**, a release layer **504**, comprising a silicone coating **505** and a white layer **506** with a thickness of about 0.5 to 7 mils and having a melt index, MI, within a range of 40°-280° C. The substrate layer **502** is, for some embodiments, a base paper coated on one side or both sides. The base paper is, optionally, of a saturated grade. In one embodiment, the white layer **506** of the image transfer sheet **500** is impregnated with titanium oxide or other white or luminescent pigment. In one embodiment, the white layer **506** and a receiving layer **508**, contacting the white layer **506** are impregnated with titanium oxide or other white or luminescent pigment.

In one embodiment, the nylon resin is applied by a hot melt extrusion process in a thickener to a thickness of 0.35 mils or 8 gms per square meter to about 3.0 mils or 65 gms per square meter to a maximum of about 80 gms per square meter. In one particular embodiment, the thickness is about 0.8 mils or 15 gms per square meter to about 50 gms per square meter or about 0.75 mils to about 2.00 mils. The nylon resin is, in another embodiment, emulsified in alcohol or other solvent or is dispersed in water and applied with conventional coating methods Known in the industry.

Next, an image is imparted to the polymer component of the peel layer **520** utilizing a top coat image-imparting material such as ink or toner. In one embodiment, the polymer coating is impregnated with titanium oxide or other white or

9                                                      10

luminescent pigment prior to imparting the image. The ink or toner may be applied utilizing any conventional method such as an ink jet printer or an ink pen or color copy or a laser printer. The ink may be comprised of any conventional ink formulation. An ink jet coating is preferred for some embodiments. A reactive ink is preferred for other applications.

The image transfer sheet **500** is applied to the colored base material so that the polymeric component of the peel layer **520** contacts the colored base. The second substrate is comprised of materials such as cloth, paper and other flexible or inflexible materials.

Once the image transfer sheet peel layer **520** contacts the colored base, a source of heat, such as an iron or other heat source, is applied to the image transfer sheet **500** and heat is transferred through the peel layer **520**. The peel layer **520** transfers the image, which is indicia over a white or luminescent field, to the colored base. The application of heat to the transfer sheet **500** results in ink or other image-imparting media within the polymeric component of the peel layer being changed in form to particles encapsulated by the polymeric substrate such as the LDPE, EAA, EVA, nylon or MEAA or polyamides, or polyester, urethane, epoxies or resin-containing mixtures of these polymers immediately proximal to the ink or toner. The encapsulated ink particles or encapsulated toner particles and encapsulated titanium oxide particles are then transferred to the colored base in a mirror image to the ink image or toner image on the polymeric component of the peel layer **520**.

Because the polymeric component of the peel layer **520** generally has a high melting point, the application of heat, such as from an iron, does not result in melting of this layer or in a significant change in viscosity of the overall peel layer **520**. The change in viscosity is confined to the polymeric component that actually contacts the ink or toner or is immediately adjacent to the ink or toner. As a consequence, a mixture of the polymeric component, titanium oxide or other white or luminescent pigment, and ink or toner is transferred to the colored base as an encapsulate whereby the polymeric component encapsulates the ink or toner or titanium oxide or other white pigment. It is believed that the image transfer sheet, with the white titanium oxide or other white or luminescent pigment background is uniquely capable of both cold peel and hot peel with a very good performance for both types of peels.

### EXAMPLE 1

EAA is extruded or co-extruded at 300 melt index (Dow Primacor 59801) with 30% titanium oxide ash content extruded on silicone coated base paper 95 g/meter squared for thicknesses as follows: 0.75 mils, 1.0 mil, 1.2 mils, 2.2 mils, 2.75 mils, 3.5 mils, 7.0 mils. The EAA layer is coated with ink jet receptive layers and then printed on an ink jet printer. The print is then removed from the release layer to expose the print. The exposed print is applied against fabric and covered by release paper, wherein the release side contacts the printed side. The printed image is transferred by heat application with pressure, such as by an iron, at 250° F. to 350° F. for about 15 seconds.

This procedure is usable with a blend of 80/20, 70/30, 50/50, 60/40 or vice versa, Dow Primacor 59801 and 59901. This procedure is also usable with DuPont Elvax 3180, or 3185 DuPont Nucrel 599, DuPont Nucrel 699, Allied Signal AC-5120 or an EAA emulsion of Primacor or Allied Signal 580 or 5120 resin or EVA or make a wax emulsion or EVA or EAA emulsion, or is blended with ELF 548 or Elvamide® or polyester resin from Bostik MLT 4101.

The emulsion is blended with titanium or white pigment in one or multiple layers and applied with conventional coating methods such as roll coating, myer rod, air knife, knife over or slot die. The blended emulsion is applied with a coat weight of 5 g/meter squared to 150 g/meter squared. The percent ash is about 7 to 80 percent with 10 to 70 percent for some embodiments.

### EXAMPLE 2

An ink receptive mono or multiple layer such as is shown in FIG. 6 at 604, 606, 608 and 610 includes a first layer 606 that includes 0 to 80% titanium pigment with acrylic or EVA or polyvinyl alcohol, or SBR with a Tg glass transition of −60 up to 56 with a range of −50 to 25, for some embodiments. In another embodiment, a wax emulsion is used with a coat weight of 5 g/meter squared to 38 g/meter squared with a range of 8 g/meter squared to 22 g/meter squared for some embodiments.

In another embodiment, a pigment is blended to make layer 606. EAA or EVA solution solvent or a water base solution and a different coat and different thickness are employed. On top of extruded layers, top coats 608 and 610 comprise ink receptive layers. This construction imparts an excellent whiteness to the background of a print with an excellent washability.

### EXAMPLE 3

For one image transfer sheet, such as is shown at 600 in FIG. 6, a blend is prepared. The blend includes the same ratio of ash to emulsion of EAA or EVA or a blend of both of these polymers. The blend has a MEIT index of 10 MI to 2500 MI with a range of 25 MI to 2000 MI for some embodiments. The blend is formed into a substrate layer 602, which can be coated on one side or both.

The optionally coated substrate layer 602 is further coated with a release layer 604 that is coated with ink jet receptive layers 606 and 608. The ink jet receptive layer or layers 606 and 608 include 50 percent titanium or barium talc, or a combination of different high brightness, high opacity pigments. These layers are coated within a range of 5 g/meter squared to 50 g/meter squared. In one embodiment, the range is 8 g/meter squared to 30 g/meter squared.

### EXAMPLE 4

As shown at 700 in FIG. 7, a polyester resin obtained from Bostek MH 4101 was extruded to thicknesses of 0.5 mils, 1.0 mils, 2.0 mils and 4 mils with titanium oxide concentrations of 5%, 10%, 30%, and 40%, respectively, against silicone coated 705 paper 702, having a density of 80 g/m-sq. The silicone coated 705 paper 702 was top coated with an EAA solution 706 that included titanium oxide in a concentration of about 40%. This titanium oxide coated paper was then coated with an ink jet receiving layer 708. The ink jet receiving layer 708 was coated with a "Glow in the Dark" containing layer or a temperature changeable pigment containing layer or a light changeable layer 712. These layers were ink jet printed, as required.

As shown at 800 in FIG. 8, peeled printed layers 820, including at least one or more layers collectively comprising a white or luminescent pigment and received indicia, were then placed against a fabric 854 and covered with release paper 852. Heat 850 was applied to the peeled printed layers 820 and the release paper 852. The heat 850 was applied at 200 F, 225 F, 250 F, 300 F, 350 F, and 400 F. A good image transfer was observed for all of these temperatures.

### EXAMPLE 5

An image transfer sheet was prepared in the manner described in Example 4 except that a polyamide polymer layer was coextruded using polyamide from ELF ATO CHEM M 548.

US 7,771,554 B2

**11**

### EXAMPLE 6

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of polyamides and DuPont 3185 in ratios of 90/10, 80/20, 50/50, 75/25 and 10/90, respectively was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

### EXAMPLE 7

An image transfer sheet was prepared in the manner described in Example 4 except that a blend of EAA and polyamide was prepared and coextruded to make image transfer sheets. Each of the sheets displayed a good image transfer.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

The invention claimed is:

**1**. A method for transferring an image to a fabric, comprising:

obtaining an image transfer sheet, comprising an ink receptive portion, a titanium oxide or other white or luminescent pigment, an EAA resin, a silicone release coating, and a base portion, the titanium oxide or other white or luminescent pigment present in a concentration and configuration sufficient to provide an opaque background for indicia received by the ink receptive portion;

peeling the silicone release coating and the base portion from the EAA resin, the titanium oxide or other white or luminescent pigment, and the ink receptive portion;

applying at least the non-peeled portions of the image transfer sheet to the fabric so that the EAA resin contacts the fabric;

applying one of the peeled silicone release coating and the base portion or an overlay release paper over at least the ink receptive portion, the titanium oxide or other white or luminescent pigment, and the EAA resin; and

applying heat to one of the peeled silicone release coating and the base portion or the overlay release paper, the ink receptive portion, the titanium oxide or other white or luminescent pigment, the EAA resin, and the fabric.

**2**. The method of claim **1**, further comprising imparting indicia to the ink receptive portion using at least one of a copying or printing process.

**3**. The method of claim **2**, wherein one or both of the ink receptive portion or the EAA resin includes the titanium oxide or other white or luminescent pigment providing the opaque background for imparted indicia.

**4**. The method of claim **3**, wherein applying at least the non-peeled portions of the image transfer sheet to the fabric includes simultaneously applying an image comprising imparted indicia and the opaque background to the fabric.

**5**. The method of claim **1**, wherein the image transfer sheet further comprises a distinct white layer, including the titanium oxide or other white or luminescent pigment, disposed between the ink receptive portion and the EAA resin or between the EAA resin and the silicone release coating.

**6**. An image transfer sheet, comprising:

an ink receptive portion;

an EAA resin or polymer having a melt point of about 20 degrees C. to about 300 degrees C. contacting the ink

**12**

receptive portion, the EAA resin or polymer including one or more pigments providing an opaque background for indicia received at least by the ink receptive portion;

a silicone release portion; and

a base paper portion;

wherein the silicone release portion and the base paper portion are separable from the ink receptive portion and the EAA resin or polymer.

**7**. The sheet of claim **6**, wherein the silicone release portion includes a weight of about 40 grams/square meter to about 250 grams/square meter.

**8**. The sheet of claim **6**, wherein the silicone release portion includes a release value of about 10 grams/inch to about 2500 grams/inch.

**9**. A method for making an image transfer sheet, comprising:

obtaining a coated substrate;

overlaying the coated substrate with one or more polymers;

combining at least one of the one or more polymers with a titanium oxide or other white or luminescent pigment, thereby forming an opaque background; and

overlaying the one or more polymers with an ink receptive layer;

wherein the coated substrate, when peeled from the one or more polymers and the ink receptive layer, or an overlay release paper is effective for covering an image, comprising indicia receivable by the ink receptive layer and the opaque background, and for transferring heat from a heat source to at least the ink receptive layer and the one or more polymers.

**10**. The method of claim **9**, wherein overlaying the coated substrate with one or more polymers includes overlaying the coated substrate with at least one of an acrylic, EAA, SBR, EVA, PVOH, polyurethane, MEAA, polyamide, PVP, EAA, acrylonitrile, butadiene, or styrene material.

**11**. The method of claim **9**, wherein overlaying the coated substrate with one or more polymers includes overlaying the coated substrate with a polymeric white layer and an EAA resin layer.

**12**. A method for making an image transfer sheet, comprising:

obtaining a coated substrate;

overlaying the coated substrate with a polymer;

overlaying or underlaying the polymer with a resin layer;

combining at least one of the polymer or the resin layer with a titanium oxide or other white pigment, thereby forming an opaque background;

overlaying the polymer and the resin layer with an ink receptive layer;

wherein the coated substrate, when peeled from the polymer, the resin layer and the ink receptive layer, or a release paper is effective for covering an image, comprising indicia receivable by the ink receptive layer and the opaque background, and for transferring heat from a heat source to at least the ink receptive layer, the resin, and the polymer.

**13**. The method of claim **12**, wherein the ink receptive layer includes a melt temperature of about 20 degrees C. to about 225 degrees C.

**14**. The method of claim **12**, wherein the polymer comprises a white layer and the resin layer includes EAA.

\*　\*　\*　\*　\*

# Exhibit F



# HEAT TRANSFER PAPERS



Produced with: TECHNI-PRINT® EZP



Produced with: IMAGE CLIP® Laser Light



Produced with: IMAGE CLIP® Laser Dark



OKI
SUPPORTED



MADE IN USA

## NEENAH COLDENHOVE Heat Transfer Papers

For transfer to all fabrics, mousepads, coasters, puzzles, leather, binders, scrapbook covers, art papers, wood, and stone goods.

NEENAH has been an industry leader in the creation, development and improvement of heat transfer products since our first patent was granted in 1980.



In fact, we are the only company to control the entire manufacturing process from "Tree to T"! Our history includes the earliest thermal and laser products in the mid-1980s, followed by inkjet, laser and other digitally printable products, dark fabric and self-weeding transfer products, and a continuing pipeline of advancements due to our large and diverse R&D team.

Producing and selling decorated T-shirts and memorabilia is a profitable business with a low cost of entry and easy production. With over 62% of Americans owning more than 10 decorated T-shirts, there are endless opportunities to succeed in this market. T-shirts, sweatshirts, canvas bags, and hats are used to promote businesses, events, schools, teams, churches, and other organizations.

T-shirts and hats are collected and worn again and again, with many owners reluctant to part with a favorite. The wearing audience is a large cross section of the population; t'weeners, boomers, and even babies sport messages or images on their clothing.

### Decorating your apparel with NEENAH COLDENHOVE Heat Transfer products will ensure:

- Excellent quality with good color reproduction.
- Low cost of entry.
- Durable art and messages that will withstand many wash cycles.
- Hand and aesthetics that rival screen printing and Direct-To-Garment printing.
- Ability to print on a wide range of substrates including: cotton, cotton blends, synthetics, denim, leather, mugs, hats, leather, wood, acrylics, and glass substrates and glass substrates among many others.

| NEENAH COLDENHOVE | Product ID | Natural & 50/50 Fabric | Poly Fabric | Hard Surface | Mesh Screen 85-230 | Works Well with Photos | Certified for use on Indigo Presses | Prepress* | Peel Temperature | | | Hand Iron | Cover with Parchment | Repress and Stretch | Weedable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Hot | Warm | Cold | | | | |
| TECHNI-PRINT® EZP | 9868PO | ✔ | ★ | ★ | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔(If) | ✔ | • | • | ★ |
| PHOTO-TRANS SC® | 0908PO | ✔ | ★ | ★ | | ✔ | ✔ | | ✔ | | | | | | |
| LASER 1 OPAQUE® | 9753PO | ✔ | ★ | ★ | | ✔ | ✔ | | | | ✔ | | ✔ | | |
| IMAGE CLIP® Laser Light | 9770PO | ✔ | ★ | | | | ✔ | ✔ | ✔ 1st | | ✔ 2nd | | | | ✔ Self |
| IMAGE CLIP® FOR KONCERT TS | 9847PO | ✔ | ★ | | | ✔ | ✔ | ✔ | ✔ 1st | | ✔ 2nd | | | | ✔ Self |
| IMAGE CLIP® Laser Dark | 9849PO | ✔ | ★ | | | | ✔ | ✔ | ✔ 1st | | ✔ 2nd | | | | ✔ Self |
| TECHNI-PRINT® HS (Hard Surface - for Laser Printers) | 9842PO | | | ✔ | ✔ | ✔ | ✔ | | | | | ✔ | | | ★ |
| JET-PRO® SS (Soft Stretch) | 9811PO | ✔ | ★ | ★ | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔(If) | ✔ | • | • | |
| 3G JET-OPAQUE® | 9838PO | ✔ | ★ | ★ | | ✔ | ✔ | ✔ | ✔ | | ✔ | ✔ | | | ★ |
| JET OPAQUEII® | 9754PO | ✔ | ★ | | | ✔ | ✔ | | | | ✔ | ✔ | ✔ | | ★ |

✔ Yes   [ ✔ If,  • Then ]   ★ With special settings, dictated by the design   *Prepress to remove wrinkles and moisture.

**IMPORTANT:** Printers and heat presses vary in accuracy. We have tested our products with numerous printers and presses with excellent results. Nonetheless, we recommend that you test the paper in your equipment to ensure the best results. Neenah's maximum obligation shall be to replace any paper that has proven to be defective.



**Neenah, Inc.** is committed to making products that are right for the environment and safe to use. In 2007, we created our first environmental review and we have continuously added more environmental credentials and attributes throughout the organization. We are proud to be the company that creates new products with high green standards.

**neenahpaper.com**/neenahgreen



For more information about Neenah Paper Heat Transfer Papers:
North America: 800.344.5287  |  Outside North America: 906.387.2700
neenahheat.com  |  neenah.heat@neenah.com  |  @neenahheat





© 2018 Neenah, Inc. All rights reserved. ® and ™ indicate registered and unregistered trademarks owned by Neenah, Inc. Photography and imagery shown are for illustrative purposes only. Patent: neenah.com/technical/patents.aspx          ISO 9001 Registered

# EXHIBIT G



# Avery® Dark Fabric Transfer Instructions

Apply your own designs, text, or photos on dark colored 100% cotton or Poly/Cotton blend. Use the product number (3279, 53206 or 4385) when looking for templates on Avery.com. (Flip the page for a quick look at the items you will need before beginning your transfer).

## *Please follow these easy instructions for great-looking results:*



### 1. Design

Create your own image in Microsoft® Word, PowerPoint® or go to **Avery.com** to use our pre-designed templates. You can also use the Avery® Design & Print Online option on our site.



### 2. Print

- **DO NOT FLIP THE IMAGE**
- Designs for Dark Transfers are printed normally.

### 3. Trim

Trim the excess transfer material around the image.

### 4. Surface Preparation





*Adult supervision required*

- Use a hard, heat-resistant surface.
- **DO NOT USE** ironing board.
- Set a cotton pillow case on hard surface and lay garment on top.
- Set iron for **NO STEAM**. Iron should **NOT HAVE WATER**.
- Set iron to **HIGH** or **COTTON SETTING**.
- Iron the pillowcase and garment to **REMOVE WRINKLES**.



### 5. Preparing the Transfer

- NOTE that there are two parts to the transfer: the transfer sheet and the paper backing. Peel off and remove the paper backing from the transfer, starting from the corner.
- See back for more details on how to remove the paper backing.



*Adult supervision required*

### 6. Iron Transfer onto Garment

- Place transfer with printed image facing up onto garment.
- Cover the transfer with the tissue paper provided.
- Iron transfer in sections using **FIRM PRESSURE**.
- Evenly iron transfer to make sure all areas are covered.

> **Ironing Time:**
> Full sheet = 2 minutes
> ¹/₂ sheet = 1 minute
> ¹/₄ sheet = 40 seconds



### 7. Cool Down

Remove garment from heating area and allow transfer to cool for about 2-3 minutes.



### 8. Peel

- Peel away ironing tissue in a smooth, even motion.
- See back for more details.



### 9. Wash before wearing

To avoid ink bleeding or ink smearing, please wash the garment prior to use.

*Product Guarantee:* Avery Dennison is committed to providing you with quality products and will gladly replace any product which does not provide complete satisfaction. Results are guaranteed when printing, application and washing instructions for fabric transfers are followed. For extended usage, use heat press rather than household iron. Product Guarantee is void if all instructions are not followed. We also welcome your comments and suggestions. Please send your correspondence with product code to: Avery Dennison Office Products, Consumer Service Center, P.O. Box 129, Brea, CA 92822-0129.

 **Avery® Dark Fabric Transfer Tips**

### *Items needed:*



100% Cotton or Poly/Cotton Blend, Dark Colored Fabric. (For Best Results, Pre-wash the Fabric)

Tissue paper (provided)

Waist-high smooth surface

Large cotton pillowcase

Household iron (no steam)

STEAM

Ink jet printer

## *For Best Results:*

- When designing, use images with shapes that can be easily trimmed.
- When designing, note that the background will be white unless you change it to a desired color.
- Test print your design on plain paper to make sure image and text are not flipped when printed.
- When printing, feed only one transfer sheet at a time.
- When trimming, as an option, try to keep corners rounded to avoid lifting during ironing or washing.
- When **preparing the transfer,** if you have trouble peeling off the paper backing, try tearing the edge just slightly to help start the peeling process:



1. First, grip the edge of the transfer (backing with Avery logo should be away from you) Very gently bend the sheet as shown image until paper backing tears slightly.

2. The transfer may stretch a little but SHOULD NOT tear if only gentle force is applied.

3. Remove the paper backing starting at the tear.

- When preparing to iron your transfer, wait for iron to reach the set (cotton) temperature.
- When ironing:
    - Begin at one end of the transfer and iron in sections using up/down motions.
    - **Use firm pressure**
    - Be sure to overlap with previous section to ensure that no spots are missed.
    - Be sure to iron the corners.
- When **peeling** the tissue paper, if it begins to tear the transfer, start in a different area and try again.
- If it looks like the image is pulling off the garment, iron that section again for another 20 seconds, allow to cool, and start peeling again.

## *Care and Maintenance:*

- To maintain durability, wash garment inside out and in cold cycle.
- Do not use chlorine bleach, and do not soak garment as colors may bleed.
- Do not directly iron on transferred image after it has been applied to garment.
- Tumble dry low with garment inside out.
- Remove promptly from the dryer.



(!) **Caution**

**DO NOT** *use ironing board, glass, granite, concrete, heat sensitive or heat-retaining surfaces.*

*Transfers should be ironed on in a well-ventilated room.*

⚠ **FOR USE IN INK JET PRINTER ONLY. BE SURE TO READ AND FOLLOW ALL INSTRUCTIONS ON THE REVERSE.**

 Avery Dennison Support
**1-800-462-8379**
or visit: www.avery.com

©2010 Avery Dennison Corporation. All rights reserved. Avery and all other Avery brands, product names and codes are trademarks of Avery Dennison Corporation. Microsoft and PowerPoint are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.

 PN: 12710540