# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JODI A. SCHWENDIMANN, f/k/a JODA A. DALVEY, an Individual and NUCOAT, INC., a Minnesota corporation,<br><br>            Plaintiffs,<br>  v.<br><br>NEENAH, INC., et al.,<br><br>            Defendants. | C.A. No. 19-361-LPS<br><br>(Consolidated) |

## NOTICE OF RELATED PROCEEDINGS

Defendants Neenah, Inc. ("Neenah") and Avery Productions Corp. ("Avery"), by and through their undersigned counsel, hereby file this Notice to advise the Court of related proceedings regarding certain of the patents-in-suit in the above-captioned actions.

On May 7, 2020, Neenah filed IPR2020-00915 for review of United States Patent No. 7,766,475 (attached as Exhibit A) with the Patent Trial and Appeal Board ("PTAB").

On July 26, 2020, Neenah filed IPR2020-01363 for review of United States Patent No. 6,410,200 (attached as Exhibit B) and IPR2020-01361 for review of United States Patent No. 6,723,773 (attached as Exhibit C) with the PTAB.

On October 2, 2020, Neenah filed IPR2021-00016 for review of United States Patent No. 7,008,746 (attached as Exhibit D) with the PTAB.

With the filing of the recent petitions, IPR proceedings are now pending on seven of the eight patents-in-suit. The below table outlines the patents-at-issue in the above-captioned action and the current status of all IPR proceedings.

| United States Patent No. | Claims Asserted | Claims Challenged in IPR | Status of IPR Proceeding |
|---|---|---|---|
| No. RE4,623 (Dark) | Claims 1-7, 9, 13, 14 | Claims 1-17 (IPR No. 2020-00628) | Institution Granted 10/5/20 |
| No. 7,754,042 (Dark) | Claims 1-2, 6-8, 16, and 18-22 | Claims 1-22 (IPR No. 2020-00629) | Institution Granted 9/15/20 |
| No. 7,749,581 (Dark) | Claims 1-5, 8-12, 16-20, and 24-27, and 30 | Claims 1-6, 8-21, and 24-31 (IPR No. 2020-00634) | Institution Granted 9/15/20 |
| No. 7,771,554 (Dark) | Claims 1-6 and 9-14 | Claims 1-14 (IPR No. 2020-00636) | Institution Denied 9/15/20 |
| No. 7,766,475 (Dark) | Claims 13, 15, 16, and 18 | Claims 1-21 (IPR No. 2020-00915) | Patent Owner's Preliminary Response filed 8/14/20 |
| No. 6,723,773 (Light) | Claims 1, 10, 12, and 14 | Claims 1, 10, 12, and 14 (IPR No. 2020-01361) | Petition for *Inter Partes* Review filed 7/26/20 |
| No. 6,410,200 (Light) | Claims 1, 2, 4, 6, 11, 19-21, 29, 57, 58, 64, and 70 | Claims 1, 2, 6, 11, 19, 20, 21, 29, 57, 58, 64, and 70 (IPR No. 2020-01363) | Petition for *Inter Partes* Review filed 7/26/20 |
| No. 7,008,746 (Light) | Claims 5 and 19 | Claims 5 and 19 (IPR No. IPR2021-00016) | Petition for *Inter Partes* Review filed 10/2/20 |

Counsel for Neenah and Avery will keep the Court apprised of any relevant developments related to these *inter partes* review petitions.

| | |
|---|---|
| Dated: October 13, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Robert M. Vrana* |
| | Anne Shea Gaza (No. 4093) |
| OF COUNSEL: | Robert M. Vrana (No. 5666) |
| | Samantha G. Wilson (No. 5816) |
| Joseph J. Richetti | Beth A. Swadley (No. 6331) |
| Alexander D. Walden | Rodney Square |
| Paul B. Sudentas | 1000 N. King Street |
| BRYAN CAVE LEIGHTON PAISNER LLP | Wilmington, DE 19801 |
| 1290 Avenue of the Americas | (302) 571-6600 |
| New York, NY 10104 | agaza@ycst.com |
| (212) 541-1092 | rvrana@ycst.com |
| joe.richetti@bclplaw.com | swilson@ycst.com |
| alexander.walden@bclplaw.com | bswadley@ycst.com |
| paul.sudentas@bclplaw.com | |
| | *Attorneys for Defendants Neenah, Inc. and* |
| Erin A. Kelly | *Avery Products Corporation* |
| BRYAN CAVE LEIGHTON PAISNER LLP | |
| 1700 Lincoln Street, Suite 4100 | |
| Denver, CO 80203-4541 | |
| (303) 866-0422 | |
| erin.kelly@bclplaw.com | |
| | |
| Eric P. Schroeder | |
| BRYAN CAVE LEIGHTON PAISNER LLP | |
| One Atlantic Center, 14th Floor | |
| 1201 W. Peachtree St., N.W. | |
| Atlanta, GA 30309-3471 | |
| (404) 572-6894 | |
| eric.schroeder@bclplaw.com | |

Case 1:19-cv-00361-LPS   Document 104   Filed 10/13/20   Page 4 of 5 PageID #: 3252

## CERTIFICATE OF SERVICE

I, Robert M. Vrana, hereby certify that on October 13, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Peter C. McGivney, Esquire
>Berger Harris LLP
>1105 North Market Street
>11th Floor
>Wilmington, DE 19801
>pmcgivney@bergerharris.com
>
>*Attorney for Plaintiffs*

I further certify that on October 13, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following counsel:

>Devan Padmanabhan, Esquire
>Michelle Dawson, Esquire
>Britta Loftus, Esquire
>Padmanabhan & Dawson, P.L.L.C.
>PWC Plaza
>45 South 7th Street, Suite 2315
>Minneapolis, MN  55402
>devan@paddalawgroup.com
>michelle@paddalawgroup.com
>britta@paddalawgroup.com
>
>*Attorneys for Plaintiffs*

2

| | |
|---|---|
| Dated:  October 13, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com
bswadley@ycst.com

*Attorneys for Defendants Neenah, Inc. and Avery Products Corporation*

2

25669229.1